# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>WALTER ENERGY, INC. *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-_____<br><br>Joint Administration Requested |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 50 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 50 largest general unsecured claims against Walter Energy, Inc. (the "Company") and its affiliates that have filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Alabama on the date hereof (collectively, the "Debtors"), on a consolidated basis. This list has been prepared from the books and records of the Debtors.

This list is prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (a) persons who come with the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors regardless of the value of their collateral and whether they may hold any unsecured deficiency claims.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Walter Energy, Inc. (9953); Atlantic Development and Capital, LLC (8121); Atlantic Leaseco, LLC (5308); Blue Creek Coal Sales, Inc. (6986); Blue Creek Energy, Inc. (0986); J.W. Walter, Inc. (0648); Jefferson Warrior Railroad Company, Inc. (3200); Jim Walter Homes, LLC (4589); Jim Walter Resources, Inc. (1186); Maple Coal Co., LLC (6791); Sloss-Sheffield Steel & Iron Company (4884); SP Machine, Inc. (9945); Taft Coal Sales & Associates, Inc. (8731); Tuscaloosa Resources, Inc. (4869); V Manufacturing Company (9790); Walter Black Warrior Basin LLC (5973); Walter Coke, Inc. (9791); Walter Energy Holdings, LLC (1596); Walter Exploration & Production LLC (5786); Walter Home Improvement, Inc. (1633); Walter Land Company (7709); Walter Minerals, Inc. (9714); and Walter Natural Gas, LLC (1198). The location of the Debtors' corporate headquarters is 3000 Riverchase Galleria, Suite 1700, Birmingham, Alabama 35244-2359. Contemporaneously herewith, the Debtors have filed a motion requesting joint administration of the Debtors' bankruptcy cases.

1

This list reflects the information existing and available as of the petition date. The Debtors reserve the right to amend this list.

The information presented herein, including the failure of the Debtors to list any claim as contingent, unliquidated or unknown, does not constitute an admission or waiver of the Debtors' rights to contest the validity, priority or amount of any claim.

I, the undersigned authorized officer of the Company, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Date: Birmingham, Alabama
July 15, 2015

By: _____
Authorized Officer

2

1/2744541.4

Case 15-02741-TOM11    Doc 2    Filed 07/15/15    Entered 07/15/15 11:12:14    Desc Main
Document    Page 2 of 15

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 1 | WILMINGTON TRUST, N.A.<br><br>Lynn. M. Steiner – Vice President, Global Capital Markets<br><br>50 S. 6TH STREET<br>SUITE 1290<br>MINNEAPOLIS, MN 55402<br>US<br>Phone:　(612) 217-5667<br>Fax:　　(612) 217-5651<br>Email:　lsteiner@wilmingtontrust.com | Unsecured Debt - 8.50% Senior Notes due 2021 | | $450,000,000 |
| 2 | WILMINGTON TRUST, N.A.<br><br>Lynn. M. Steiner – Vice President, Global Capital Markets<br><br>50 S. 6TH STREET<br>SUITE 1290<br>MINNEAPOLIS, MN 55402<br>US<br>Phone:　(612) 217-5667<br>Fax:　　(612) 217-5651<br>Email:　lsteiner@wilmingtontrust.com | Unsecured Debt - 9.875% Senior Notes due 2020 | | $388,000,000 |
| 3 | JOY GLOBAL UNDERGROUND MINING LLC<br><br>4111 NORTH WATERTOWER PLACE<br>SUITE B<br>MOUNT VERNON, IL 62864<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $1,342,707 |

---

[1]　The above list does not include any potential deficiency claim of secured creditors.

[2]　With respect to any trade claim for which the creditor was the beneficiary of a letter of credit, the amounts listed herein have not been reduced for any outstanding letters of credit.

