# **Exhibit B**

**(Invoice)**

1

05134-0007    MSHA

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/02/15 | J. Holmes | 1.70 | Conference with Lisa Johnston regarding revised draft of dockets for ███████ (.3); e-mail with Susan Kinniry and Malia Holzberger regarding same (.8). |
| 10/02/15 | L. Johnston | 1.50 | Telephone call with Mike Parris regarding the dockets to be included in the ███████ and current status of resolved dockets (.2); revise the spreadsheet of current pending dockets (.2); conference with J. Holmes regarding same (.3); begin assembling ███████ for all dockets to be included in the ███████ with Malia ███████ (.8). |
| 10/05/15 | J. Holmes | 0.60 | E-mail with Malia Holzberger regarding ███████ details and inspector notes |
| 10/05/15 | L. Johnston | 0.90 | Review emails regarding the list of dockets to be included in the ███████ (.1); prepare a ███████ for use in preparation for and during the ███████ (.8). |
| 10/06/15 | J. Holmes | 1.80 | E-mail with Susan Kinniry and Malia Holzberger regarding ███████ (.5); conferences with Lisa Johnston regarding same (.4); telephone calls and e-mail with M. Parris regarding ███████ preparation and strategies (.9). |
| 10/06/15 | L. Johnston | 0.80 | Telephone call with Mike Parris regarding current pending dockets (.1); update the pending dockets spreadsheet (.3); meet with John Holmes to discuss plan of action for ███████ (.4). |
| 10/07/15 | J. Holmes | 1.50 | Conferences with Lisa Johnston regarding ███████ issues and records needed (.7); e-mail with Malia Holzberger regarding ███████ still needed (.5); e-mail with Susan Kinniry regarding final docket list (.3). |
| 10/07/15 | L. Johnston | 0.10 | Update the list of dockets to be included in the ███████. |
| 10/08/15 | J. Holmes | 0.80 | E-mail with Susan Kinniry and clerk of court regarding ███████ (.5); e-mail and telephone call with Les Brody regarding Atlanta dockets and bankruptcy issues (.3). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/12/15 | J. Holmes | 1.50 | E-mail with solicitors and clerks of court regarding ███████████docket list and requests to stay pre hearing obligations (.8); e-mail and telephone call with M. Parris regarding ███████████ strategy (.7). |
| 10/13/15 | Josh Bennett | 1.80 | Meeting with M. Parris and J. Holmes to discuss plan and strategy for ███████████ ███████████ for MSHA enforcement actions. |
| 10/13/15 | J. Holmes | 3.50 | Prepared for (1.4) and participated in meeting with M. Parris, J. Bennett and Lisa Johnston regarding ███████████(1.8); e-mail with Hersh Hayden regarding conference details and records for preparation (.3). |
| 10/15/15 | Josh Bennett | 1.00 | Review citations and orders in ███████████ dockets in preparation for ███████████ |
| 10/15/15 | J. Holmes | 3.10 | E-mail and telephone call with Hersh Hayden regarding ███████████details and strategy for ███████████(.8); review docket records (.5); e-mail with Susan Kinniry regarding position statements and supplemental production of ███████████(.4); e-mail with Les Brody regarding list of Atlanta dockets (.3); e-mail with Malia Holzberger regarding supplemental production (.3); reviewed same (.8). |
| 10/15/15 | L. Johnston | 1.80 | Prepare the status chart showing the ███████████ ███████████ ███████████ |
| 10/16/15 | J. Holmes | 1.90 | Continued preparation for ███████████ |
| 10/19/15 | Josh Bennett | 3.60 | Continue reviewing ███████████ and orders and draft/revise ███████████ in preparation for ███████████ review (3.2); conference with J. Holmes regarding same (.4). |
| 10/19/15 | J. Holmes | 3.50 | Continued preparation for ███████████ (3.1); meeting with J. Bennett regarding ███████dockets (.4). |
| 10/20/15 | Josh Bennett | 3.90 | Continue reviewing ███████████ and orders and draft/revise ███████████ |
| 10/20/15 | J. Holmes | 1.80 | Continued preparation for ███████████ |
| 10/21/15 | J. Holmes | 2.80 | Continued work on ███████████ preparation (2.5); e-mail with Hersh Hayden regarding ███████████(.3). |

| 10/22/15 | J. Holmes | 3.10 | E-mail and telephone calls with Hersh Hayden regarding ███████ strategy (1.8); e-mail with ███████ regarding conference details and ███████ (.8); e-mail and telephone call with M. Parris regarding ███████ various dockets (.5). |
| 10/22/15 | L. Johnston | 0.10 | Prepare the ███████ filed on behalf of JWR in the ███████ 2015. |
| 10/23/15 | J. Holmes | 2.20 | Continued preparation for ███████ conference. |
| 10/26/15 | Josh Bennett | 5.50 | Meet with H. Hayden to review dockets and develop strategy for ███████ |
| 10/26/15 | J. Holmes | 5.90 | Prepare for (.4) and participate in meetings with Hersh Hayden and J. Bennett regarding final preparation for ███████ (5.5). |
| 10/27/15 | Josh Bennett | 11.40 | Prepare for (.4) and attend ███████ with H. Hayden, J. Holmes, M. Parris and ███████ and the ███████ |
| 10/27/15 | J. Holmes | 11.00 | Participated in ███████ conference with ███████, Hersh Hayden, Mike Parris and J. Bennett. |
| 10/28/15 | Josh Bennett | 4.40 | Continue ███████ MSHA to ███████ |
| 10/28/15 | J. Holmes | 9.60 | Participated in continuation of ███████. |
| 10/29/15 | Josh Bennett | 2.20 | Continue ███████ with regard to ███████ dockets. |
| 10/29/15 | J. Holmes | 7.70 | Participated in ███████ (6.3); prepared for same (1.0); e-mail with G. Hensley and M. Parris regarding ███████ and motion to ███████ (.4). |
| 10/30/15 | J. Holmes | 5.50 | Participated in ███████. |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page   9

05134-0093    James Chaney, Estate of / MSHA

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 10/12/15 | D. Smith | 0.60 | Emailing with Phil Collins regarding ████████ (.2); emailing with Guy Hensley regarding ████████ (.2); ████████ (.2). |
| 10/13/15 | J. Lamar | 0.40 | Develop mediation strategy, issues related to ████████ |
| 10/13/15 | D. Smith | 1.00 | Review of emails regarding mediation (.3); review of Order conditionally allowing mediation to prepare related email (.1); emailing with bankruptcy counsel regarding the ████████ and the question of ████████ Order (.6). |
| 10/14/15 | J. Lamar | 0.60 | Strategy regarding ████████ debtor, ████████. |
| 10/14/15 | D. Smith | 1.30 | Emailing with bankruptcy counsel regarding ████████ (.7); correspondence with counsel for ████████ and ████████ (.6). |
| 10/26/15 | J. Lamar | 0.20 | Assessment of ████████ strategy. |
| 10/26/15 | D. Smith | 1.50 | Telephone call with Phil Collins regarding the ████████ in which ████████ Walter Energy ████████ (.7); prepare description of the ████████ for bankruptcy counsel (.8). |

# MAYNARD, COOPER & GALE, P.C.

05134-0095   Jerry McKinney  (2007-270)


10/06/15   J. Holmes          0.20    Telephone call with M. Parris regarding
                                      potential ███████████████████████████
                                      ████████████

05134-0099    Deitrick J. Wallace

| 10/05/15 | J. Holmes | 0.70 | E-mail and telephone call with Jerry Roberson regarding ███████████████████████ JWR's position as to same (.5); e-mail with Guy Hensley regarding same (.2). |
| 10/05/15 | T. Rainbolt | 0.10 | Review plaintiff's motion for extension of time to file. |
| 10/06/15 | J. Holmes | 0.50 | Telephone call with Rob Ozols regarding ████████████ ████████████. |
| 10/06/15 | R. Ozols | 0.90 | Conference w/ J. Holmes re ████████████████████. |
| 10/07/15 | J. Holmes | 0.40 | E-mails with Rob Ozols and D. Smith regarding ████████████████ decisions and bankruptcy considerations for same. |
| 10/07/15 | R. Ozols | 2.70 | Email corr w/ J. Holmes re ████████████ (0.1); analysis re same (2.6). |
| 10/19/15 | J. Holmes | 0.10 | Receive and review Notice of Dismissal without prejudice from Judge Coogler. |
| 10/20/15 | T. Rainbolt | 0.10 | Review court's order dismissing case. |
| 10/21/15 | R. Ozols | 0.70 | Analyze bankruptcy effect on litigation |

05134-0178    Docket No. 2011-98


| 10/02/15 | J. Holmes | 0.20 | Analyze case status and notice to Judge Gill regarding Moran communication decision. |
| 10/13/15 | Josh Bennett | 0.40 | Draft and convey status update on ▬▬▬▬ ▬▬▬▬▬ docket correspond with M. Parris regarding strategy for ▬▬▬▬▬ same. |
| 10/16/15 | Josh Bennett | 0.40 | Call and correspondence with solicitor U. Egemonye regarding ▬▬▬▬▬▬ docket. |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page   13