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 4 | ALABAMA STATE PORT AUTHORITY<br><br>P O DRAWER 1588<br><br>MOBILE, AL 36633<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $1,152,798 |
| 5 | MAYER ELECTRIC SUPPLY<br><br>P.O. BOX 2153<br><br>BIRMINGHAM, AL 35287-1440<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $471,756 |
| 6 | COWIN & COMPANY<br><br>P.O. BOX 19009<br><br>BIRMINGHAM, AL 35219<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $465,950 |
| 7 | CONSOLIDATED PIPE & SUPPLY CO.<br><br>P.O. BOX 2472<br><br>BIRMINGHAM, AL 35201<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $378,404 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 8 | BROCKHOUSE GROUP LIMITED<br><br>HOWARD STREET, HILL TOP<br>WEST BROMWICH<br>WEST MIDLANDS, B70 0SN<br>UK<br>Phone:<br>Fax:<br>Email: | Trade | | $310,762 |
| 9 | PIONEER CONVEYOR, LLC<br><br>P.O. BOX 2446<br><br>MT. LAKE PARK, MD 21550<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $267,955 |
| 10 | PARKER TOWING COMPANY, INC.<br><br>P.O. BOX 20908<br><br>TUSCALOOSA, AL 35402-0908<br>US<br>Phone: 205-349-1677<br>Fax:<br>Email: | Trade | | $256,455 |
| 11 | HAGER OIL COMPANY INC<br><br>PO BOX 1429<br><br>JASPER, AL 35502<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $230,201 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 12 | KAMAN INDUSTRIAL TECHNOLOGIES<br><br>PO BOX 8200  STATION TERMINAL<br>VANCOUVER, BC V6B 6N3<br>CA<br>Phone:<br>Fax:<br>Email: | Trade | | $220,771 |
| 13 | THOMPSON TRACTOR CO INC<br><br>ATTN: JARED PENNINGTON<br>3317 MESSER AIRPORT HWY<br>BIRMINGHAM, AL 35222<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $194,820 |
| 14 | INDUSTRIAL MINING SUPPLY, INC.<br><br>2500 FIVE STAR PARKWAY<br>BESSEMER, AL 35022<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $194,287 |
| 15 | KRONOS INCORPORATED<br><br>PO BOX 2622<br>POSTAL STATION A<br>TORONTO,  M5W 2N7<br>CA<br>Phone:<br>Fax:<br>Email: | Trade | | $155,285 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 16 | JIM HOUSE & ASSOCIATES, INC.<br><br>1401 GEORGIA ROAD<br><br>IRONDALE, AL 35210<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $134,047 |
| 17 | EICKHOFF CORPORATION<br><br>200 PARK WEST DRIVE<br><br>PITTSBURG, PA 15275<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $130,024 |
| 18 | SAFETY SOLUTIONS INC.<br><br>P. O. BOX 8100<br><br>DUBLIN, OH 43016-2100<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $112,892 |
| 19 | SANDVIK MINING & CONSTRUCTION, LLC<br><br>PAY TO MINOVA USA INC.<br>P. O. BOX 1996<br>LEXINGTON, KY 40588-1996<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $112,546 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 20 | PARDEE MINERALS, LLC<br><br>1717 ARCH ST SUITE 4010<br><br>PHILADELPHIA, PA 19103-2739<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $112,501 |
| 21 | HEINTZMANN CORPORATION<br><br>HEITECH<br>P.O. BOX 316<br>CEDAR BLUFF, VA 24609<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $105,680 |
| 22 | CARROLL ENGINEERING COMPANY<br><br>P. O. BOX 1485<br><br>JASPER, AL 35502<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $103,555 |
| 23 | LAYNE CHRISTENSEN COMPANY<br><br>25666 NETWORK PLACE<br><br>CHICAGO, IL 60673-1256<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $94,763 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 24 | JONES HEATING, A/C AND PLUMBING INC<br><br>PO BOX 129<br><br>BROOKWOOD, AL 35444<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $91,136 |
| 25 | UNITED CENTRAL INDUSTRIAL<br><br>1241 VOLUNTEER PARKWAY<br>SUITE 1000<br>BRISTOL, TN 37620<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $85,921 |
| 26 | NATIONAL BELT SERVICE INC.<br><br>P. O. BOX 1244<br><br>BESSEMER, AL 35021<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $83,031 |
| 27 | SOUTHEAST FABRICATORS INC.<br><br>P. O. BOX 1236<br><br>TUSCALOOSA, AL 35403<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $82,820 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 28 | PETROLEUM PRODUCTS, INC.<br><br>PO BOX 644274<br><br>PITTSBURGH, PA 15264-4274<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $79,280 |
| 29 | HAGER EQUIPMENT CO. OF AL, INC.<br><br>1901 MORGAN ROAD SE<br><br>BESSEMER, AL 35022<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $78,227 |
| 30 | SIEMENS INDUSTRY, INC.<br><br>AQUA-LATOR SYSTEMS & SERVICES<br>DEPT. CH 14171<br>PALATINE, IL 60055-4171<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $77,716 |
| 31 | BIRMINGHAM RAIL & LOCOMOTIVE CO.<br><br>P O BOX 530157<br><br>BIRMINGHAM, AL 35253<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $77,148 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 32 | ROCKWOOD CASUALTY INSURANCE COMPANY<br><br>654 MAIN STREET<br><br>ROCKWOOD, PA 15557<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $74,672 |
| 33 | NELSON BROTHERS LLC<br><br>P O BOX 2671<br><br>BIRMINGHAM, AL 35201-2671<br>US<br>Phone:    686-5001<br>Fax:<br>Email: | Trade | | $70,853 |
| 34 | HIBBS ELECTRIC, INC.<br><br>1300 INDUSTRIAL ROAD<br><br>MADISONVILLE, KY 42431<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $69,180 |
| 35 | ALABAMA SLING CENTER<br><br>P O BOX 637441<br><br>CINCINNATI, OH 45263-7441<br>US<br>Phone:    205-744-0230<br>Fax:    205-744-7645<br>Email: | Trade | | $68,545 |