05134-0193     Docket No. SE 2012-681R


| | | | |
|---|---|---|---|
| 10/07/15 | D. Smith | 1.60 | Review of ███████ █████ (.9); emailing regarding the bankruptcy stay and ███████ ██████ court (.4); emailing with Guy Hensley regarding the ████████████ from bankruptcy counsel (.3). |
| 10/14/15 | Josh Bennett | 0.60 | Call with M. Parris regarding ███████ ruling (.4); conference with D. Smith regarding the same (.2). |
| 10/14/15 | D. Smith | 0.70 | Review of the ███████ to prepare evaluation of the ████████ of an ███████ (.5); conference with J. Bennett regarding same (.2). |
| 10/15/15 | Josh Bennett | 3.20 | Review Commission decision and █████ to determine ██████ and review ███████ in preparation for meeting tomorrow with G. Hensley regarding ████ strategy. |
| 10/16/15 | Josh Bennett | 1.90 | Meeting at Walter Energy office in Hoover, AL with G. Hensley and D. Smith regarding ████████ strategy. |
| 10/16/15 | D. Smith | 2.10 | Prepare for meeting with Mr. Hensley regarding ███████ decision (.2); meeting at Walter with Mr. Hensley to discuss pros and cons, in context of bankruptcy, of ████ 1.9). |
| 10/26/15 | Josh Bennett | 0.80 | Review and revise ████████████. |
| 10/26/15 | L. Johnston | 0.50 | Draft the ███████████ Decision. |
| 10/28/15 | J. Holmes | 0.50 | E-mail and conferences with M. Parris regarding bankruptcy stay ████████ and client approval for ███████ |
| 10/28/15 | L. Johnston | 0.50 | Prepare the Certificate of Interested Persons and Corporate Disclosure Statement (.4); prepare cover letter to the ███████████ (.1). |
| 10/29/15 | J. Holmes | 0.80 | Reviewed and revised ████████ pleadings (.6); e-mail with Rob Ozols regarding disclosure requirements for same (.2). |
| 10/29/15 | L. Johnston | 0.80 | Finalize, file and serve the ███████ Review. |
| 10/29/15 | R. Ozols | 0.50 | Review and comment on ███████ (0.3); corr w/ J. Holmes regarding same (0.2). |

05134-0198   No. 7 Mine / MSHA

| 10/28/15 | Josh Bennett | 5.20 | Continue ▮▮▮▮▮▮▮▮▮▮▮▮▮▮MSHA to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ dockets. |
| 10/29/15 | L. Johnston | 0.80 | Prepare a ▮▮▮▮▮▮▮▮▮to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Steve Ingram. |
| 10/29/15 | L. Johnston | 0.90 | Prepare the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.8); prepare email to Keith Plylar regarding the ▮▮▮▮▮▮▮▮▮▮ (.1). |
| 10/29/15 | D. Smith | 0.80 | Confer with Mike Parris and Keith Plylar regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ strategy. |
| 10/30/15 | Josh Bennett | 1.20 | Continue ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ dockets ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page  17


05134-0200    No. 4 Mine / MSHA


| 10/02/15 | L. Johnston | 1.50 | Telephone call with Mike Parris regarding the dockets ███████ █████ and current status of resolved dockets (.2); revise the spreadsheet of current pending dockets (.5); begin assembling inspector notes for all dockets to ████████ with Malia Holzberger (.8). |
| 10/05/15 | L. Johnston | 0.90 | Review emails regarding the list of dockets to ████ █████ (.1); prepare a ████████ for use ███████ (.8). |
| 10/06/15 | L. Johnston | 0.40 | Telephone call with Mike Parris regarding current pending dockets (.1); update the pending dockets spreadsheet (.3). |
| 10/07/15 | L. Johnston | 0.10 | Update the list of dockets to be ████████ |
| 10/15/15 | J. Holmes | 0.50 | Telephone call with Mike Hall regarding ████ issues (.3); e-mail with Sally Brown regarding ████████ list (.2). |
| 10/15/15 | L. Johnston | 1.10 | Prepare the status chart showing the ████████ |
| 10/22/15 | L. Johnston | 0.10 | Prepare the list of answers filed on behalf of JWR in the 3rd quarter of 2015. |
| 10/29/15 | Josh Bennett | 7.40 | Meet with J. Eaton and J. Brasfield at ████████ to review ████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....                    November 20, 2015
Client #05134                                                   Page   19

05134-0215    No. 4 Mine - Miscellaneous Labor

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/07/15 | J. Holmes | 1.90 | Telephone call with Sally Brown, James Jones and Mike Hall regarding ██████████ (.4); research ██████ requirements (.8); e-mail with Sally Brown and Mike Hall regarding research results and ██████ (.7). |
| 10/13/15 | J. Holmes | 0.80 | E-mail and telephone call with Mike Hall regarding ██████████ update, ████ ████████ same, and recommended █████████ ████. |

05134-0216    No. 7 Mine - Miscellaneous Labor

| 10/05/15 | J. Holmes | 0.80 | Telephone calls with ████████ and Mike Johnson regarding ████████ schedule and preview. |
| 10/06/15 | J. Holmes | 1.50 | Prepared for and participated in ████████ Hill and Mike Johnson (1.0); telephone call with Mike Johnson regarding potential changes ████████ (.3); e-mail with Guy Hensley and Mike Hall regarding ████████ (.2). |
| 10/13/15 | J. Holmes | 0.20 | Telephone call with Mike Johnson regarding status of ████████ requested. |
| 10/21/15 | J. Holmes | 2.60 | Telephone call with Mike Hall regarding ████████ needed (.5); research for same (1.5); e-mail and telephone with Mike Hall and Mike Johnson regarding initial ████████ (.6). |
| 10/22/15 | J. Holmes | 0.50 | Telephone call with Mike Hall regarding ████████ issues. |
| 10/27/15 | J. Holmes | 0.80 | Telephone call with Rich Donnelly, Barry Kimbrell and Mike Johnson regarding ████████ (.5); telephone call with D. Smith regarding ████ analysis for same (.3). |
| 10/29/15 | J. Holmes | 1.00 | Telephone call with Mike Johnson regarding ████████ for same (.5); e-mail with Mike Johnson regarding ████████ revisions (.3); conference with D. Smith regarding same (.2). |

Jim Walter Resources, Inc....EMAIL EMAIL....                    November 20, 2015
Client #05134                                                   Page   22


05134-0256    Docket No. SE 2013-384


10/23/15   J. Holmes          0.70    E-mail with Sophia Haynes regarding draft
                                      ███████████ documents (.2); conference with Lisa
                                      Johnston regarding same (.3); e-mail with
                                      Sophia Haynes regarding edits (.2).

10/23/15   L. Johnston        1.10    Review the proposed ███████████ to ensure
                                      it ███████████████████████████████
                                      (.3); conference with J. Holmes regarding same
                                      (.3); review the █████████████████████
                                      ████████████████ (.2); prepare notes on ███████████
                                      ████████████████ (.3).

Jim Walter Resources, Inc....EMAIL EMAIL,...          November 20, 2015
Client #05134                                        Page  23

05134-0270    Docket SE 2014-75

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/16/15 | J. Holmes | 0.60 | E-mail M. Parris regarding docket status (.2); letter to Melanie Garris regarding ▮▮▮▮ issues and ▮▮▮▮▮▮▮ (.4). |
| 10/16/15 | L. Johnston | 0.20 | Prepare letter to ▮▮▮▮▮▮▮▮, regarding ▮▮▮▮▮▮. |
| 10/19/15 | J. Holmes | 0.90 | E-mail and telephone call with Melanie Garris regarding docket status ▮▮▮▮ (.5); letter to Melanie Garris regarding ▮▮▮▮▮ (.4). |
| 10/30/15 | J. Holmes | 0.30 | E-mail with Melanie Garris regarding ▮▮▮▮ issue. |

# MAYNARD, COOPER & GALE, P.C.

05134-0277    Docket SE 2014-1

| | | | |
|---|---|---|---|
| 10/26/15 | J. Holmes | 0.50 | Receive and review draft ████████ documents. |
| 10/27/15 | J. Holmes | 0.30 | E-mail with clerk of court and solicitor regarding case status, ████████████ and pre hearing obligations. |
| 10/27/15 | L. Johnston | 0.30 | Review emails with Avery Peechtaka regarding prehearing reports deadline (.1); review the proposed ████████████ and decision to ████████████████████████████████ (.2). |

# MAYNARD, COOPER & GALE, P.C.

05134-0292    Docket SE 2014-159


10/27/15   L. Johnston          0.30     Review emails with Avery Peechtaka regarding
                                         prehearing reports deadline (.1); review the
                                         ███████████████████████████████████████
                                         (.2).