9

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 36 | MATO CORPORATION<br><br>P. O. BOX 7268<br><br>BECKLEY, WV 25803<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $64,948 |
| 37 | KYKENKEE, INC.<br><br>P.O. BOX 290<br><br>VANCE, AL 35490<br>US<br>Phone:   205-553-8593<br>Fax:<br>Email: | Trade | | $63,596 |
| 38 | AL POWER COMPANY<br><br>P O BOX 2641<br><br>BIRMINGHAM, AL 35291-0115<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $58,434 |
| 39 | IT CONVERGENCE<br><br>PO BOX 56346<br><br>ATLANTA, GA 30343<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $57,758 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 40 | LEE HECHT HARRISON LLC<br><br>DEPT CH # 10544<br><br>PALATINE, IL 60055-0544<br>US<br>Phone:   800 670 8084<br>Fax:<br>Email:   invoices@lhh.com | Trade | | $56,000 |
| 41 | JENNMAR CORPORATION<br><br>258 KAPPA DRIVE<br><br>PITTSBURGH, PA 15238<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $54,086 |
| 42 | R3 STEEL<br><br>2942 EVERGREEN PARKWAY<br>SUITE 410<br>EVERGREEN, CO 80493<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $49,173 |
| 43 | HORTON CONSTRUCTION & FABRICATION<br><br>123 SOUTHERN COMFORT DR<br><br>MARION, AL 36756<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $48,524 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 44 | QUAKER CHEMICAL CORPORATION<br><br>901 EAST HECTOR STREET<br>CONSHOHOCKEN, PA 19428<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $46,418 |
| 45 | BAMA MINE & MILL, INC.<br><br>1209 24TH AVENUE<br>HUEYTOWN, AL 35023<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $45,991 |
| 46 | MIKE DOVER CORP.<br><br>101 E. DEYOUNG ST.<br>MARION, IL 62959<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $44,957 |
| 47 | LITTLE CREEK DOCK, LLC<br><br>500 E LEE STREET, SUITE 900<br>CHARLESTON, WV 25301<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $43,784 |

| | Name of creditor, complete mailing address, and employee, agent, or department of creditor familiar with claim | Nature of claim[1] | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim[2] |
|---|---|---|---|---|
| 48 | SHOOK & FLETCHER SUPPLY COMPANY<br><br>1041 11TH COURT WEST<br><br>BIRMINGHAM, AL 35204<br>US<br>Phone:<br>Fax:<br>Email: | Trade | | $43,341 |
| 49 | INTERNAL REVENUE SERVICE<br><br>CENTRALIZED INSOLVENCY OPERATION<br>P. O. BOX 7346<br><br>PHILADELPHIA, PA 19101-7346<br>US<br>Phone:<br>Fax:<br>Email: | Litigation | Contingent, Unliquidated, Disputed | UNDETERMINED |
| 50 | PENSION BENEFIT GUARANTY CORPORATION<br><br>ATTN: OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET NW<br>WASHINGTON, DC 220005-4026<br>US<br>Phone:<br>Fax:<br>Email: | Pension | Contingent, Unliquidated | UNDETERMINED |