05134-0311    Docket SE 2014-126

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 10/09/15 | L. Johnston | 0.30 | Organize citation and notes in preparation for ███████████ |
| 10/13/15 | L. Johnston | 0.30 | Finalize the ███████ documents in preparation for ███████ |
| 10/15/15 | J. Holmes | 1.30 | E-mail with ███████ regarding request for ███████ (.2); revised and finalized motion to ███████ (.8); telephone call with M. Parris regarding same (.3); |
| 10/15/15 | L. Johnston | 0.50 | Finalize and file the motion ███████ and ███████ docket (.3);  prepare the ███████ worksheet (.2). |
| 10/21/15 | L. Johnston | 0.90 | Review the ███████ to date (.5); prepare draft ███████ (.4). |
| 10/23/15 | L. Johnston | 0.20 | Review the order of assignment transferring the docket to Judge Barbour. |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                        Page  27

05134-0312    Docket SE 2013-111

| 10/09/15 | L. Johnston | 0.80 | Organize ███████████ notes in preparation for the ████████████. |
| 10/13/15 | L. Johnston | 0.80 | Finalize the ████████████████ documents in preparation for █████████████ |
| 10/16/15 | L. Johnston | 0.90 | Prepare the ███████████████████████ worksheet. |
| 10/21/15 | L. Johnston | 1.10 | Review the ████████████████ date (.7); prepare draft ████████████ (.4). |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page  28


05134-0322     Docket No. SE 2014-227


| 10/15/15 | L. Johnston | 0.50 | Review email from Rolesia Dancy ██████ that the ██████ ████████████████ (.1);  prepare the ████████████████████ ███████ worksheet (.4). |
| 10/20/15 | J. Holmes | 0.20 | Receive and review order continuing hearing. |
| 10/21/15 | L. Johnston | 1.10 | Review the ████████████████ date (.7); prepare draft ██████████████ (.4). |
| 10/30/15 | Josh Bennett | 1.20 | ███████████████████████████████ |

# MAYNARD, COOPER & GALE, P.C.

05134-0323    Docket No. SE 2014-338

| | | | |
|---|---|---|---|
| 10/06/15 | J. Holmes | 0.40 | E-mail with Judge Rae's clerk and ███ regarding ███ motion and order. |
| 10/06/15 | L. Johnston | 0.20 | Review emails with Jean Abreu and Elizabeth Ketona regarding the ███. |
| 10/09/15 | L. Johnston | 0.30 | Organize ███ notes in preparation for the ███. |
| 10/13/15 | J. Holmes | 0.20 | Receive and review decision approving ███ |
| 10/13/15 | L. Johnston | 0.30 | Review the decision approving ███ (.2); email to Mike Parris and Betty Roget regarding ███ (.1). |
| 10/13/15 | L. Johnston | 0.30 | Finalize the ███ documents in preparation for the ███ |
| 10/16/15 | L. Johnston | 0.20 | Prepare the ███ worksheet. |

05134-0328     SE 2014-487

| 10/06/15 | L. Johnston | 1.10 | Review the ▮▮▮▮▮▮ notes produced by Malia Holzberger (.2); prepare for ▮▮▮▮▮▮▮▮▮▮ and notes (.9). |
| 10/14/15 | L. Johnston | 0.80 | Finalize the ▮▮▮▮▮▮▮▮▮▮▮ documents in preparation ▮▮▮▮▮▮▮▮▮▮ |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page   31

05134-0329     SE 2014-488

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 10/07/15 | L. Johnston | 0.60 | Review the ████████ notes produced by Malia Holzberger (.2); prepare for ███████████████ and notes (.4). |
| 10/13/15 | L. Johnston | 0.50 | Finalize the ████████████████████ documents in ██████████████████████. |
| 10/16/15 | L. Johnston | 0.30 | Prepare the ████████████████ worksheet. |
| 10/26/15 | J. Holmes | 0.10 | Receive and review ███████████████ requests █████. |
| 10/28/15 | L. Johnston | 0.20 | Review ███████████████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....                November 20, 2015
Client #05134                                              Page  32

05134-0330    Docket No SE 2014-393


| 10/09/15 | L. Johnston | 0.60 | Organize ▮▮▮▮▮▮ notes in preparation for the ▮▮▮▮▮▮. |
| 10/13/15 | L. Johnston | 0.40 | Finalize the ▮▮▮▮▮▮ documents in preparation ▮▮▮▮▮▮ |
| 10/15/15 | L. Johnston | 0.50 | Finalize and file the motion to consolidate and transfer docket (.3); prepare the ▮▮▮▮▮▮ worksheet (.2). |
| 10/16/15 | L. Johnston | 0.30 | Prepare the ▮▮▮▮▮▮ worksheet. |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                          Page  33


05134-0336    Docket No. SE 2012-522


| 10/09/15 | L. Johnston | 0.30 | Organize ████████ ptes in preparation for the ████████████ |
| 10/13/15 | L. Johnston | 0.30 | Finalize the ████████████████████ documents in preparation for the conference. |
| 10/16/15 | L. Johnston | 0.20 | Prepare the ████████████████████ worksheet. |
| 10/21/15 | L. Johnston | 0.70 | Review the ████████████████ to date (.3); prepare draft ████████████████ (.4). |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                        Page  34

05134-0339    Docket No. SE 2013-72

| 10/09/15 | L. Johnston | 0.80 | Organize ███████ notes in preparation for the ████████. |
| 10/13/15 | L. Johnston | 0.80 | Finalize the ███████ documents in preparation ████████. |
| 10/16/15 | L. Johnston | 0.90 | Prepare the █████████████ worksheet. |
| 10/21/15 | L. Johnston | 1.10 | Review the notes from Mike Parris regarding ██████████ (.7); prepare draft ████████ (.4). |

05134-0346    Docket No. SE 2015-146


10/27/15   L. Johnston        0.30    Review emails with Avery Peechtaka regarding
                                      ██████████████████████████ (.1); review the
                                      ██████████████████████ and ████████ to
                                      ██████████████████████████
                                      (.2).

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page  36

05134-0347    Docket No. SE 2015-147

10/27/15   L. Johnston          0.30    Review emails with Avery Peechtaka regarding
                                        ████████████████████ (.1); review the
                                        ██████████████████████████████████ to
                                        ensure ████████████████████████████
                                        (.2).

05134-0348      Docket No. SE 2015-148


10/27/15    L. Johnston           0.30      Review emails with Avery Peechtaka regarding
                                            ████████████████████████ (.1); review the
                                            ████████████████████████████████████████
                                            ████████████████████████████████████████
                                            (.2).

# MAYNARD, COOPER & GALE, P.C.

05134-0349     Docket No. SE 2015-149


10/27/15   L. Johnston        0.30     Review emails with Avery Peechtaka regarding
                                       ████████████████████████ (.1); review the
                                       █████████████████████████████████████████o
                                       (.2).

05134-0350    Brian McClelland v. Jim Walter Resources


| 10/02/15 | J. Holmes    | 0.70 | Receive and review Plaintiff's response to show cause order (.5); e-mail to Guy Hensley regarding ████████████ same (.2). |
| 10/05/15 | J. Holmes    | 0.50 | E-mail with T. Rainbolt regarding ████████████ ████████████ Plaintiff's response to show cause order (.1); review court order requiring additional submission from Plaintiff (.4). |
| 10/05/15 | T. Rainbolt  | 0.20 | Review court's order requiring Plaintiff to specify relief requested (0.1); discuss with J. Holmes (0.1). |
| 10/06/15 | R. Ozols     | 0.90 | Analyze pleadings and other diligence items. |
| 10/19/15 | J. Holmes    | 0.10 | Receive and review Notice of Dismissal without prejudice from Judge Coogler. |
| 10/20/15 | T. Rainbolt  | 0.10 | Review court's order dismissing case. |

05134-0353   Docket No. SE 2015-125

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/02/15 | J. Holmes | 0.30 | Receive and review draft ██████████ocuments (.2); e-mail with Judge Miller and Les Brody regarding ██████████████ same (.1). |
| 10/05/15 | J. Holmes | 0.20 | Reviewed ████████████ (.1); e-mail with Les Brody regarding same (.1). |
| 10/05/15 | L. Johnston | 0.40 | Review and revise the ████████████ ████████████████████ |
| 10/08/15 | J. Holmes | 0.10 | Telephone call with Les Brody regarding final revisions to ██████████documents. |
| 10/13/15 | J. Holmes | 0.20 | E-mail with clerk of court regarding edits to ████████████████ |
| 10/15/15 | L. Johnston | 0.50 | Revise the j██████ (.4); finalize and file the joint motion to ████████████ (.1). |
| 10/26/15 | J. Holmes | 0.10 | Receive and review decision approving ████████████ |
| 10/26/15 | L. Johnston | 0.40 | Review the decision approving ███████████ (.3); prepare email to Mike Parris and Betty Roget regarding the ████████████.1). |
| 10/30/15 | J. Holmes | 0.30 | E-mail with clerk of court regarding final ██████████ required documentation. |

Jim Walter Resources, Inc....EMAIL EMAIL....                November 20, 2015
Client #05134                                               Page  41

05134-0354     Docket No. SE 2015-126


10/09/15   L. Johnston          0.80      Organize ███████████ notes in preparation
                                          for the ███████████

10/13/15   L. Johnston          0.80      ███████████████████████████████████████.

05134-0355    Docket No. SE 2015-171


| 10/09/15 | L. Johnston | 0.80 | Organize ████████ notes in preparation for the ██████████ |
| 10/13/15 | L. Johnston | 0.40 | █████████████████████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page   43


05134-0356     Docket No. SE 2015-172


| Date | Name | Hours | Description |
|---|---|---|---|
| 10/02/15 | J. Holmes | 0.30 | Receive and review draft ███████████ (.2); e-mail with Judge Miller and Les Brody regarding ██████████████████ same (.1). |
| 10/05/15 | J. Holmes | 0.20 | Reviewed revised ██████████████ (.1); e-mail with Les Brody regarding same (.1). |
| 10/05/15 | L. Johnston | 0.40 | Review and revise the ████████████████████████████████████ |
| 10/08/15 | J. Holmes | 0.10 | Telephone call with Les Brody regarding final revisions to ██████████ |
| 10/12/15 | J. Holmes | 0.30 | E-mail with clerk of court regarding edit to ██████████ |
| 10/13/15 | J. Holmes | 0.20 | E-mail with clerk of court regarding ██████████████ |
| 10/15/15 | L. Johnston | 0.50 | Revise the joint motion to ████████ ████████████████████ (.4); finalize and file the joint motion to ██████████ (.1). |
| 10/26/15 | J. Holmes | 0.10 | Receive and review decision approving ██████ |
| 10/26/15 | L. Johnston | 0.40 | Review the decision approving ██████████ (.3); prepare email to Mike Parris and Betty Roget regarding the ██████████████ (.1). |

# MAYNARD, COOPER & GALE, P.C.

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                          Page   44

05134-0357    Docket No. SE 2015-198


| 10/09/15 | L. Johnston | 0.30 | Organize orders and notes in preparation for the ████████████ |
| 10/14/15 | L. Johnston | 0.30 | ████████████████████████████████████ |
| 10/22/15 | L. Johnston | 0.60 | Review the notes regarding ███████ ███████ (.3); prepare a draft ███████ (.3). |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page  45


05134-0358     Docket No. SE 2015-197


10/09/15   L. Johnston          0.90   Organize ▇▇▇▇▇▇▇notes in preparation
                                       for the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10/13/15   L. Johnston          0.80   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Jim Walter Resources, Inc....EMAIL EMAIL....                    November 20, 2015
Client #05134                                                   Page  46

05134-0359    Docket No. ßE 2015-205


10/01/15    L. Johnston          0.90    Prepare the notebook for the ██████████
                                         ████████████████████████    include the
                                         ██████████    notes for ██████

10/14/15    L. Johnston          0.80    Finalize the ████████████████████████
                                         documents in preparation for the ████████

10/29/15    Josh Bennett         1.20    ████████ docket with representatives for
                                         ████████████████████████████████████

10/30/15    Josh Bennett         0.70    Continue ████████████████████████
                                         ███████

Jim Walter Resources, Inc....EMAIL EMAIL....                    November 20, 2015
Client #05134                                                  Page  47

05134-0360    Docket No. SE 2015-85

| | | | |
|---|---|---|---|
| 10/09/15 | L. Johnston | 0.80 | Organize ███████ notes in preparation ███████████████ |
| 10/13/15 | L. Johnston | 0.80 | Finalize the ██████████████████████ |
| 10/16/15 | L. Johnston | 0.90 | ███████████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....       November 20, 2015
Client #05134                                       Page  48


05134-0364    Leslie Brian Williams


| 10/01/15 | J. Holmes | 0.30 | E-mail with Charlie Chamblee regarding ████████████ |
| 10/15/15 | J. Holmes | 0.20 | Telephone call with Mike Hall regarding ████ ████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....　　　　November 20, 2015
Client #05134　　　　　　　　　　　　　　　　　　　　Page　49


05134-0366　　Docket SE 2015-273


| 10/07/15 | L. Johnston | 1.10 | Review the ▮▮▮▮▮▮▮▮ produced by ▮▮▮ |
| | | | ▮▮▮▮▮▮ (.2); prepare for ▮▮▮▮▮▮▮ and |
| | | | notes (.9). |
| 10/13/15 | L. Johnston | 0.80 | Finalize the ▮▮▮▮▮▮▮▮▮▮▮▮ |
| | | | documents in preparation for the ▮▮▮ |
| 10/27/15 | J. Holmes | 0.10 | Receive and review ▮▮▮▮▮▮ written |
| | | | ▮▮▮▮▮▮▮ JWR. |
| 10/28/15 | L. Johnston | 0.20 | Review ▮▮▮▮▮▮▮▮▮▮▮ by the |
| | | | ▮▮▮▮▮▮ |

Jim Walter Resources, Inc....EMAIL EMAIL....                    November 20, 2015
Client #05134                                                   Page   50

05134-0367    Docket SE 2015-271

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 10/07/15 | J. Holmes | 0.20 | E-mail with clerk of court regarding status report and pre hearing disclosures. |
| 10/08/15 | L. Johnston | 0.50 | Review the ███████ notes produced by ███████ (.2); prepare for ███████████████████ and notes (.3). |
| 10/14/15 | L. Johnston | 0.20 | Finalize the ████████████████ documents in preparation for the ████████████ |
| 10/27/15 | J. Holmes | 0.10 | Receive and review ███████████ |
| 10/28/15 | L. Johnston | 0.20 | ██████████████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....                    November 20, 2015
Client #05134                                                  Page  51


05134-0368    Docket SE 2015-270


| 10/07/15 | J. Holmes | 0.20 | E-mail with clerk of court regarding status report and pre hearing disclosures. |
| 10/09/15 | L. Johnston | 0.30 | Organize ▮▮▮▮▮ notes in preparation for ▮▮▮▮▮ |
| 10/14/15 | L. Johnston | 0.20 | Finalize the ▮▮▮▮▮ documents in preparation for the ▮▮▮▮▮ |
| 10/26/15 | J. Holmes | 0.10 | Receive and review ▮▮▮▮▮ |
| 10/28/15 | L. Johnston | 0.20 | ▮▮▮▮▮ |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page  52

05134-0369    Docket SE 2015-272

| | | | |
|---|---|---|---|
| 10/08/15 | J. Holmes | 0.20 | E-mail with Sophia Haynes and clerk of court regarding case status report. |
| 10/09/15 | L. Johnston | 0.30 | Organize ▓▓▓▓▓▓▓ notes in preparation for the ▓▓▓▓. |
| 10/13/15 | L. Johnston | 0.20 | Finalize the ▓▓▓▓▓ documents in preparation for the ▓▓▓▓▓ |
| 10/21/15 | L. Johnston | 0.70 | Review JWR's ▓▓▓▓▓▓▓▓ (.3); prepare draft ▓▓▓▓▓▓▓ (.4). |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page 53


05134-0370     Docket SE 2015-296


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/01/15 | J. Holmes | 0.40 | Receive and review Event file. |
| 10/07/15 | L. Johnston | 0.30 | Prepare for ██████████████ by organizing ████████████ notes (.3). |
| 10/14/15 | L. Johnston | 0.20 | Finalize the ██████ documents in preparation for the ██████ |
| 10/27/15 | J. Holmes | 0.10 | Receive and review ███████████████ |
| 10/28/15 | L. Johnston | 0.20 | ██████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page  54

05134-0371   Docket SE 2015-307


10/06/15   L. Johnston        1.80   Review the ███████████████████
                                     ███████████(.2); prepare for ██████████
                                     conference by organizing ██████████
                                     notes (1.6).
10/14/15   L. Johnston        0.90   Finalize the ██████████████████
                                     documents in preparation for the ██████████.

Jim Walter Resources, Inc....EMAIL EMAIL....                    November 20, 2015
Client #05134                                                   Page   55


05134-0372    Docket SE 2015-308


| 10/07/15 | L. Johnston | 2.10 | Review the ████████████████ ████████ (.2); prepare for ████████ ████████ by organizing the ████ notes (1.9). |
| 10/14/15 | L. Johnston | 0.90 | Finalize the ████████████ documents in preparation ██████████████. |

05134-0373    Docket SE 2015-320


| 10/06/15 | L. Johnston | 0.50 | Review the ███████████████████ ██████████ (.2); prepare for ██████████ conference by organizing ████████ notes (.3). |
| 10/14/15 | L. Johnston | 0.20 | Finalize the ████████████████ documents in preparation for the ██████. |
| 10/22/15 | J. Holmes | 0.20 | Receive and review ███████████████ |
| 10/22/15 | L. Johnston | 0.20 | ████████████████████████████████ |

05134-0374    Docket SE 2015-321


10/06/15    L. Johnston        1.10    Review the ███████████████████
            ███████████████ (.2); prepare for
            conference by organizing the ████████
            notes (.9).

10/14/15    L. Johnston        0.90    ███████████████████████████
                                       ███████████████████████

05134-0375    Docket SE 2015-322

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/07/15 | L. Johnston | 1.50 | Review the ██████████████████ ████████ (.2); prepare for ██████████ conference by organizing the ██████████ notes (1.3). |
| 10/14/15 | L. Johnston | 0.80 | ████████████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....                    November 20, 2015
Client #05134                                                  Page  59


05134-0376     Docket SE 2015-358


| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 10/07/15 | L. Johnston | 1.70 | Review the ███████████████████ ████████ (.2); prepare for ████ conference by organizing the ██████ notes (1.5). |
| 10/14/15 | L. Johnston | 0.80 | Finalize the ████████████████ documents in preparation ██████████ |
| 10/27/15 | J. Holmes | 0.10 | ████████████████████████████ |
| 10/28/15 | L. Johnston | 0.20 | ████████████████████████████ |

05134-0377    Docket SE 2015-359


| 10/08/15 | L. Johnston | 1.50 | Review the ████████████████████ |
| | | | ██████████ (.2); prepare for ███████████ |
| | | | conference by organizing the ███████████ |
| | | | notes (1.3). |
| 10/13/15 | J. Holmes | 0.20 | E-mail with Lisa Johnston and Malia |
| | | | ██████████ regarding ██████ notes needed. |
| 10/14/15 | L. Johnston | 0.90 | Finalize the ██████████████ |
| | | | documents in preparation for the ██████████ |
| 10/19/15 | L. Johnston | 0.40 | Review additional notes produced by ██████ |
| | | | ██████████ (.3); email to Mike Parris (.1). |
| 10/26/15 | J. Holmes | 0.10 | ████████████████████████████████████ |
| 10/28/15 | L. Johnston | 0.20 | ████████████████████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....       November 20, 2015
Client #05134                                       Page  61


05134-0378    Docket SE 2015-241


| 10/06/15 | L. Johnston | 0.70 | Review the ████████ |
| | | | ████████ (.2); prepare for ████ |
| | | | conference by organizing the ████ |
| | | | notes (.5). |
| 10/14/15 | L. Johnston | 0.30 | Finalize the ████████ |
| | | | documents in preparation for the ████ |
| 10/26/15 | J. Holmes | 0.10 | ████████ |
| 10/28/15 | L. Johnston | 0.20 | ████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....          November 20, 2015
Client #05134                                         Page  61

05134-0378    Docket SE 2015-241

| 10/06/15 | L. Johnston | 0.70 | Review the ███████████████ ████████ (.2); prepare for ████████ by organizing the ████████ notes (.5). |
| 10/14/15 | L. Johnston | 0.30 | Finalize the ███████████████ documents in preparation for the ████ |
| 10/26/15 | J. Holmes | 0.10 | ████████████████████████ |
| 10/28/15 | L. Johnston | 0.20 | ████████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....    November 20, 2015
Client #05134                                    Page  62

05134-0379    Docket SE 2015-240


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/06/15 | L. Johnston | 0.90 | Review the ███████████ ███████ (.2); prepare for ██████████ conference by organizing the ████████ notes (.7). |
| 10/14/15 | L. Johnston | 0.50 | Finalize the ██████████████ documents in preparation for the ██████████. |
| 10/26/15 | J. Holmes | 0.10 | ███████████████████████ |
| 10/28/15 | L. Johnston | 0.20 | ███████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....
Client #05134

November 20, 2015
Page  63

05134-0380    Docket SE 2015-237

| 10/08/15 | L. Johnston | 1.30 | Review the ███████████████████ ███████ (.2); prepare for ██████ conference by organizing the notes (1.1). |
| 10/13/15 | L. Johnston | 0.80 | Finalize the ████████████████ documents in preparation for the ██████████. |

Jim Walter Resources, Inc....EMAIL EMAIL....            November 20, 2015
Client #05134                                          Page   64


05134-0381    SE 2015-0432


10/02/15   J. Holmes           0.20    Receive and review ███████████████
                                       ████████████.

Jim Walter Resources, Inc....EMAIL EMAIL....     November 20, 2015
Client #05134                                    Page  65

05134-0383     §E 2015-0423

| 10/02/15 | J. Holmes | 0.30 | Receive and review ██████████████████ |
| 10/30/15 | L. Johnston | 0.40 | Prepare, file and serve ███████████ ██████████████████ (.2); prepare, file and serve the Notice of Bankruptcy (.2). |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Black Warrior Basin, LLC..EMAIL..EMAIL..        November 20, 2015
c/o Mitchell Mataya                                    Invoice #455770
mitchell.mataya@walterenergy.com
cc: earl.doppelt@walterenergy.com

For Legal Services Rendered Through 10/30/15

15915-0002
General

| | | | |
|---|---|---|---|
| 10/02/15 | R. Ozols | 3.40 | Prepare for (0.3) and participate in (0.6) conference w/ Claudia Tobler re strategy for ███████████████████; begin preparing motion ████████████ (2.4); conf w/ T. Holt re same (0.1) |
| 10/05/15 | R. Ozols | 11.20 | Email corr w/ M. Mataya re motion ████████ (0.1); email corr w/ C. Tobler re same (0.1); analyze ████████ and other documentation (3.5); email corr w/ T. Holt re same (0.1); legal research and analysis re ████████████████ ████ (3.2, 3.0); further draft motion (1.2). |
| 10/06/15 | R. Ozols | 10.40 | Further legal research re ████████████████████ (4.6); further review underlying documents, agreements, and transaction (3.6); further draft motion (2.2). |
| 10/21/15 | R. Ozols | 0.10 | Corr w/ M. Rudnick re motion ████ |
| 10/22/15 | R. Ozols | 2.90 | Further draft Motion ████████ (2.8); corr w/ M. Rudnick re same (0.1) |
| 10/23/15 | T. Holt | 1.10 | E-mails from and to Mitchell Mataya re: ████████ (.4); review and analyze ████████ related amendments between ████████████████ to determine ████████████████ (.7). |
| 10/24/15 | R. Ozols | 5.80 | Further legal and factual analysis re Motion ████████ (3.0); further draft Motion ████ (2.8). |
| 10/25/15 | R. Ozols | 6.10 | Finalize draft Motion ████████ (3.9, 2.1); corr w/ M. Rudnick re same (0.1) |

# MAYNARD, COOPER & GALE, P.C.

10/26/15   R. Ozols            0.10     Email corr w/ M. Rudnick re Motion ███████

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Coke, Inc.... EMAIL EMAIL...                    November 20, 2015
c/o Mitchell Mataya                                    Invoice #455740
mitchell.mataya@walterenergy.com

For Legal Services Rendered Through 10/30/15

05136-0011
General

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/05/15 | J. McLaughlin | 0.80 | Telephone conference with M. Mataya regarding ███████████ agreements (.2); review and analyze emails from same (.6). |
| 10/06/15 | J. McLaughlin | 2.10 | Work on amendment to ███████████ order (1.1); telephone conferences with and emails with M. Mataya and J. Hickman regarding same (1.0). |
| 10/09/15 | J. McLaughlin | 1.80 | Work on ███████████ agreements (1.0); telephone call from J. Hickman regarding same (.4); emails with group regarding same (.4). |
| 10/12/15 | J. McLaughlin | 0.20 | Emails regarding ███████████ |
| 10/18/15 | J. McLaughlin | 1.10 | Emails with M. Mataya regarding ███████ contract (.3); begin reviewing same and forwarded emails (.8). |
| 10/19/15 | J. McLaughlin | 4.10 | Work on ███████████ agreement (2.6); telephone conference with and emails with M. Mataya regarding same (1.5). |
| 10/20/15 | J. McLaughlin | 5.10 | Work on ███████████ agreement (3.1); emails with M. Mataya regarding same including others comments to same (.4); telephone conference with M. Mataya regarding agreement and follow on call with same and group from Walter Coke regarding agreement (1.6). |
| 10/21/15 | J. McLaughlin | 2.90 | Work on ███ contract (1.6); emails with M. Mataya regarding ███████████ (.5); work on same (.8). |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
c/o Mitchell Mataya                                     Invoice #455743
mitchell.mataya@walterenergy.com
cc: earl.doppelt@walterenergy.com

For Legal Services Rendered Through 10/30/15

06187-0010
General Corporate Matters

| 10/05/15 | J. McLaughlin | 3.80 | Work on ████████████ including revise draft prepared by ███████ and marked up by ████████████ (3.5); telephone conference with M. Mataya regarding same (.3). |
| 10/06/15 | J. McLaughlin | 2.10 | Emails with M. Mataya and G. Hensley regarding needed information from the ████ ████████████ and review information related to same (1.0); finalize draft of ████████████ and emails with M. Mataya regarding same (1.1). |
| 10/07/15 | J. McLaughlin | 0.30 | Emails with M. Mataya and G. Hensley regarding open matters. |
| 10/08/15 | J. McLaughlin | 0.40 | Emails from ███████████ regarding ████████ to ████████████ (.3); telephone call to same (.1). |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Kelli Gant
kelli.gant@walterenergy.com
cc: earl.doppelt@walterenergy.com

November 20, 2015
Invoice #455744

For Legal Services Rendered Through 10/30/15

06187-0017
General Benefits

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/06/15 | F. Quick | 2.20 | Telephone conference with Kelli Gant regarding ███████ (.3); review the ████ (.4); ████████████████ ents ████████████ (.2); email Kelli Gant regarding same (.2); begin review of the Blue Cross ████ (1.1). |
| 10/07/15 | V. McKibbens | 0.90 | Research regarding ████████ of health plan. |
| 10/08/15 | F. Quick | 5.20 | Read response to questions about the health plan, and make the requested ████ changes to the draft plan (1.8); draft questions to Blue Cross regarding ████ administration (.8); continued review and revision of the draft plan (2.6). |
| 10/09/15 | F. Quick | 2.20 | Continue review of the ████████ document ████████████████ conform the two documents as closely as possible. |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
c/o Kelli Gant                                         Invoice #455745
kelli.gant@walterenergy.com
earl.doppelt@walterenergy.com


For Legal Services Rendered Through 10/30/15


06187-0020
(218) Black Warrior Transmission Corporation Pension Plan
Trust


| | | | |
|---|---|---|---|
| 10/25/15 | F. Quick | 1.30 | Review SPD for pension plan. |
| 10/26/15 | D. Averitt | 1.10 | Assist F. Quick prepare revised SPD for the Black Warrior Transmission Corp Pension Plan and verify the table of contents is working correctly. |
| 10/26/15 | F. Quick | 4.20 | Continued review of SPD (2.0); compare redlines of the Black Warrior SPD to the Salaried Pension Plan SPD for consistency and differences (.6); finalize document (1.6). |
| 10/27/15 | D. Averitt | 0.20 | Review final SPD sent to client with F. Quick (.1); print final copy and transmit to file (.1). |
| 10/29/15 | F. Quick | 0.10 | Review status of ██████████ filing. |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
c/o Kelli Gant                                         Invoice #455746
kelli.gant@walterenergy.com
cc: earl.doppelt@walterenergy.com


For Legal Services Rendered Through 10/30/15


06187-0021
(219) Walter Energy, Inc. 401(K) Plan
Trust


| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 10/08/15 | D. Averitt | 0.20 | Review of the executed Seventh Amendment and resolution to the 401(k) Plan (.1); scan and save to the system and update plan book (.1). |
| 10/22/15 | F. Quick | 2.20 | Review and revise plan SPD, comparing SPD provisions to amendments and plan document (1.0); review redline between this SPD and the other retirement plan SPDs (.7); finalize SPD (.5). |
| 10/22/15 | F. Quick | 0.20 | Draft cover email to LaQuita regarding SPDs (.1) and review redlines of the SPDs for accuracy (.1). |
| 10/27/15 | D. Averitt | 0.20 | Review final SPD sent to client with F. Quick (.1); print final copy and transmit to file (.1). |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW

1901 SIXTH AVENUE NORTH

2400 REGIONS/HARBERT PLAZA

BIRMINGHAM, ALABAMA 35203-2602

(205) 254-1000

TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.,....EMAIL...EMAIL                    November 20, 2015
c/o Kelli Gant                                          Invoice #455747
kelli.gant@walterenergy.com
cc: earl.doppelt@walterenergy.com

For Legal Services Rendered Through 10/30/15

06187-0022
(217) Walter Energy, Inc. Retirement Savings Plan
Trust

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/08/15 | D. Averitt | 0.20 | Review of the executed Second Amendment and resolution to the Retirement Savings Plan (.1); scan and save to the system and update plan book (.1). |
| 10/12/15 | F. Quick | 1.80 | Review the Retirement Savings Plan ███████████████ (1.4); email Laquita Moore Smith regarding same (.4). |
| 10/21/15 | F. Quick | 2.80 | Review and revise Plan SPD (1.6); finalize SPD (1.2). |
| 10/22/15 | D. Averitt | 0.40 | Assist F. Quick in finalizing the revised summary plan description for the retirement savings plan (.3); review the redline document I prepared with F. Quick (.1). |
| 10/22/15 | F. Quick | 1.20 | Review and revise plan SPD, comparing SPD provisions to amendments and plan document (.9); review redline between this SPD and the other retirement plan SPDs (.3). |
| 10/22/15 | F. Quick | 0.20 | Draft cover email to LaQuita regarding SPDs (.1) and review redlines of the SPDs for accuracy (.1). |
| 10/27/15 | D. Averitt | 0.20 | Review final SPD sent to client with F. Quick (.1); print final copy and transmit to file (.1). |

# MAYNARD, COOPER & GALE, P.C.
### ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Kelli Gant
kelli.gant@walterenergy.com
cc: earl.doppelt@walterenergy.com

November 20, 2015
Invoice #455748

For Legal Services Rendered Through 10/30/15

06187-0023
(216) Pension Plan for Salaried Employees of Walter Energy,
Inc. Subsidiaries

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/19/15 | F. Quick | 0.70 | Review redline of Salaried Pension Plan SPD changes. |
| 10/21/15 | F. Quick | 1.20 | Review pension plan formula and compare to the pension calculation examples in the SPD (.7) review eligibility provisions for the same purpose (.5). |
| 10/22/15 | D. Averitt | 1.40 | Assist F. Quick in finalizing the revised summary plan description for the pension plan for salaried employees. |
| 10/22/15 | F. Quick | 3.50 | Review and revise plan SPD, comparing SPD provisions to amendments and plan document (2.8); review redline between this SPD and the other retirement plan SPDs (.7). |
| 10/22/15 | F. Quick | 0.20 | Draft cover email to LaQuita regarding SPDs and review redlines of the SPDs for accuracy. |
| 10/26/15 | F. Quick | 0.70 | Revise SPD to correct items identified by comparing the SPD to the Black Warrior SPD. |
| 10/27/15 | D. Averitt | 0.20 | Review final SPD sent to client with F. Quick (.1); print final copy and transmit to file (.1). |

# MAYNARD, COOPER & GALE, P.C.

### ATTORNEYS AT LAW
### 1901 SIXTH AVENUE NORTH
### 2400 REGIONS/HARBERT PLAZA
### BIRMINGHAM, ALABAMA 35203-2602
### (205) 254-1000
### TAXPAYER I.D. # 63-0864426

```
Walter Energy, Inc.....EMAIL...EMAIL          November 20, 2015
c/o Kelli Gant                                Invoice #455749
kelli.gant@walterenergy.com
cc: earl.doppelt@walterenergy.com
```

For Legal Services Rendered Through 10/30/15

```
06187-0024
(212 Walter Coke, Inc. Pension Plan for Employees
Represented by Local 1201
```

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 10/22/15 | D. Averitt | 0.40 | Assist F. Quick in finalizing the revised summary plan description for the Walter Coke Pension Plan. |
| 10/22/15 | F. Quick | 3.10 | Review and revise plan SPD, comparing SPD provisions to amendments and plan document (2.7); review redline between this SPD and the other retirement plan SPDs (.4). |
| 10/22/15 | F. Quick | 0.20 | Draft cover email to LaQuita regarding SPDs (.1) and review redlines of the SPDs for accuracy (.1). |
| 10/27/15 | D. Averitt | 0.20 | Review final SPD sent to client with F. Quick (.1); print final copy and transmit to file (.1). |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW

1901 SIXTH AVENUE NORTH

2400 REGIONS/HARBERT PLAZA

BIRMINGHAM, ALABAMA 35203-2602

(205) 254-1000

TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Earl Doppelt
earl.doppelt@walterenergy.com

November 20, 2015
Invoice #455750

For Legal Services Rendered Through 10/30/15

06187-0025
(521) Group Insurance Plan United Mine Workers (2011)

| Date | Person | Hours | Description |
|------|--------|-------|-------------|
| 10/06/15 | B. Beaube | 0.30 | Research regarding health plan issues. |
| 10/07/15 | F. Quick | 10.00 | Compare the UMWA Model Plan document with the Blue Cross Blue Shield employee booklet and UMWA collective bargaining agreement (5.0); prepare a list of inconsistent provisions for Kelli Gant's consideration (1.8); drafting a new welfare plan document for the UMWA employees (3.2). |
| 10/11/15 | F. Quick | 5.20 | Drafting and revision of UMWA health plan for actives. |
| 10/12/15 | F. Quick | 3.40 | Review and revision of UMWA actives health plan. |
| 10/13/15 | F. Quick | 2.20 | Additional comparison of the Blue Cross Standard booklet and the UMWA Model Plan. |
| 10/14/15 | F. Quick | 6.40 | Continued review and revision of the UMWA health plan for actives (2.0); prepare questions for Blue Cross related to differences between the Blue Cross Standard booklet and the UMWA Model Plan (2.2); study the eligibility provisions in the 2011 CBA and the Model UMWA Plan document (2.2). |
| 10/15/15 | V. McKibbens | 3.40 | Research regarding definition of medical emergency for ACA purposes and any timing requirements that may apply. |
| 10/15/15 | F. Quick | 3.00 | Review and revise Plan document for UMWA collectively bargained employees (1.6); prepare cover email to Kelli Gant and Dolores Moore with attachments (.4); update questions to Blue Cross regarding Plan (.4); draft additional questions for Kelli Gant (.6). |

10/15/15   F. Quick            0.30    Office conference with Virginia McKibbens to
                                       review guidance on period of time medical
                                       treatment must be provided in order for the
                                       treatment to constitute a "medical emergency."

## MAYNARD, COOPER & GALE, P.C.
### ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                           November 20, 2015
c/o Guy Hensley                                                Invoice #455751
guy.hensley@walterenergy.com
cc: earl.doppelt@walterenergy.com

For Legal Services Rendered Through 10/30/15

06187-0033
Maple Eagle No. 1 Mine

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 10/06/15 | L. Johnston | 0.70 | Telephone call with Mike Parris regarding current pending dockets (.1); update the pending dockets spreadsheet (.3); plan for █████ (.3). |
| 10/07/15 | L. Johnston | 0.10 | Update the list of dockets to be included in the █████ |
| 10/15/15 | L. Johnston | 0.80 | Prepare the status chart showing the █████ █████ |
| 10/22/15 | L. Johnston | 0.10 | █████ |

# Maynard, Cooper & Gale, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
c/o Earl Doppelt                                       Invoice #455752
earl.doppelt@walterenergy.com

For Legal Services Rendered Through 10/30/15

06187-0040
Exchange Act Perodic Reports

| 10/26/15 | A. Nix | 0.80 | Work on review of 10-Q. |
| 10/27/15 | A. Nix | 4.80 | Work on review of and revisions to third quarter 10-Q (4.6). Correspond with Brian Chopin and Earl Doppelt re: same (0.2). |
| 10/28/15 | A. Nix | 0.20 | Correspond with Brian Chopin re: exhibits and exhibit list in 10-Q. |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Guy Hensley
guy.hensley@walterenergy.com
cc: earl.doppelt@walterenergy.com

November 20, 2015
Invoice #455753

For Legal Services Rendered Through 10/30/15

06187-0044
Stacy Powell EEOC Charge

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 10/01/15 | T. Rainbolt | 0.10 | Update S. Mays regarding status conference. |
| 10/06/15 | S. Mays | 0.10 | Review bankruptcy notice. |
| 10/07/15 | T. Rainbolt | 0.10 | Review proof of claim. |
| 10/08/15 | S. Mays | 0.20 | Review various bankruptcy pleadings from October 7-8. |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc......EMAIL...EMAIL                    November 20, 2015
c/o Guy Hensley                                         Invoice #455754
guy.hensley@walterenergy.com
cc: earl.doppelt@walterenergy.com


For Legal Services Rendered Through 10/30/15


06187-0048
Docket WEVA 2014-1154


| 10/02/15 | J. Holmes    | 0.20 | E-mail with Noah Anstraus and clerk of court regarding case status report. |
| 10/12/15 | L. Johnston  | 0.30 | Finalize the ███████ documents in preparation for the ███████ |
| 10/15/15 | L. Johnston  | 0.40 | Prepare the ███████ worksheet. |
| 10/30/15 | J. Holmes    | 0.30 | E-mail with clerk of court and solicitor regarding case status report update. |
| 10/30/15 | L. Johnston  | 0.20 | Prepare a status update to Judge Andrews. |

MAYNARD, COOPER & GALE, P.C.
ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Guy Hensley
guy.hensley@walterenergy.com
cc: earl.doppelt@walterenergy.com

November 20, 2015
Invoice #455755

For Legal Services Rendered Through 10/30/15

06187-0053
Docket WEVA 2014-246

| 10/01/15 | L. Johnston | 0.40 | Prepare the notebook for the ███████ ██████████████████████████ |
| 10/12/15 | L. Johnston | 0.30 | Finalize the ███████████ documents in preparation for the ██████████ |
| 10/16/15 | L. Johnston | 0.20 | Prepare the ██████████████ worksheet. |
| 10/22/15 | Josh Bennett | 1.20 | In preparation for ███████████████ |

## MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                     November 20, 2015
c/o Guy Hensley                                          Invoice #455756

For Legal Services Rendered Through 10/30/15

06187-0058
Docket No. WEVA 2015-357

| | | | |
|---|---|---|---|
| 10/08/15 | L. Johnston | 1.30 | Organize ███████████████████ ███████ notes in preparation for the ██████████ |
| 10/12/15 | L. Johnston | 0.80 | Finalize the ████████████████ documents in preparation for the ███████ |
| 10/20/15 | L. Johnston | 3.10 | Review the ██████████ worksheets and notes (1.4); prepare draft ████████████ (1.7). |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
c/o Guy Hensley                                         Invoice #455757

For Legal Services Rendered Through 10/30/15

06187-0059
Docket No. WEVA 2015-358

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/08/15 | L. Johnston | 0.30 | Organize ██████████████████████ worksheet, and notes in preparation for the █████████ |
| 10/12/15 | L. Johnston | 0.40 | Finalize the ███████████████ documents in preparation for the █████████ |
| 10/16/15 | L. Johnston | 1.40 | Prepare the ███████████████████ worksheet. |
| 10/16/15 | L. Johnston | 0.20 | Prepare the ███████████████████████ worksheet. |
| 10/20/15 | L. Johnston | 0.70 | Review ████████████████████████ worksheets and notes (.4); prepare draft ███████████████ (.3). |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW

1901 SIXTH AVENUE NORTH

2400 REGIONS/HARBERT PLAZA

BIRMINGHAM, ALABAMA 35203-2602

(205) 254-1000

TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Guy Hensley

November 20, 2015
Invoice #455758

For Legal Services Rendered Through 10/30/15

06187-0060
Docket No. WEVA 2015-143

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/08/15 | L. Johnston | 0.60 | Organize ███████████████ worksheets, and notes in preparation for the ███████████ |
| 10/12/15 | L. Johnston | 0.40 | Finalize the ████████████ documents in preparation for the ████████ |
| 10/13/15 | J. Holmes | 0.20 | E-mail with Avery Peechatka and MSHA solicitor regarding case status report. |
| 10/13/15 | L. Johnston | 0.20 | Review emails with Judge Feldman regarding the current status and next status update deadline ███████████████████ |
| 10/16/15 | L. Johnston | 0.50 | Prepare the ████████████████ worksheet. |
| 10/21/15 | Josh Bennett | 1.10 | In preparation for ████████████ ████████████████████████ |
| 10/21/15 | L. Johnston | 2.20 | ████████████████████████ |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
c/o Guy Hensley                                          Invoice #455759

For Legal Services Rendered Through 10/30/15

06187-0061
Docket No. WEVA 2015-454

10/07/15   L. Johnston          0.30    Review the decision ███████████
                                        ensure accuracy (.2); prepare email to Mike
                                        Parris and Betty Roget regarding ██████
                                        deadline (.1).

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                     November 20, 2015
c/o Guy Hensley                                          Invoice #455760

For Legal Services Rendered Through 10/30/15

06187-0062
Docket No. WEVA 2015-247

| | | | |
|---|---|---|---|
| 10/08/15 | L. Johnston | 0.80 | Organize ██████████████████████████ worksheets, and notes in preparation for the ████████ |
| 10/12/15 | L. Johnston | 0.40 | Finalize the ██████████████████████ documents in preparation for the ██████ |
| 10/13/15 | J. Holmes | 0.20 | E-mail with Avery Peechatka and MSHA solicitor regarding case status report. |
| 10/13/15 | L. Johnston | 0.20 | Review emails with Judge Feldman regarding the current status and next status update deadline after ████████████ |
| 10/16/15 | L. Johnston | 0.80 | Prepare the ██████████████████████ worksheet. |
| 10/20/15 | L. Johnston | 1.90 | ████████████████████████████████ |
| 10/21/15 | Josh Bennett | 1.10 | ████████████████████████████████ |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL          November 20, 2015
c/o Guy Hensley                               Invoice #455761

For Legal Services Rendered Through 10/30/15

06187-0063
Docket No. WEVA 2015-725

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/06/15 | L. Johnston | 0.40 | Review the ███████████ ██████ (.1); prepare for ██████████ and notes (.3). |
| 10/16/15 | L. Johnston | 0.20 | Prepare the ███████ worksheet. |
| 10/21/15 | Josh Bennett | 1.10 | In preparation for ██████████████ |
| 10/21/15 | L. Johnston | 0.80 | ████████████████████████████ |

# MAYNARD, COOPER & GALE, P.C.
## ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
c/o Guy Hensley                                          Invoice #455762


For Legal Services Rendered Through 10/30/15


06187-0064
Docket No. WEVA 2015-723


| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/15/15 | L. Johnston | 0.80 | Review the ████████████████ ██████ 3); finalize the notebook in preparation for the ████████████████████ (.2); prepare the ████ card worksheet (.3) |
| 10/16/15 | L. Johnston | 0.20 | Prepare the ████████████████ worksheet. |
| 10/20/15 | L. Johnston | 0.70 | ████████████████████████████ |
| 10/21/15 | Josh Bennett | 1.10 | ████████████████████████████ |

# MAYNARD, COOPER & GALE, P.C.

### ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
c/o Guy Hensley                                          Invoice #455763

For Legal Services Rendered Through 10/30/15

06187-0065
Docket No. WEVA 2015-724

| | | | |
|---|---|---|---|
| 10/08/15 | L. Johnston | 1.70 | Review the ███████ .2); review the ███████ worksheets from Maple Eagle (.3); prepare for ███████ notes (1.2). |
| 10/12/15 | L. Johnston | 0.50 | Finalize the █ documents in preparation for the ███ |
| 10/16/15 | L. Johnston | 0.80 | Prepare the ███████ worksheet. |
| 10/20/15 | L. Johnston | 2.10 | █████████ |
| 10/21/15 | Josh Bennett | 1.10 | █████████ |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
dan.grucza@walterenergy.com                            Invoice #455764
cc earl.doppelt@walterenergy.com

For Legal Services Rendered Through 10/30/15

06187-0067
Internal Investigation

| | | | |
|---|---|---|---|
| 10/13/15 | J. Holmes | 0.20 | Telephone call with Dan Grucza regarding ███████████████ |
| 10/15/15 | J. Holmes | 0.20 | E-mail with Pam May and Dan Grucza regarding ██████████ |
| 10/20/15 | J. Holmes | 1.50 | Prepared for and participated in ████████ ███████████████████████████████████ |
| 10/21/15 | J. Holmes | 0.20 | E-mail with Pam May regarding ████████ |
| 10/29/15 | J. Holmes | 0.40 | Prepared for ██████████ |
| 10/30/15 | J. Holmes | 1.00 | ███████████████████████████████████ |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                        November 20, 2015
earl.doppelt@walterenergy.com                              Invoice #455765

For Legal Services Rendered Through 10/30/15

06187-0072
Fee/Employment Applications

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/01/15 | R. Ozols | 0.60 | Prepare materials for Fee Examiner (.4); email correspondence with Fee Examiner (.2). |
| 10/02/15 | J. Lamar | 0.50 | Compiled monthly fee total and delivered to J. Bender, P. Terry for budgeting purposes. |
| 10/07/15 | R. Ozols | 0.30 | Further prepare materials for Fee Examiner (.2); email Fee Examiner regarding application review (.1). |
| 10/08/15 | J. Lamar | 0.40 | Establish billing protocol for client parallel to fee application process. |
| 10/08/15 | D. Smith | 0.40 | Emailing with Earl Doppelt regarding billing procedures through bankruptcy and company counsel. |
| 10/20/15 | R. Ozols | 2.00 | Review Fee Examiner draft report and exhibits (1.2); analyze invoices regarding issues identified by Fee Examiner (1.4); correspondence with Fee Examiner regarding report (.4). |
| 10/23/15 | J. Lamar | 0.20 | Assisted with preparation of fee application, status, timing, deadlines. |
| 10/26/15 | J. Lamar | 0.10 | Reviewed status of review by fee examiner, needed adjustments, process for changes. |
| 10/26/15 | R. Ozols | 0.20 | Email Fee Examiner response to draft report. |
| 10/28/15 | R. Ozols | 5.60 | Review invoice for privileged and confidential information (3.6); correspondence with accounting regarding invoices (.2); draft Second Monthly Fee Application (1.8). |
| 10/29/15 | R. Ozols | 1.70 | Further revise invoices and draft fee app. |
| 10/30/15 | Josh Bennett | 1.90 | Review Firm bill and redact confidential and privileged information for filing with bankruptcy court (1.7); correspondence with R. Ozols regarding same (.2). |
| 10/30/15 | J. Holmes | 1.10 | Work on monthly fee application. |

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
Matter #06187-0072                                     Page    2

10/30/15   R. Ozols          8.50      Further review invoices for privileged and
                                       confidential information (3.6);
                                       correspondence with J. Bennett regarding
                                       priviledged information (.2); correspondence
                                       with accounting regarding same (.4); review
                                       edits from J. Bennett (.8); finalize fee app
                                       (3.5).

# MAYNARD, COOPER & GALE, P.C.
### ATTORNEYS AT LAW
### 1901 SIXTH AVENUE NORTH
### 2400 REGIONS/HARBERT PLAZA
### BIRMINGHAM, ALABAMA 35203-2602
### (205) 254-1000
### TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    November 20, 2015
earl.doppelt@walterenergy.com                          Invoice #455766


For Legal Services Rendered Through 10/30/15


06187-0075
Employee Benefits / Pensions


10/05/15    J. Lamar            0.60    Work on application to employ special benefits
                                        counsel and coordination matters

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc - EMAIL                          November 20, 2015
c/o Guy Hensley                                     Invoice #455767

For Legal Services Rendered Through 10/30/15

06187-0086
Docket WEVA 2015-843

10/07/15   J. Holmes          0.10    Reviewed e-mail ██████████████

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Minerals, Inc.....EMAIL...EMAIL          November 20, 2015
c/o Guy Hensley                                 Invoice #455768
guy.hensley@walterenergy.com
cc: earl.doppelt@walterenergy.com

For Legal Services Rendered Through 10/30/15

13570-0003
MSHA/ Phillip Wade Gustafson, Estate of

| | | | |
|---|---|---|---|
| 10/06/15 | J. Holmes | 0.30 | Telephone call with M. Parris regarding ██████████ issues. |
| 10/22/15 | L. Johnston | 0.30 | Prepare, file and serve the bankruptcy status update. |

# MAYNARD, COOPER & GALE, P.C.
### ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Minerals, Inc.....EMAIL INVOICES
c/o Mitchell Mataya
mitchell.mataya@walterenergy.com
cc: earl.doppelt@walterenergy.com

November 20, 2015
Invoice #455769

For Legal Services Rendered Through 10/30/15

13570-0007
Lula Jo Key

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 10/01/15 | J. Holmes | 0.40 | Telephone call with Guy Hensley regarding ███████ |
| 10/12/15 | J. Holmes | 0.50 | Telephone call with Hank Wiley regarding ██████████ (.3); conference with Guy Hensley regarding same (.2). |
| 10/13/15 | Josh Bennett | 0.30 | Correspond with client and co-defendant regarding ██████████ |
| 10/13/15 | J. Holmes | 0.30 | Develop ███████ |
| 10/14/15 | Josh Bennett | 0.30 | Review file and correspond with ██████████ |
| 10/14/15 | Josh Bennett | 0.60 | Call with G. Hensley and J. Holmes regarding ██████████ |
| 10/14/15 | Josh Bennett | 0.30 | Review workers compensation claim status from third party administrator to evaluate ██████████ |
| 10/14/15 | J. Holmes | 1.30 | Telephone call with Guy Hensley and J. Bennett regarding ████████ and strategy (.4); reviewed insurance file and current compensation data (.9). |
| 10/16/15 | Josh Bennett | 0.20 | Correspond with co-defendant regarding ██████████ |

| 10/16/15 | Josh Bennett | 0.90 | Calls with David Peters and co-defendant counsel C. Ivanov and M. Jicka regarding ███████ ████████████████████████████ (.4); correspondence with J. Holmes regarding same (.5). |
| 10/16/15 | J. Holmes | 0.50 | E-mail and conference with J. Bennett regarding witness depositions. |
| 10/19/15 | Josh Bennett | 0.50 | Call and correspondence with D. Peters regarding potential ███████████████████████████████████ |
| 10/20/15 | Josh Bennett | 0.40 | Call with Taft witness Tony Davis regarding the case and the scheduling of his deposition by Komatsu. |
| 10/21/15 | Josh Bennett | 0.60 | Calls with D. Peters, Nick Hill and C. Waldrop regarding deposition scheduling and strategy. |
| 10/21/15 | Josh Bennett | 0.60 | Prepare for witness deposition preparation meetings tomorrow with N. Hill and C. Waldrop. |
| 10/22/15 | Josh Bennett | 3.50 | Meet with N. Hill at Taft office in Parrish, AL to prepare him for upcoming deposition. |
| 10/22/15 | Josh Bennett | 1.20 | Meet with C. Waldrop to prepare him for upcoming deposition. |
| 10/23/15 | Josh Bennett | 0.20 | Correspond with witnesses regarding deposition scheduling. |
| 10/28/15 | L. Johnston | 0.20 | Review the plaintiff's notice to take the depositions of Chad Waldrop, Tony Davis and Nick Hill on November 18. |