# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **WALTER ENERGY, INC., et al.,** | ) | **Case No. 15-02741-TOM11** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors** | ) | |

## NOTICE OF FIRST INTERIM FEE APPLICATION
## OF CHRISTIAN & SMALL, LLP FOR THE PERIOD FROM AUGUST 5, 2015,
## THROUGH OCTOBER 31, 2015

TO: (I) THE DEBTORS, (II) COUNSEL TO THE DEBTORS, (III) COUNSEL TO THE STEERING COMMITTEE, (IV) THE OFFICE OF THE BANKRUPTCY ADMINISTRATOR, (V) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, (VI) COUNSEL TO THE SECTION 1114 COMMITTEE, AND (VII) DIRECT FEE REVIEW, LLC, AS FEE EXAMINER

The First Interim Fee Application of Christian & Small, LLP ("C&S") as Co-counsel for the Official Committee of Unsecured Creditors (the "Committee") of Walter Energy, Inc., *et al.*, (the "Debtors") for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from August 5, 2015 through October 31, 2015 (the "Application") has been served on the Notice Parties in accordance with the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses* entered on September 3, 2015 (the "Interim Compensation Order") [Docket No. 650]. The Application seeks allowance of fees in the amount of $198,730.00 and expenses in the amount of $8,422.23.

Pursuant to the Interim Compensation Order, a hearing on the Interim Fee Applications will be held on December 22, 2015 at 10:00 a.m. (prevailing Central Time) before the Honorable Tamara O. Mitchell, at the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, Courtroom #3, Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama 35203-2111 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, THE BANKRUPTCY COURT MAY APPROVE THE FIRST INTERIM APPLICATION WITHOUT A HEARING IF UNCONTESTED, AND THE DEBTORS WILL BE AUTHORIZED TO PAY AND SHALL AS SOON AS PRACTICABLE PAY ALL REQUESTED FEES (INCLUDING THE 20% HOLDBACK) AND EXPENSES NOT PREVIOUSLY PAID.

Dated: December 15, 2015
Birmingham, Alabama

[020340-00001/988765/1]

_/s/ Bill D. Bensinger_
Bill D. Bensinger
Daniel D. Sparks

Co-counsel for the Official Committee of Unsecured Creditors of Walter Energy, Inc., et al

OF COUNSEL:

CHRISTIAN & SMALL, LLP
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Tel:    205-250-6626
Fax:    205-328-7234
Email: bdb@csattorneys.com
        dds@csattorneys.com

[020340-00001/988765/1]

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **WALTER ENERGY, INC., et al.,** | ) | **Case No. 15-02741-TOM11** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors** | ) | |

## SUMMARY OF FIRST INTERIM FEE APPLICATION OF CHRISTIAN & SMALL, LLP FOR COMPENSATION EARNED AND EXPENSES INCURRED AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WALTER ENERGY, INC., ET AL., FOR THE PERIOD FROM AUGUST 5, 2015 THROUGH OCTOBER 31, 2015

1. Name of Applicant:      Christian & Small, LLP

2. Date Application for Employment was filed:      September 22, 2015

3. Date of Order Authorizing Employment:      October 21, 2015 (*Nunc Pro Tunc* to August 5, 2015)

4. Professional Services Provided to:      Official Committee of Unsecured Creditors

5. Period for which Compensation and Reimbursement are sought:      August 5, 2015 through October 31, 2015

6. Amount of Compensation sought as actual, reasonable, and necessary:      $198,730.00

7. Amount of Expense Reimbursement sought as actual, reasonable, and necessary:      $8,422.23

8. This is an: <u>X</u> Interim Application        _____ Final Application.

9. Prior Applications Filed:

   **First Monthly Fee Application**

   Date Filed:      10/29/2015

   Period Covered:      August 5, 2015 through August 31, 2015

   Total Requested:      Fees of $40,801.50 and Expenses of $1,524.14

[020340-00001/988765/1]

| | |
|---|---|
| Total Compensation Allowed: | $40,801.50 |
| Total Expenses Allowed: | $1,524.14 |

**Second Monthly Fee Application**

| | |
|---|---|
| Date Filed: | 10/29/2015 |
| Period Covered: | September 1, 2015 through September 30, 2015 |
| Total Requested: | Fees of $107,155.00 and Expenses of $4,537.63 |
| Total Compensation Allowed: | $107,155.00 |
| Total Expenses Allowed: | $4,537.63 |

**Third Monthly Fee Application**

| | |
|---|---|
| Date Filed: | 11/20/2015 |
| Period Covered: | October 1, 2015 through October 31, 2015 |
| Total Requested: | Fees of $50,773.50 and Expenses of $2,360.46 |
| Total Compensation Allowed: | Application is pending |
| Total Expenses Allowed: | Application is pending |

Dated: December 15, 2015
Birmingham, Alabama

> */s/ Bill D. Bensinger*
> Bill D. Bensinger
> Daniel D. Sparks
>
> Co-counsel for the Official Committee of Unsecured Creditors of Walter Energy, Inc., *et al.*

OF COUNSEL:

CHRISTIAN & SMALL, LLP
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Tel:    205-250-6626
Fax:    205-328-7234

[020340-00001/988765/1]

Email: bdb@csattorneys.com
  dds@csattorneys.com

[020340-00001/988765/1]

## Schedule 1

Walter Energy, Inc., *et al.*
Compensation by Professional for the period August 5, 2015 through October 31, 2015.

| Professional | Hours | Rate | Total |
|---|---|---|---|
| | | | |
| Bill D. Bensinger | 260.80 | $450.00 | $117,360.00 |
| Deborah A. Smith | 66.30 | $450.00 | $29,835.00 |
| Daniel D. Sparks | 102.30 | $450.00 | $46,035.00 |
| Dana M. Lindsey | 10.00 | $135.00 | $1,350.00 |
| Greer B. Mallet | 8.00 | $375.00 | $3,000.00 |
| William L. Thuston | 2.50 | $325.00 | $812.50 |
| Wanda S. Lamp | 2.50 | $135.00 | $337.50 |
| | | | |
| **Total** | **452.40** | | **$ 198,730.00** |

[020340-00001/988765/1]

## Schedule 2

Walter Energy, Inc., *et al.*
Compensation by Professional for the period August 5, 2015 through October 31, 2015.

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| | | |
| Case Administration (B110) | 230.80 | $101,401.50 |
| Relief from Stay/Adequate Protection Proceedings (B140) | 1.10 | $495.00 |
| Meetings of and Communications with Creditors (B150) | 27.20 | $12,240.00 |
| Fee/Employment Applications (B160) | 16.80 | $7,528.50 |
| Fee/Employment Objections (B170) | 3.40 | $1,530.00 |
| Other Contested Matters (excluding assumption/rejection motions) (B190) | 21.10 | $9,274.50 |
| Financing/Cash Collections (B230) | 140.60 | $61,130.50 |
| Claims Administration and Objections (B310) | 3.00 | $1,350.00 |
| Plan and Disclosure Statement (including Business Plan) (B320) | 8.40 | $3,790.00 |
| | | |
| **Total** | **452.40** | **$198,730.00** |

[020340-00001/988765/1]

**Schedule 3**

Walter Energy, Inc., *et al.*
Summary of Expenses for the period August 5, 2015 through October 31, 2015.

| **Expense Category** | **Total Expenses** |
|---|---|
|  |  |
| Court Costs and Litigation Expenses | $3,270.45 |
| Transcription Services | $695.70 |
| Document Services | $3,638.64 |
| Meals | $799.14 |
| Communications | $6.30 |
| Parking Deck Fees | $12.00 |
|  |  |
| **Total** | **$8,422.23** |

[020340-00001/988765/1]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **WALTER ENERGY, INC., et al.,** | ) | **Case No. 15-02741-TOM11** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors** | ) | |

## FIRST MONTHLY FEE APPLICATION OF CHRISTIAN & SMALL, LLP FOR COMPENSATION EARNED AND EXPENSES INCURRED AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF WALTER ENERGY, INC., ET AL., FOR THE PERIOD FROM AUGUST 5, 2015 THROUGH OCTOBER 31, 2015

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the *Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses* [Docket No. 650], entered on September 3, 2015 (the "Interim Compensation Order"), Christian & Small, LLP ("C&S"), attorneys for the Official Committee of Unsecured Creditors (the "Committee) of Walter Energy, Inc. and its affiliated debtors and debtors-in-possession (each a "Debtor" and, collectively, the "Debtors"), hereby files its Second Monthly Fee Application for compensation earned and expenses incurred (the "Application") for the period of August 51, 2015 through October 31, 2015 (the "Fee Application Period"). Specifically, C&S seeks allowance of $198,730.00 in fees earned and $8,422.23 in expenses incurred during the Fee Application Period. In support of its Application, C&S respectfully represents as follows:

[020340-00001/988765/1]

## Background

1. On July 15, 2015 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, thereby commencing the instant cases (the "Chapter 11 Cases"). The Debtors continue to manage and operate their businesses as debtor-in-possession under sections 1107 and 1108 of the Bankruptcy Code.

2. The Bankruptcy Administrator for the Northern District of Alabama has appointed two official committees in the Chapter 11 Cases: the Committee; and a committee of retired employees pursuant to sections 1114(c)(2) and 1114(d) of the Bankruptcy Code (the "Section 1114 Committee").

3. On September 22, 2015, the Committee filed its *Application for Order Authorizing Retention and Employment of Christian & Small, LLP, as Local Counsel to the Official Committee of Unsecured Creditors* [Docket No. 764] (the "Retention Application"). On October 21, 2015 this Court entered its *Order Authorizing Retention and Employment of Christian & Small, LLP as Local Counsel to the Official Committee of Unsecured Creditors* [Docket No. 922] (the "Retention Order").

4. On October 29, 2015, the Committee filed its *First Monthly Fee Application of Christian & Small, LLP for Compensation Earned and Expenses Incurred as Attorneys for the Official Committee of Unsecured Creditors of Walter Energy, Inc., et al., for the Period from August 5, 2015, through August 31, 2015.*

5. On October 29, 2015, the Committee filed its *Second Monthly Fee Application of Christian & Small, LLP for Compensation Earned and Expenses Incurred as Attorneys for the Official Committee of Unsecured Creditors of Walter Energy, Inc., et al., for the Period from September1 , 2015, through September 31 , 2015.*

[020340-00001/988765/1]

6.　　On November 20, 2015, the Committee filed its *Third Monthly Fee Application of Christian & Small, LLP for Compensation Earned and Expenses Incurred as Attorneys for the Official Committee of Unsecured Creditors of Walter Energy, Inc., et al., for the Period from October 1, 2015, through October 31, 2015.*

## Relief Requested

7.　　Pursuant to the Retention Order, C&S is entitled to compensation for fees incurred and reimbursement of expenses. During the Fee Application Period, C&S earned fees in the amount of $198,730.00 and incurred expenses in the amount of $8,422.23. All services for which compensation is requested by C&S were performed for or on behalf of the Committee.

## Summary of Services Rendered

8.　　Schedule 1 above is a summary of fees earned for services rendered by C&S's professionals during the Fee Application Period. This attachment references the names of the professionals that performed work on behalf of the Committee during the Fee Application Period and their corresponding hourly billing rates and number of hours worked.

9.　　Schedule 2 above is a summary of compensation earned, arranged by project category.

10.　　Schedule 3 above is a summary of expenses incurred by C&S in connection with its role as co-counsel for the Committee during the Fee Application Period. Such expenses include, without limitation, court filing fees, hearing transcription fees, mailing and postage charges, and copy charges. Details of such expenses are attached hereto in Exhibit A.

[020340-00001/988765/1]

11. Also included in Exhibit A is a listing, arranged chronologically, of detailed time entries for services provided by C&S's professionals in the Chapter 11 Cases during the Fee Application Period.

**<u>Valuation of Services</u>**

12. Attorneys and paraprofessionals of C&S have expended a total of 452.40 hours in connection with this matter during the Fee Application Period.

13. The amount of time spent by each attorney and paraprofessional providing services to the Committee for the Fee Application Period is fully set forth in detail in attached Exhibit A. The enumerated hourly rates are C&S's normal hourly rates for work of this character. The reasonable value of the services rendered by C&S as counsel for the Committee in the Chapter 11 Cases during the Fee Application Period is $198,730.00.

14. C&S believes that the time entries and expense breakdown included in Exhibit A are in compliance with the requirements of Local Rule 2016-1.

15. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

16. This Application covers the period from August 5, 2015, through and including October 31, 2015. C&S has and will continue to perform additional necessary services subsequent to October 31, 2015, for which C&S will file separate fee applications.

<u>**Summary of Services**</u>

17.     The compensation C&S seeks is appropriate for the time spent in connection with representing the Committee in the Chapter 11 Cases, and sets forth a brief narrative description of the services rendered, for or on behalf of the Debtors, as follows:

**A. Case Administration (B110)**

18.     Among other services provided in this category during the Fee Application Period, C&S participated in the formation meetings for the Committee in selecting other professionals including financial advisors and investment bankers, worked with Committee co-counsel and the Debtors' professionals, and attorneys retained by other parties, concerning hearings on first day motions including cash collateral; communicated with co-counsel, opposing counsel, and Committee about the case status; communicated with the Court's staff and the Bankruptcy Administrator about administrative issues; reviewed the Court's docket for recently filed pleadings; communicated with numerous parties regarding scheduling issues; reviewed proposed orders; communicated with various lessor-creditors concerning filing proofs of claim with regard to leases, and responding to questions and requests for information; drafted, edited, and filed various pleadings with the Bankruptcy Court; attended and participated in various hearings.

19.     Additionally, C&S conducted extensive research and investigation into the mortgages, liens, and security interests in the Debtors' assets that are asserted by the secured lenders.  This involved researching issues of Alabama law; reviewing and comparing leased property and owned property against the mortgages; evaluating the acreage leased by the Debtors and comparing the same with the same with the acreage subject to the mortgages.

**B. Relief from Stay Proceedings (B140)**

20.     C&S reviewed motions by various creditors requesting stay relief.

**C. Meetings of and Communications with Creditors) (B150)**

21.     C&S participated in various conference calls with the Committee's professionals, and calls with the Committee concerning status of the case, strategy, and other considerations.

**D. Fee/Employment Applications (B160)**

22.     During the Fee Application Period, C&S continued its review to disclose necessary information in connection with its employment application; drafted its fee application; and assisted other Committee professionals in drafting and filing their fee applications.

**E. Fee/Employment Objections (B170)**

23.     C&S reviewed various applications to employ professionals filed by the Debtors and the Section 1114 Committee.   Likewise, C&S reviewed various applications for compensation filed by estate professionals, and also the professional expenses submitted to the Debtors by the secured lenders.

**F. Other Contested Matters (excluding assumption/rejection motions) (B190)**

24.     C&S reviewed various pleadings and appeals filed by Dominion Partners, a lessor of the Debtors, to assert an interest in estate property by challenging the Court's cash management order, and cash collateral orders.  C&S represented the Committee in the litigation commenced by Dominion Partners with regard to the same issues.

[020340-00001/988765/1]

### G.  Financing/Cash Collections (B230)

25.     During the Fee Application Period, C&S assisted the Committee in negotiations and litigation against the Debtors and the First Lien Lenders concerning the Debtors' use of cash collateral.  These efforts included preparing discovery, reviewing discovery responses and produced documents, preparing for and attending depositions of fact and expert witnesses, and attending two days of trial.  Likewise, C&S assisted in the preparation of post-trial submissions and participated in various post-trial hearings concerning the use of cash collateral.

### F.     Claims Administration and Objections (B310)

26.     Among other services provided in this category during the Fee Application Period, C&S reviewed the proposed claims bar date motion and reviewed various claims filed by creditors.

### H.     Plan and Disclosure Statement (including Business Plan) (B320)

27.     C&S reviewed the plan and disclosure statement filed by the Debtors, and the documentation related thereto.

28.     In *Grant v. George Schumann Tire & Battery Co.*, 908 F.2d 874, 877 (11th Cir. 1990), the United States Court of Appeals for the Eleventh Circuit held that in determining the allowance of attorneys' fees and the reimbursement of expenses in a bankruptcy case, the bankruptcy court must consider:

a. the nature and extent of the services rendered;

b. the value of such services; and

c. the factors set forth in *Johnson v. Ga. Hwy. Exp., Inc.*, 488 F.2d 714 (5th Cir. 1974).

29. Based on the Eleventh Circuit's criteria, C&S respectfully submits that the Court should approve and allow C&S's fees and the reimbursement of C&S's expenses in the amounts requested.

30. The Court may determine an objective estimate of the value of the services of the Committee's attorneys and paralegals by multiplying the number of hours such attorneys and paralegals reasonably expend on such services by each attorney's and paralegal's reasonable hourly rate. *See, e.g., Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983); *Loranger v. Stierheim*, 10 F.3d 776, 781 (11th Cir. 1994); *Grant,* 908 F.2d at 879. Courts have referred to such an estimate as the "lodestar" figure. *See Grant*, 908 F.2d at 878. The hours included in the lodestar figure should be only those hours for which an attorney would be able to bill an ordinary, non-bankruptcy client. *See Norman v. Housing Authority of the City of Montgomery*, 836 F.2d 1292, 1301 (11th Cir. 1988). When fixing a fee award based on the lodestar analysis, courts consider the twelve factors enunciated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).

31. The twelve *Johnson* factors are: (a) the time and labor expended; (b) the novelty and difficulty of the questions raised; (c) the skill required to properly perform the legal services rendered; (d) the attorney's opportunity costs in pressing the instant case; (e) the customary fee for like work; (f) the attorney's expectations at the outset of the case; (g) the time limitations imposed by the client or circumstances; (h) the amount in controversy and the results obtained; (i) the experience, reputation and ability of the attorney; (j) the undesirability of the case within the legal community in which the case arose; (k) the nature and length of the professional relationship between the attorney and client; and (l) attorneys' fee awards in similar cases.

32. The hours C&S has devoted to its representation of the Committee meet the above-stated criteria. As the time reports included in Exhibit A demonstrate, the individual attorneys and paralegals involved in C&S's representation of the Committee kept detailed, contemporaneous records of the time devoted to the Chapter 11 Cases. The time spent on each particular task is reasonable and comparable to the time C&S's professionals would have expended on behalf of a non-bankruptcy client. C&S seeks payment only for such documented and reasonable services.

33. The reasonable hourly rate to be applied to the time expended is the "prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience and reputation." *Norman*, 836 F.2d at 1299. The hourly rates C&S has charged the Committee are consistent with the rates C&S normally charges similarly situated non-bankruptcy clients for similar services. Based on all applicable criteria, C&S submits that the rates set forth herein are reasonable and are consistent with prevailing market rates in the relevant legal community for similar services by lawyers of comparable skill, experience and reputation.

34. C&S's time has been divided among nine different project categories: (1) Case Administration (B110); (2) Relief from Stay Proceedings (B140); (3) Meetings of and Communications with Creditors (B150); (4) Fee/Employment Applications (B160); (5) Fee/Employment Objections (B170); (6) Other Contested Matters (excluding assumption/rejection motions); (7) Financing/Cash Collections (B230);(8) Claims Administration and Objections (B310); (9) Plan and Disclosure Statement (including Business Plan) (B320). These project categories are denoted by task codes on Exhibit A.

**Conclusion**

35.     The fee and expense structure set forth in the Retention Order was designed to compensate C&S for its services and to cover fixed and routine overhead expenses.  C&S's rates are consistent with those of other comparable firms that render services under similar circumstances.  The compensation requested in this Fee Application is for actual and necessary services and expenses incurred in the Chapter 11 Cases.

36.     C&S submits that the Application and the description of services set forth herein are in compliance with the Interim Compensation Order.  A true and correct copy of the Verification of Bill D. Bensinger is attached hereto as Exhibit B.

37.     This Application covers the period from October 1, 2015 through October 31, 2015. Although every effort was made to include all fees and expenses from the Fee Application Period in this Application, some fees and/or expenses from the Fee Application Period might not be included in this Application due to delays in processing time and receipt of invoices for expenses and/or for preparation of the instant Application subsequent to the Fee Application Period. Accordingly, C&S reserves the right to submit further applications to the Court for allowance of fees and expenses not included herein.

**Notice**

38.     Notice of this Application has been or will be provided to (i) those parties entitled to receive notice in accordance with the Interim Compensation Order, and (ii) Direct Fee Review, LLC, the court appointed fee examiner.

[020340-00001/988765/1]

WHEREFORE, C&S respectfully requests allowance of compensation for professional services in the amount of $198,730.00 and reimbursement for expenses incurred in the amount of $8,422.23 during the Fee Application Period, pursuant to the Interim Compensation Order.

Dated: December 15, 2015
      Birmingham, Alabama

                         */s/ Bill D. Bensinger*
                         Bill D. Bensinger
                         Daniel D. Sparks

                         Co-counsel for the Official Committee of Unsecured Creditors of Walter Energy, Inc., *et al.*

OF COUNSEL:

CHRISTIAN & SMALL, LLP
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Tel:    205-250-6626
Fax:    205-328-7234
Email: bdb@csattorneys.com
       dds@csattorneys.com

[020340-00001/988765/1]

<u>**Exhibit A**</u>

Fee and Expense Detail

[020340-00001/988765/1]

# Christian & Small

## ATTORNEYS AND COUNSELORS

505 20th Street North, Suite 1800
Birmingham, AL 35203-2696
Telephone 205.795.6588  Facsimile 205.328.7234

Federal Tax ID #63-1254348

Bill D. Bensinger
Official Committee of Unsecured Creditors
c/o Christian & Small
505 20th Street North, Suite 1800
Birmingham, AL  35203

Invoice Date 09/25/2015
Invoice Number 86917
Our File No. 020340-00001

BDB

**Walter Energy, Inc.**

**PROFESSIONAL SERVICES RENDERED**

| Date | Init. | Description | Hours |
|---|---|---|---|
| 08/05/15 | DDS | After selection as counsel to the Committee, attended Committee's formation meeting to hear pitches from F.A. candidates and Investment Banker candidates; | 2.20 Hrs |
| 08/05/15 | BDB | Attend meeting of committee to chose investment banker and financial advisors; | 2.20 Hrs |
| 08/05/15 | BDB | Meet with committee concerning first steps on addressing cash collateral and RSA and other first day motions; | 0.50 Hrs |
| 08/06/15 | DDS | Replied to inquiry from Lorenzo M. about whether to, and timing of, filing a Motion to Continue 8/18/15 hearing date; | 0.20 Hrs |
| 08/06/15 | DDS | Reviewed Motion to Shorten Time as filed by Lee Benton for Dominion due to discovery newly initiated on Royalty segregation issue; | 0.30 Hrs |
| 08/06/15 | BDB | Email with committee's national counsel concerning committee's intent to file motion to continue some of the first day hearings; | 0.20 Hrs |
| 08/06/15 | BDB | Telephone call with courtroom deputy concerning committee's intent to file motion to continue some of the first day hearings; | 0.20 Hrs |
| 08/06/15 | BDB | Draft Motion to Continue some of the first day motions; | 0.80 Hrs |
| 08/07/15 | DDS | Reviewed Order and Certificate of Service on Order to Appoint Creditors Committee; | 0.10 Hrs |
| 08/07/15 | BDB | Edit draft of motion to continue hearings on first day motions; | 0.50 Hrs |
| 08/07/15 | BDB | Email with debtors' counsel concerning motion to continue and scheduling expedited hearing on same; | 0.50 Hrs |
| 08/07/15 | BDB | Telephone call with L. Marinuzzi concerning first day motions including cash collateral and restructuring support agreement; | 0.30 Hrs |
| 08/07/15 | BDB | Review cash collateral motion and restructuring support agreement; | 1.00 Hrs |
| 08/07/15 | BDB | Draft motion to expedite hearing on motion to continue; | 0.40 Hrs |
| 08/08/15 | DDS | Exchanged correspondence with Lorenzo M. to confirm he wants to appear by phone at the hearing on Motion to Continue; | 0.20 Hrs |
| 08/08/15 | DDS | Informed Mofo Lawyer by e-mail that motion to Expedite has been granted; | 0.10 Hrs |
| 08/08/15 | DDS | Reviewed new Order Granting Motion of Committee to Continue Hearing on RSA and on Cash Collateral and resetting for August 13, 2015; | 0.10 Hrs |
| 08/08/15 | DDS | Reviewed final service copy of Committee's Motion to Continue Hearing and Motion to Expedite; | 0.20 Hrs |
| 08/08/15 | BDB | Email with counsel for secured creditors steering committee concerning proposed order on motion to continue hearing; | 0.30 Hrs |
| 08/08/15 | BDB | Email with committee's national counsel concerning draft of proposed order on motion to continue hearing; | 0.30 Hrs |
| 08/08/15 | BDB | Review court's order granting motion to expedite hearing on motion to continue; | 0.10 Hrs |
| 08/09/15 | DDS | Revised list of issues for first day interim orders to be discussed on Committee call tomorrow; | 0.20 Hrs |
| 08/09/15 | DDS | Reviewed and analyzed newly revised draft of order, based on prior comments of counsel to Debtors, and to Lender Steering Group; | 0.20 Hrs |

| Date | Init | Description | Hrs |
|---|---|---|---|
| 08/09/15 | DDS | Reviewed comments of debtor's counsel and of Steering Group's counsel to proposed order granting Motion to Expedite Hearing; | 0.20 Hrs |
| 08/09/15 | DDS | Reviewed lists of issues for the Restructuring Support Agreement and the Cash Collateral Order to prepare for committee call tomorrow; | 0.50 Hrs |
| 08/09/15 | DDS | Reviewed and analyzed draft Committee Bylaws; | 0.30 Hrs |
| 08/09/15 | BDB | Work on issues concerning application for retention of professionals and fee applications; | 0.30 Hrs |
| 08/09/15 | BDB | Telephone call with L. Marinuzzi concerning same; | 0.20 Hrs |
| 08/09/15 | BDB | Work on issues concerning continuing final hearing on cash collateral; | 0.20 Hrs |
| 08/10/15 | DDS | Reviewed initial drafts of discovery by the Committee to be sent on anticipated RSA and Cash Collateral Objections; | 0.40 Hrs |
| 08/10/15 | DDS | Telephone call from Mike Bybee to discuss his client's thought on Committee work going forward; | 0.20 Hrs |
| 08/10/15 | DDS | Participated in conference call with full Committee and all professionals; | 0.40 Hrs |
| 08/10/15 | DDS | Reviewed Hearing Notice on objections of UMWA to RSA and Cash Collateral Orders; | 0.10 Hrs |
| 08/10/15 | DDS | Reviewed $69MM claim as filed by Alabama Department of Revenue, and analyzed same; | 0.20 Hrs |
| 08/10/15 | DDS | Analyzed more comprehensive list of conflict parties for retention application; | 0.30 Hrs |
| 08/10/15 | DDS | Participated in Committee Professionals pre-call prior to full Committee call to be held later today; | 0.40 Hrs |
| 08/10/15 | DDS | Exchanged correspondence with co-counsel about need to amend Motion to Continue to add additional first-day motions that also need to be continued; | 0.20 Hrs |
| 08/10/15 | DDS | Reviewed new Hearing Notice as Amended for Motion to Continue by the Committee; | 0.10 Hrs |
| 08/10/15 | DDS | Reviewed and analyzed Request for Nominations to Section 1114 Committee; | 0.10 Hrs |
| 08/10/15 | BDB | Receive comments and edits from debtors' attorney and secured creditor steering committee attorney concerning proposed order on motion to continue hearings on first day motions and incorporate same into draft of proposed order; | 0.70 Hrs |
| 08/10/15 | BDB | Draft amended motion to continue hearing on first day motions to continue additional motions; | 0.30 Hrs |
| 08/10/15 | BDB | Prepare for and participate in creditors committee professionals call; | 0.40 Hrs |
| 08/10/15 | BDB | Review and comment on committee's discovery requests concerning cash collateral and restructuring support agreement; | 1.00 Hrs |
| 08/11/15 | DDS | Exchanged correspondence with co-counsel about intent of the Committee to file a response or statement in regard to the Surety Bond Motion; | 0.20 Hrs |
| 08/11/15 | DDS | Reviewed and analyzed Response of Partial Joinder in Committee's Motion to Continue as filed by the BOKF, NA, the second lien notes trustee, and in particular the reference to the Intercreditor Agreement; | 0.30 Hrs |
| 08/11/15 | DML | Email correspondence to L. Guido at Morrison & Foerster forwarding filed pro hac vice motions of E. Richards, J. Newton, S. Martin, A. Lawrence, J. Marines, L. Marinuzzi and B. Miller; | 0.10 Hrs |
| 08/11/15 | DML | Organize and file Motion for Admission Pro Hac Vice for E. Richards, J. Newton, S. Martin, A. Lawrence, J. Marines, L. Marinuzzi and B. Miller; | 0.70 Hrs |
| 08/11/15 | DML | Arrange for payment of filing fees for pro hac vice motions (of E. Richards, J. Newton, S. Martin, A. Lawrence, J. Marines, L. Marinuzzi and B. Miller) to be issued and delivered to the Court; | 0.10 Hrs |
| 08/11/15 | DML | Communications with L. Guido at Morrison & Foerster regarding filing of pro hac vice motions of E. Richards, J. Newton, S. Martin, A. Lawrence, J. Marines, L. Marinuzzi and B. Miller; | 0.10 Hrs |
| 08/11/15 | BDB | Review motion to establish bar dates for filing proofs of claim; | 0.40 Hrs |
| 08/11/15 | BDB | Work on issues concerning potential objection to surety bond motion; | 0.20 Hrs |
| 08/11/15 | BDB | Edit proposed order on motion to continue hearings; | 0.70 Hrs |
| 08/11/15 | BDB | Review joinder to motion to continue hearing; | 0.20 Hrs |
| 08/11/15 | BDB | Email with opposing counsel concerning same; | 0.30 Hrs |
| 08/11/15 | BDB | Review pro hac vice motions for committee's national counsel and approve form of same; | 0.80 Hrs |
| 08/11/15 | BDB | Draft amended motion to continue hearing to include additional motions to list of continued matters; | 0.40 Hrs |
| 08/11/15 | BDB | Review draft of debtor's interim compensation procedures motion; | 0.40 Hrs |
| 08/12/15 | DML | Organize and file Motion for Admissions Pro Hac Vice of Charles Kerr; | 0.10 Hrs |
| 08/12/15 | DML | Arrange for payment of filing fees for pro hac vice motion of Charles Kerr to be issued and delivered to the Court; | 0.10 Hrs |
| 08/12/15 | BDB | Review final discovery requests to debtors and secured lenders concerning cash collateral and restructuring support agreement; | 0.40 Hrs |
| 08/12/15 | BDB | Review motion for relief from stay and related motion to expedite hearing filed by creditor; | 0.40 Hrs |
| 08/12/15 | BDB | Work on issues concerning draft of interim compensation motion; | 0.40 Hrs |

| Date | Init. | Description | Hours |
|---|---|---|---|
| 08/12/15 | BDB | Review debtors' agenda for 8/13 hearings; | 0.20 Hrs |
| 08/12/15 | BDB | Review revised claims bar date motion; | 0.30 Hrs |
| 08/12/15 | BDB | Receive and incorporate edits from debtors and secured lenders concerning order on motion to continue hearing on first day motions; | 0.60 Hrs |
| 08/12/15 | BDB | Review objection to motion to continue hearing on first day motions; | 0.30 Hrs |
| 08/12/15 | BDB | Review various applications to employ professionals filed by debtor; | 0.60 Hrs |
| 08/13/15 | DDS | Reviewed and analyzed final as-filed version of Motion to Establish Procedures for Interim Compensation and Payment of Expenses of Professionals, to be sure it matches what was pre-negotiated; | 0.20 Hrs |
| 08/13/15 | DDS | Reviewed and analyzed Walter's Motion to Set Last Day to File Proofs of Claim and 503(b)(9) claims and approving form of notice thereof; | 0.40 Hrs |
| 08/13/15 | BDB | Receive and incorporate edits to proposed order on motion to continue hearings on first day motions; | 0.40 Hrs |
| 08/13/15 | BDB | Review debtors' report to court; | 0.30 Hrs |
| 08/13/15 | BDB | Submit proposed order on motion to continue hearings on first day motions to court; | 0.10 Hrs |
| 08/13/15 | BDB | Prepare for and attend hearing on motion to continue first day motions; | 1.30 Hrs |
| 08/13/15 | BDB | Circulate proposed order on motion to continue hearings on first day motions; | 0.10 Hrs |
| 08/13/15 | BDB | Work on issues concerning retention and fee-related issues for committee counsel including telephone call to Bankruptcy Administrator concerning same; | 0.50 Hrs |
| 08/13/15 | BDB | Telephone call with L. Marinuzzi concerning hearing on motion to continue hearing on first day motions; | 0.20 Hrs |
| 08/14/15 | DDS | Reviewed executed Order on Amended Motion to Continue Hearing (on Cash Collateral and RSA Assumption); | 0.20 Hrs |
| 08/14/15 | DDS | Reviewed and analyzed debtor's objection to Dominion's Motion to Reconsider, to determine how debtor's position may impact unsecured creditors; | 0.20 Hrs |
| 08/14/15 | DDS | Analyzed and provided input to lead counsel of local practices for fee applications expenses, and documentation of same; | 0.30 Hrs |
| 08/14/15 | DDS | Reviewed new Hearing Notice setting the hearing on the objection filed by the UMWA for September 2, 2015; | 0.10 Hrs |
| 08/14/15 | DDS | Reviewed Lender Steering Committee's Joinder in debtor's objection to Dominion's Motion to Continue, and new Hearing Notice for same; | 0.20 Hrs |
| 08/14/15 | DML | Communications with S. Martin, co-counsel, regarding the filing of the Joinder to Debtors' Objection to Emergency Motion by Dominion Black Warrior Trust to Reconsider, on a Limited Basis, the Cash Management Order; | 0.10 Hrs |
| 08/14/15 | DML | Organize and file Joinder to Debtors' Objection to Emergency Motion by Dominion Black Warrior Trust to Reconsider, on a Limited Basis, the Cash Management Order; | 0.10 Hrs |
| 08/14/15 | BDB | Research issues concerning Dominion Partners' motion to reconsider in preparation for hearing on same; | 2.20 Hrs |
| 08/14/15 | BDB | Review joinder to debtors' objection filed by secured lender steering committee; | 0.20 Hrs |
| 08/14/15 | BDB | Review committee's joinder to debtors' objection to motion to reconsider; | 0.20 Hrs |
| 08/14/15 | BDB | Review debtors' objection to motion to reconsider cash management order; | 1.10 Hrs |
| 08/14/15 | BDB | Review informal requests for production related to secured lenders' liens; | 0.30 Hrs |
| 08/17/15 | DDS | Prepared correspondence to Morrison Foerster firm to forward and comment on M. Hall's letter and attachments; | 0.20 Hrs |
| 08/17/15 | DDS | Reviewed seven new Orders granting seven PHV admissions for Morrison Foerster lawyers as counsel to the Committee; | 0.20 Hrs |
| 08/17/15 | DDS | Reviewed Dominion Trust's Witness & Exhibit List for TRO hearing; | 0.30 Hrs |
| 08/17/15 | DDS | Reviewed Mike Hall's letter to me and to the Bankruptcy Administrator, per terms of Interim Order, enclosing a summary of billing for Burr firm pre-petition; | 0.30 Hrs |
| 08/17/15 | DDS | Reviewed Debtor's Agenda for Hearings set for August 18, 2015; | 0.20 Hrs |
| 08/17/15 | DML | Telephone conversation with Chris Callies, Courtroom Deputy, regarding call in instructions for co-counsel, Morrison & Foerster for August 18 hearings; | 0.10 Hrs |
| 08/17/15 | DML | Telephone call to Court regarding registration for ECF of attorneys at Morrison & Foerster; | 0.10 Hrs |
| 08/17/15 | DML | Communications with L. Guido regarding ECF registration; | 0.10 Hrs |
| 08/17/15 | DML | Communications with L. Guido regarding call in information for hearings scheduled on August 18; | 0.10 Hrs |
| 08/17/15 | DML | Communications with L. Guido regarding automatic forwarding of emails concerning pleadings; | 0.10 Hrs |

| Date | Init. | Description | Hours |
|---|---|---|---|
| 08/17/15 | DML | Set up automatic forwarding of emails from the Court containing pleadings to co-counsel attorneys in New York; | 0.10 Hrs |
| 08/17/15 | BDB | Work on issues concerning scope of discovery requests to debtors and secured lenders in preparation for hearings on cash collateral and restructuring support agreement and review final draft of discovery requests; | 1.40 Hrs |
| 08/17/15 | BDB | Review debtors' agenda for 8/18 hearing; | 0.20 Hrs |
| 08/17/15 | BDB | Prepare for hearing on motion to quash subpoena; | 0.30 Hrs |
| 08/17/15 | BDB | Prepare for hearing on Dominion Partners' motion to reconsider; | 1.00 Hrs |
| 08/17/15 | BDB | Review debtors' periodic report; | 0.20 Hrs |
| 08/18/15 | DDS | Telephone call to Lee Benton to discuss his impressions and next anticipated steps in light of loss today on TRO motion, etc.; | 0.30 Hrs |
| 08/18/15 | DDS | Read Report of co-counsel to the full committee on outcome of the hearings on August 18, 2015; | 0.20 Hrs |
| 08/18/15 | DML | Communications with J. Marines, co-counsel at Morrison & Foerster, regarding technical difficulties in telephonic appearance at hearing; | 0.10 Hrs |
| 08/18/15 | DML | Communications with Chris Callies, Courtroom Deputy, regarding technical difficulties in telephonic appearances for today's hearings; | 0.10 Hrs |
| 08/18/15 | BDB | Prepare for and attend hearing on Dominion Partners' motion to reconsider; | 4.70 Hrs |
| 08/18/15 | BDB | Review emails and work on issues concerning debtors' production of documents in response to initial requests; | 0.30 Hrs |
| 08/19/15 | DDS | Reviewed Application of debtor to Employ Blackstone Advisory Partners as Investment Banker to the Debtor; | 0.20 Hrs |
| 08/19/15 | DDS | Reviewed final Order Modifying Automatic Stay to proceed with workers comp and Black Lung claims; | 0.20 Hrs |
| 08/19/15 | DDS | Reviewed Order Authorizing Employment of Ordinary Course Professionals and Order Authorizing Surety Bolnd program to continue; | 0.30 Hrs |
| 08/19/15 | BDB | Prepare application to employ; | 1.00 Hrs |
| 08/19/15 | BDB | Review conflict results; | 0.80 Hrs |
| 08/20/15 | DDS | Participated in full committee conference call; | 0.90 Hrs |
| 08/20/15 | BDB | Participate in committee call; | 0.90 Hrs |
| 08/20/15 | BDB | Draft notice of appearance for Morrison Foerster; | 0.40 Hrs |
| 08/20/15 | BDB | Work on issues concerning additional document production from debtors; | 0.20 Hrs |
| 08/20/15 | BDB | Review debtors' monthly operating report; | 0.40 Hrs |
| 08/21/15 | DML | Communications with L. Guido regarding order all future hearing transcripts; | 0.10 Hrs |
| 08/21/15 | DML | Communications with Jennifer Pannell with the Bankruptcy Court regarding getting set up to receive all future hearing transcripts; | 0.10 Hrs |
| 08/21/15 | DML | Communications with J&J Transcribers regarding standing orders of future hearing transcripts; | 0.10 Hrs |
| 08/21/15 | DML | Communications with L. Guido regarding hearing transcripts and forward of same; | 0.10 Hrs |
| 08/23/15 | DDS | Corresponded with co-counsel about anticipated drafts of objections to RSA and cash collateral order; | 0.10 Hrs |
| 08/24/15 | DDS | Reviewed outbound correspondence from co-counsel to all Committee members and their counsel; | 0.20 Hrs |
| 08/24/15 | DDS | Reviewed Bankruptcy Administrator's Appointment of Retired Employees; | 0.20 Hrs |
| 08/24/15 | DDS | Reviewed new Proof of Claim filed by N.L.R.B. for back pay, 401K contributions and interest; | 0.50 Hrs |
| 08/24/15 | DDS | Reviewed, analyzed, and provided comments and edits to co-counsel for draft of Committee's proposed objections to the RSA and Declaration of Matthew Muzzucchi in support of same; | 1.30 Hrs |
| 08/24/15 | DDS | Exchanged e-mails with co-counsel about the details of my remarks on objections to RSA and Cash Collateral Order; | 0.30 Hrs |
| 08/24/15 | BDB | Review objection to restructuring support agreement; | 0.60 Hrs |
| 08/24/15 | BDB | Review second set of interrogatories and requests for production; | 0.40 Hrs |
| 08/24/15 | BDB | Review objection to cash collateral order and related declaration and make edits to same; | 1.40 Hrs |
| 08/25/15 | DDS | Participate in committee professionals call; | 0.30 Hrs |
| 08/25/15 | DDS | Reviewed Supplemental Objection of Ramsay McCormick Land Co. to Cash Collateral Motion; | 0.20 Hrs |
| 08/25/15 | DDS | Reviewed and reacted to new Hearing Notice for Blackstone's Application to be Employed; | 0.10 Hrs |
| 08/25/15 | BDB | Review deposition notices for debtors' witnesses; | 0.30 Hrs |
| 08/25/15 | BDB | Review supplemental objections to cash collateral order filed by Dominion Partners; | 0.50 Hrs |
| 08/25/15 | BDB | Coordinate issues concerning logistics of depositions; | 0.40 Hrs |

| Date | Init | Description | Hours |
|---|---|---|---|
| 08/26/15 | DDS | Exchanged correspondence with co-counsel about details for and preparation for trial of Cash Collateral Motions and Objections; | 0.30 Hrs |
| 08/26/15 | DDS | Reviewed Committee's final revisions of Objection to RSA and to cash collateral order; | 0.70 Hrs |
| 08/26/15 | DML | Organize and file the Limited Reservation of Rights [565] regarding [27]; | 0.20 Hrs |
| 08/26/15 | DML | Telephone conference with paralegal at Morrison & Foerster regarding filing and service procedures; | 0.10 Hrs |
| 08/26/15 | DML | Organize and file Objection to Cash Collateral motion and attachments [Doc. 555]; | 0.20 Hrs |
| 08/26/15 | DML | Organize and file Objection to Debtors' Motion to Assume Restructuring Agreement and attachments [Doc. 556]; | 0.20 Hrs |
| 08/26/15 | DML | Organize and file Motion to File Documents Under Seal [Doc. 563]; | 0.20 Hrs |
| 08/26/15 | BDB | Review final draft of objections to cash collateral order and restructuring support agreement; | 0.60 Hrs |
| 08/26/15 | BDB | Work on issues concerning filing documents under seal; | 0.50 Hrs |
| 08/26/15 | BDB | Coordinate filing of same; | 0.40 Hrs |
| 08/26/15 | BDB | Draft motion to file documents under seal; | 0.40 Hrs |
| 08/26/15 | BDB | Review amended deposition notices for debtors' witnesses; | 0.30 Hrs |
| 08/27/15 | DAS | Legal research regarding marshaling statute; | 0.40 Hrs |
| 08/27/15 | DDS | Phone call from an attorney in Philadelphia for an unsecured trade creditor seeking to discuss newly filed Plan and the Committee reaction to same; | 0.20 Hrs |
| 08/27/15 | DDS | Reviewed Alabama's Marshalling of Assets Statute and prepared e-mail correspondence to co-counsel to inform them of same; | 0.30 Hrs |
| 08/27/15 | DDS | Briefly reviewed Debtor's Notice of Filing Plan and Disclosure Statement; | 0.20 Hrs |
| 08/27/15 | DDS | Participated in UCC Conference call; | 0.60 Hrs |
| 08/27/15 | DML | Prepare disc containing unredacted pleadings [Doc. 555, 556 and 563] and multiple of copies of same to be delivered to the Judge per Court's request; | 0.30 Hrs |
| 08/27/15 | BDB | Follow up on issues concerning filing documents under seal; | 0.20 Hrs |
| 08/27/15 | BDB | Participate in committee call; | 0.60 Hrs |
| 08/27/15 | BDB | Coordinate issues concerning depositions of debtors' witnesses; | 0.40 Hrs |
| 08/28/15 | DDS | Reviewed Notice from Mayer Electric that it has withdrawn from membership on the Unsecured Creditors Committee; | 0.10 Hrs |
| 08/28/15 | DDS | Prepared correspondence to Morrison Foerster co-counsel to inform them of request to take two depositions; | 0.20 Hrs |
| 08/28/15 | DDS | Reviewed UMWA's Joinder in the Unsecured Creditor Committee's Limited Reservation; | 0.10 Hrs |
| 08/28/15 | DDS | Phone call from Mike Hall and Chris Carson, for the Steering Committee, to discuss their request to take depositions on Monday of the UCC's 2 declarants; | 0.20 Hrs |
| 08/28/15 | DDS | Reviewed Notice of Hearing on Limited Reservation of Rights, etc., by Committee, as joined by the UMWA; | 0.10 Hrs |
| 08/28/15 | DDS | Exchanged correspondence with Brett Miller about depositions next week; | 0.20 Hrs |
| 08/30/15 | DDS | Had call with Bill Bensinger about assignment of responsibilities and divisions of work for the Depositions of Debtors' declarants and the UCC's two declarants beginning tomorrow, and the coordination efforts between Morrison Foerster and Christian & Small; | 0.20 Hrs |
| 08/30/15 | DDS | Read and analyzed Debtor's Disclosure Statement; | 1.90 Hrs |
| 08/30/15 | DDS | Reviewed multi e-mail exchange with various Morrison Foerster co-counsel about details attendant to depositions to be held beginning tomorrow and continuing up to trial of Motions and Objections on Wednesday; | 0.50 Hrs |
| 08/30/15 | DDS | Arranged and had call with Alex Lawrence of Morrison Foerster about assignment of responsibilities and divisions of work for the Depo's of Debtors' declarants and the UCC's two declarants beginning tomorrow and to coordinate efforts; | 0.30 Hrs |
| 08/30/15 | DDS | Reviewed and analyzed Debtors' Plan of Reorganization; | 2.00 Hrs |
| 08/30/15 | BDB | Prepare for depositions of witnesses for cash collateral hearing; | 1.60 Hrs |
| 08/30/15 | BDB | Prepare for hearing on cash collateral; | 1.50 Hrs |
| 08/31/15 | DDS | Participated in depositions for Ed Ordway of BRG and Matt Mazuki of Houlihan conducted at offices of Burr Forman; | 5.50 Hrs |
| 08/31/15 | DDS | Participated in witness preparations for Ed Ordway of BRG and Matt Mazuki of Houlihan conducted at offices of Christian & Small; | 5.50 Hrs |
| 08/31/15 | DML | Assisted C. Kerr with preparation of documents for deposition on 9.1.15; | 0.10 Hrs |
| 08/31/15 | BDB | Prepare for deposition of Matt Mazzuchi; | 1.60 Hrs |
| 08/31/15 | BDB | Prepare for depositions of debtors' witnesses on final cash collateral hearing; | 2.60 Hrs |

020340    Official Commttee Unsecured      Invoice No. 86917      Page 6 of 6
00001    Walter Energy, Inc.

| Date | Tk | Description | Hrs |
|------|-----|-------------|-----|
| 08/31/15 | BDB | Prepare for deposition of Edwin Ordway; | 2.30 Hrs |
| 08/31/15 | BDB | Attend deposition of Edwin Ordway; | 1.90 Hrs |

**TOTAL PROFESSIONAL SERVICES**      **$40,801.50**

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 08/11/15 | U S DISTRICT COURT, NORTHERN DISTRICT; Filing Fee - Pro Hac Vice Motions - Brett Miller, Lorenzo Marinuzzi, Jennifer Marines, Alex Lawrence, Samantha Martin, James Newton, Erica Richards | 350.00 |
| 08/12/15 | U S DISTRICT COURT, NORTHERN DISTRICT; Filing Fee - Pro Hac Vice Motion of Charles L. Kerr of Morrison & Foerster LLP (filed by Bill Bensinger) | 50.00 |
| 08/25/15 | J&J COURT TRANSCRIBERS, INC.; Payment of Invoice No. 2015-01846, dated 8/21/15 for transcript of Walter Energy hearing on 8/18/15 | 124.20 |
| 08/31/15 | Long distance expenses | 0.10 |
| 08/31/15 | Copying expenses - 8,332 copies @ $.12 per copy | 999.84 |

**TOTAL DISBURSEMENTS**      **$1,524.14**

## TIMEKEEPER SUMMARY

| Name | Hrs | Rate | Amount |
|------|-----|------|--------|
| Bensinger, Bill D. | 54.20 Hrs | 450.00 | 24,390.00 |
| Smith, Deborah A. | 0.40 Hrs | 450.00 | 180.00 |
| Sparks, Daniel D. | 34.90 Hrs | 450.00 | 15,705.00 |
| Lindsey, Dana M. | 3.90 Hrs | 135.00 | 526.50 |

## INVOICE SUMMARY

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $40,801.50 |
| TOTAL DISBURSEMENTS | $1,524.14 |
| **TOTAL CHARGES FOR THIS INVOICE** | **$42,325.64** |
| PLUS NET BALANCE FORWARD | $0.00 |
| **TOTAL BALANCE NOW DUE** | **$42,325.64** |

For credit card payment, complete and return this page to Christian & Small

VISA     AM EXPRESS     MASTERCARD     DISCOVER

Card # _____

Exp. _____ Security Code _____ Amount $ _____

Signature _____

# Christian & Small

## ATTORNEYS AND COUNSELORS

505 20th Street North, Suite 1800
Birmingham, AL 35203-2696
Telephone 205.795.6588   Facsimile 205.328.7234

Federal Tax ID #63-1254348

Bill D. Bensinger

Official Committee of Unsecured Creditors

c/o Christian & Small
505 20th Street North, Suite 1800
Birmingham, AL  35203

| | |
|---|---|
| Invoice Date | 10/26/2015 |
| Invoice Number | 87274 |
| Our File No. | 020340-00001 |

BDB

**Walter Energy, Inc.**

**PROFESSIONAL SERVICES RENDERED**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/01/15 | DDS | Assisted in preparation, review and drafting and editing of Emergency Motion of the Committee of Unsecured Creditors for Entry of an Order Authorizing the Debtors' Non-Consensual Postpetition Use of Cash Collateral and Granting Adequate Protection to Prepetition Secured Parties;<br>B230 | 0.90 Hrs |
| 09/01/15 | DDS | Reviewed and analyzed Statement of Wilmington Trust, National Association, as Indenture Trustee, in support of the cash collateral motion;<br>B230 | 0.20 Hrs |
| 09/01/15 | DDS | Reviewed and provided comments to draft of Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Under Bankruptcy Code Sections 105, 361, 363, 507 and 1103, and Bankruptcy Rules 2002, 4001, 6004 and 9014 (I) Authorizing the Debtors' Non-Consensual Postpetition Use of Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties;<br>B230 | 0.50 Hrs |
| 09/01/15 | DDS | Reviewed and analyzed Steering Committee's Response to UCC's Motion to Expedite Hearing on Emergency Motion of the UCCommittee for Entry of an Order Authorizing the Debtors NonConsensual PostPetition Use of Collateral and Granting Adequate Protection to Prepetition Secured Parties;<br>B230 | 0.30 Hrs |
| 09/01/15 | DDS | Prepared for and represented Committee at depositions today of Debtor's expert witnesses;<br>B230 | 9.90 Hrs |
| 09/01/15 | DDS | Reviewed Declaration of Steven Zelin in Support Of The Debtors' Omnibus Reply to Objections to the Debtors' (I) Motion for an Order Authorizing the Assumption of the Restructuring Support Agreement and (II) Motion For a Final Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, and (C) Granting Related Relief;<br>B230 | 0.30 Hrs |
| 09/01/15 | DML | Assisted C. Kerr with preparation of documents for depositions;<br>B230 | 0.30 Hrs |
| 09/01/15 | DML | Organized and filed Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order under Bankruptcy Code Sections 105, 361, 363 and 1103 and Bankruptcy Rules of 2002, 4001, 6004 and 9014 (I) Authorizing the Debtors' Non-Consensual Postpetition Use of Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties;<br>B230 | 0.20 Hrs |
| 09/01/15 | DML | Assisted E. Ordway with preparation of documents;<br>B230 | 0.20 Hrs |
| 09/01/15 | DML | Organized and filed Motion for Expedited Hearing;<br>B230 | 0.20 Hrs |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/01/15 | DML | Assisted in preparation for depositions;<br>B230 | 0.20 Hrs |
| 09/01/15 | DML | Organized and filed declaration of Edwin N. Ordway in Support of Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order under Bankruptcy Code Sections 105, 361, 363 and 1103 and Bankruptcy Rules of 2002, 4001, 6004 and 9014 (I) Authorizing the Debtors' Non-Consensual Postpetition Use of Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties;<br>B230 | 0.20 Hrs |
| 09/01/15 | DML | Organized and filed Declaration of Matthew A. Mazzucchi;<br>B230 | 0.20 Hrs |
| 09/01/15 | WSL | Assist in preparation of materials for trial;<br>B230 | 2.50 Hrs |
| 09/01/15 | BDB | Prepare for hearings on cash collateral;<br>B230 | 3.80 Hrs |
| 09/01/15 | BDB | Review responses to objections to cash collateral motion;<br>B230 | 1.10 Hrs |
| 09/01/15 | BDB | Prepare for and attend deposition of Walter Scheller;<br>B230 | 3.70 Hrs |
| 09/01/15 | BDB | Prepare for and attend deposition of Zelin;<br>B230 | 2.80 Hrs |
| 09/02/15 | DDS | Document review, continued trial preparation for trial of Cash Collateral and RSA motions tomorrow, and assisted co-counsel in evaluation of all open trial and settlement issues;<br>B230 | 3.50 Hrs |
| 09/02/15 | DDS | Analyzed final as-filed version of Exhibit and Witness List of the Official Committee of Unsecured Creditors;<br>B230 | 0.20 Hrs |
| 09/02/15 | DML | Assisted C. Kerr in preparation of documents for court hearing on 9/2/15;<br>B230 | 0.20 Hrs |
| 09/02/15 | DML | Organized and Filed Witness and Exhibit List for Hearing on 9/2/15;<br>B230 | 0.20 Hrs |
| 09/02/15 | DML | Assisted Malcolm Dort in preparation of documents needed for court hearing;<br>B230 | 0.60 Hrs |
| 09/02/15 | BDB | Prepare for and attend hearing on motion to use cash collateral;<br>B230 | 8.90 Hrs |
| 09/02/15 | BDB | Work on preparation for continued hearing on cash collateral for following day;<br>B230 | 7.70 Hrs |
| 09/03/15 | DDS | Reviewed e-mail from co-counsel Morris Foerster to all members of the UCCommittee with their counsel to set out results of settlement conference this morning;<br>B150 | 0.20 Hrs |
| 09/03/15 | DDS | Received e-mail from and then met with Chet (co-counsel) to discuss and advise on strategy for order of witnesses, and which witnesses to call, for day two of trial tomorrow;<br>B230 | 0.80 Hrs |
| 09/03/15 | DDS | Trial Preparation;<br>B230 | 1.50 Hrs |
| 09/03/15 | DDS | Attended and represented UCCommittee at global settlement conference at Burr Forman offices attended by all parties, their counsel and their advisors;<br>B230 | 3.30 Hrs |
| 09/03/15 | DDS | Reviewed new Order Granting Motion to File Documents Under Seal as Filed by Creditor Committee Official Committee of Unsecured Creditors;<br>B230 | 0.10 Hrs |
| 09/03/15 | DDS | Attended day two of trial of Final Cash Collateral Motion and RSA Motion;<br>B230 | 4.50 Hrs |

| 09/03/15 | DDS | Reviewed new Order Authorizing Certain Payments and Relief from the Automatic Stay, to the Extent Applicable, to Allow Payment of Defense Costs and Other Loss Under Directors and Officers Liability Insurance Policies;<br>B230 | 0.10 Hrs |
|---|---|---|---|
| 09/03/15 | DDS | Exchanged e-mails with Judge Mitchell's office (Chris) about Committee's list of trial exhibits being incomplete, and need to confer with co-counsel and address that later today;<br>B230 | 0.20 Hrs |
| 09/03/15 | DDS | Reviewed and analyzed Dominion Resources Black Warrior Trust's Amended Witness and Exhibit List for September 2, 2015 Hearing (to correct typographical error);<br>B230 | 0.20 Hrs |
| 09/03/15 | DDS | Reviewed and analyzed Dominion Black Water Resources Notice of Appeal as newly filed;<br>B190 | 0.20 Hrs |
| 09/03/15 | DDS | Post trial debriefing and analysis and exhibit identification to be sent to Chris Callis;<br>B230 | 1.00 Hrs |
| 09/03/15 | DML | Assisted C. Kerr in preparation of documents for court hearing on September 3, 2015;<br>B230 | 0.20 Hrs |
| 09/03/15 | DML | Assisted J. Newton with preparation of documents for court hearing on 9/3/15;<br>B230 | 0.20 Hrs |
| 09/03/15 | DML | Assisted M. Dort with preparation of documents for court hearing on 9/3/15;<br>B230 | 0.10 Hrs |
| 09/03/15 | WLT | Attended hearing on behalf of the Unsecured Creditor's Committee regarding the Debtor's Motion for DIP Financing and organized documents/exhibits used in support of the objection filed by the Creditor's Committee;<br>B230 | 2.50 Hrs |
| 09/03/15 | BDB | Work on post-trial issues concerning proposed order and pending negotiations;<br>B230 | 2.20 Hrs |
| 09/03/15 | BDB | Prepare for and attend settlement meeting concerning use of cash collateral;<br>B230 | 3.30 Hrs |
| 09/03/15 | BDB | Prepare for and attend continued hearing on motion to use cash collateral;<br>B230 | 7.40 Hrs |
| 09/04/15 | DDS | Participated in full Committee conference call to brief the Committee on the results of the trial and events that have happened since the trial concluded;<br>B150 | 0.80 Hrs |
| 09/04/15 | DDS | Exchanged e-mails with Chris Callies to determine if a formal Order will be entered or of the docket entry will be the only order (requiring submission of orders);<br>B110 | 0.20 Hrs |
| 09/04/15 | DDS | Exchanged e-mails with Chris Callies to determine if the Court wants the Committee to involve the other objectors or only those that actually joined the UCC objections, for the purposes of preparing and submitting a proposed Order;<br>B110 | 0.20 Hrs |
| 09/04/15 | DDS | Reviewed and analyzed new Order Requiring 1) Filing of Proposed Orders on the Debtors' Motion Authorizing Use of Cash Collateral and Granting Adequate Protection and 2) Parties and Counsel to Confer;<br>B110 | 0.20 Hrs |
| 09/04/15 | DDS | Informed Lorenzo M. of response of Court chambers to our inquiry about whether the Court wants the Committee to involve the other objectors or only those that actually joined the UCC objections;<br>B110 | 0.20 Hrs |
| 09/04/15 | BDB | Prepare for and participate in call with Debtors' counsel concerning cash collateral and resolving issues concerning same;<br>B110 | 0.60 Hrs |
| 09/04/15 | BDB | Work on designations from depositions for submission to court;<br>B230 | 0.40 Hrs |
| 09/04/15 | BDB | Review draft of proposed cash collateral order and make comments on same;<br>B230 | 1.20 Hrs |

Exhibit A

020340    Official Commttee Unsecured      Invoice No. 87274      Page 4 of 10
00001    Walter Energy, Inc.

| Date | Init. | Description | Hours |
|------|------|-------------|-------|
| 09/04/15 | BDB | Work on issues concerning draft of proposed cash collateral order;<br>B230 | 0.50 Hrs |
| 09/04/15 | BDB | Review orders on other first day motions;<br>B190 | 0.50 Hrs |
| 09/04/15 | BDB | Prepare for and participate in call with committee concerning cash collateral hearing;<br>B150 | 0.80 Hrs |
| 09/06/15 | DDS | Participated in conference call with Kelley Cornish, Patrick Darby and Bill Bensinger to further negotiate the various disputed terms of the Cash Collateral and RSA Orders;<br>B230 | 0.60 Hrs |
| 09/06/15 | DDS | Exchanged multiple correspondence with co-counsel about details attendant to continuing negotiations of CC and RSA Orders;<br>B230 | 0.40 Hrs |
| 09/07/15 | BDB | Review conflicts report in preparing application to employ and draft application to employ;<br>B160 | 2.60 Hrs |
| 09/07/15 | BDB | Telephone call to courtroom deputy concerning whether court desires orders for both cash collateral and RSA or cash collateral only;<br>B110 | 0.30 Hrs |
| 09/07/15 | BDB | Review Debtors' proposed order for cash collateral;<br>B230 | 0.90 Hrs |
| 09/07/15 | BDB | Review deposition designations from various parties for inclusion in submission to court;<br>B230 | 0.50 Hrs |
| 09/08/15 | DDS | Reviewed correspondence from Lorenzo M. to all Committee and their counsel about status of negotiations with debtor and lenders, and of draft of proposed CC and RSA orders;<br>B150 | 0.20 Hrs |
| 09/08/15 | DDS | Reviewed Court's new Notice of Telephonic Hearing for 9/11/2015;<br>B110 | 0.10 Hrs |
| 09/08/15 | DDS | Reviewed the evidentiary submission prior to allowing same to be filed;<br>B230 | 0.20 Hrs |
| 09/08/15 | DDS | Phone call from Peter Chadwick of BRH Capstone to discuss methods and procedures for lien investigation and lease examinations;<br>B110 | 0.40 Hrs |
| 09/08/15 | DDS | Reviewed Joint Additional Deposition Designation of all parties prior to having same filed;<br>B230 | 0.20 Hrs |
| 09/08/15 | DDS | Reviewed Committee's newest draft of Final Order Authorizing Use of Cash Collateral, etc.;<br>B230 | 0.40 Hrs |
| 09/08/15 | DDS | Reviewed two Orders Employing Tax Accountants for Debtor;<br>B170 | 0.20 Hrs |
| 09/08/15 | DDS | Reviewed comments of Morgan Lewis to Committee's proposed Cash Collateral Order;<br>B230 | 0.20 Hrs |
| 09/08/15 | DDS | Reviewed Order to Employ Axis Partners ad Advisor to the Debtor;<br>B110 | 0.10 Hrs |
| 09/08/15 | DML | Communications with L. Guido at Morrison & Foerster and with J&J Transcribers regarding hearing transcripts for the 9/2/15 and 9/3/15 hearings;<br>B110 | 0.20 Hrs |
| 09/08/15 | DML | Organized files to return to co-counsel;<br>B110 | 0.30 Hrs |
| 09/08/15 | BDB | Work on issues concerning finalizing designations and additional documents for submission to court;<br>B230 | 2.30 Hrs |
| 09/08/15 | BDB | Review order restricting transfer of interests;<br>B110 | 0.20 Hrs |
| 09/08/15 | BDB | Review final deposition designations;<br>B230 | 0.30 Hrs |

Exhibit A

020340    Official Commttee Unsecured      Invoice No. 87274      Page 5 of 10
00001      Walter Energy, Inc.

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/08/15 | BDB | Review orders on debtors' applications to employ professionals;<br>B170 | 0.40 Hrs |
| 09/08/15 | BDB | Telephone call with courtroom deputy concerning status hearing for Sept. 11;<br>B110 | 0.20 Hrs |
| 09/08/15 | BDB | Work on edits to proposed cash collateral order and email correspondence concerning same;<br>B230 | 1.00 Hrs |
| 09/08/15 | BDB | Review document requests to Wilmington Trust;<br>B110 | 0.60 Hrs |
| 09/09/15 | DDS | Phone call from Mike Bybee to discuss Committee issues and recent events and 341 Meeting tomorrow;<br>B110 | 0.30 Hrs |
| 09/09/15 | DDS | Revised draft of Submission of Redline Version of Orders and had same filed with court;<br>B230 | 0.50 Hrs |
| 09/09/15 | DDS | Conferred with Bill Bensinger to divide responsibilities for lien investigation;<br>B110 | 0.20 Hrs |
| 09/09/15 | DDS | Phone call to James Newton to discuss and advise on his suggestion to also file redline version of the RSA and CC Orders;<br>B110 | 0.10 Hrs |
| 09/09/15 | DDS | Had Committee Professionals conference call on lien and lease perfection review and analysis and discovery needed for same;<br>B110 | 0.30 Hrs |
| 09/09/15 | DDS | Reviewed and analyzed new inter-professionals correspondence about details of Committee's revised RSA and CC Orders;<br>B110 | 0.50 Hrs |
| 09/09/15 | DDS | Reviewed final drafts of Committee's RSA and CC Orders and coordinated filing of same to Judge Mitchell;<br>B110 | 0.50 Hrs |
| 09/09/15 | DML | Organized and filed Notice of Submission of "Redlined" Orders and attachments;<br>B110 | 0.30 Hrs |
| 09/09/15 | DML | Organized and filed Notice of Submission of Orders and attached exhibits;<br>B110 | 0.30 Hrs |
| 09/09/15 | DML | Communications with multiple attorneys from Morrison & Foerster regarding Notice of Submission of Orders;<br>B110 | 0.10 Hrs |
| 09/09/15 | DML | Preparation of Notice of Submission of "Redlined" Orders and attachments;<br>B110 | 0.30 Hrs |
| 09/09/15 | DML | Preparation of email to Court and attached Orders and redlines of orders;<br>B110 | 0.20 Hrs |
| 09/09/15 | BDB | Work on issues concerning potential motion to restrict claims trading;<br>B110 | 0.40 Hrs |
| 09/09/15 | BDB | Work on issues concerning receiving and reviewing final draft of committee's proposed cash collateral order and filing same with court;<br>B230 | 2.60 Hrs |
| 09/09/15 | BDB | Review debtors' objection to committee's motion for non-consensual use of cash collateral;<br>B230 | 0.50 Hrs |
| 09/10/15 | DDS | Reviewed Morrison Foerster's Agenda for today's Committee call;<br>B150 | 0.20 Hrs |
| 09/10/15 | DDS | Reviewed and exchanged multiple correspondence with Morrison Foerster and with Paul Weiss about getting our firm full access to the Data Room;<br>B110 | 0.20 Hrs |
| 09/10/15 | DDS | Reviewed four Pro Hac Vice Motions filed by R. Carmody for Retirees Committee and Notice of Appearance by R. Carmody, reviewed and analyzed Objection of Retirees Committee to use of Cash Collateral and the RSA;<br>B110 | 0.30 Hrs |

| 09/10/15 | DDS | Attended Walter 341 meeting and provided live reports to Morrison Foerster during same;<br>B110 | 1.80 Hrs |
|---|---|---|---|
| 09/10/15 | DDS | Reviewed BRG's weekly update for use in Committee call today;<br>B110 | 0.20 Hrs |
| 09/10/15 | DML | Prepared Certificate of Service regarding redline versions of RSA and Cash Collateral Orders;<br>B110 | 0.30 Hrs |
| 09/10/15 | BDB | Review various objections filed by retiree committee;<br>B110 | 0.60 Hrs |
| 09/10/15 | BDB | Review final document requests to Wilmington Trust;<br>B110 | 0.60 Hrs |
| 09/10/15 | BDB | Prepare for 341 meeting of creditors;<br>B110 | 2.30 Hrs |
| 09/10/15 | BDB | Prepare for and participate in weekly committee conference call;<br>B150 | 1.00 Hrs |
| 09/11/15 | DDS | Reviewed and analyzed e-mailed Report by Lorenzo M. to all Committee members on results of call with the court earlier today;<br>B150 | 0.10 Hrs |
| 09/11/15 | DDS | Reviewed list of appearances for telephone hearing held today to determine who all was interested and/or engaged;<br>B110 | 0.10 Hrs |
| 09/11/15 | DDS | Had call with Lorenzo M. to debrief after the call with the court earlier today;<br>B110 | 0.20 Hrs |
| 09/11/15 | DDS | Participated in conference call with the Court and all major parties;<br>B110 | 0.30 Hrs |
| 09/11/15 | DDS | Reviewed new docket entry indicating Court has taken all C.C. and R.S.A. motions and objections under formal submission;<br>B110 | 0.10 Hrs |
| 09/11/15 | GBM | Lexis research regarding default requirements of whether consent needed to mortgage lease under Alabama law;   Case law forwarded to Deborah A. Smith regarding necessity for communication of assignment; specific searches regarding consent and "leasehold mortgage";<br>B110 | 2.90 Hrs |
| 09/11/15 | BDB | Review revised document requests to Wilmington Trust;<br>B110 | 0.40 Hrs |
| 09/11/15 | BDB | Prepare for and participate in status conference with court;<br>B110 | 0.30 Hrs |
| 09/11/15 | BDB | Edit and sign non-disclosure agreement with Debtors to obtain access to dataroom;<br>B110 | 0.40 Hrs |
| 09/14/15 | DDS | Reviewed and analyzed new Order on Cash Collateral Motion and then reviewed and simultaneously analyzed Order Approving the RSA;<br>B230 | 0.60 Hrs |
| 09/14/15 | DDS | Reviewed Morrison Foerster's Report to the Committee on results of trial and the new Final CC and RSA Orders;<br>B150 | 0.20 Hrs |
| 09/14/15 | DDS | Phone call to lorenzo M. to discuss Order as newly entered;<br>B110 | 0.20 Hrs |
| 09/14/15 | BDB | Review order on motion for cash collateral;<br>B110 | 1.00 Hrs |
| 09/14/15 | BDB | Telephone call with Morrison Foerster attorneys concerning cash collateral order;<br>B110 | 0.40 Hrs |
| 09/14/15 | BDB | Telephone call with unsecured creditor concerning status of case and next steps;<br>B150 | 0.60 Hrs |
| 09/15/15 | DDS | Participated in conference call with co-counsel about discovery needed for lien investigation purposes;<br>B110 | 0.50 Hrs |

Exhibit A

020340    Official Commttee Unsecured        Invoice No.  87274                    Page  7   of  10
00001     Walter Energy, Inc.

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 09/15/15 | BDB | Work on strategy for responding to final cash collateral order with either appeal or motion to reconsider;<br>B230 | 0.60 Hrs |
| 09/15/15 | BDB | Review draft of interrogatories to Debtors;<br>B110 | 0.80 Hrs |
| 09/15/15 | BDB | Work on Christian & Small fee application;<br>B160 | 1.80 Hrs |
| 09/15/15 | BDB | Telephone call with Morrison Foerster attorneys concerning fee applications and review of Morrison Foerster's fee application;<br>B160 | 0.60 Hrs |
| 09/15/15 | BDB | Review debtors' propose motion for fee examiner;<br>B110 | 0.30 Hrs |
| 09/16/15 | DDS | Reviewed Appellant's Designation for Record on Appeal as filed by Black Warrior;<br>B110 | 0.20 Hrs |
| 09/16/15 | DDS | Phone call from attorney Mike Bybee to discuss 503(b)(9) deadline and Order on behalf of his client Industrial Mining;<br>B110 | 0.20 Hrs |
| 09/16/15 | BDB | Review statement of issues on appeal in Dominion Trust appeal;<br>B110 | 0.30 Hrs |
| 09/17/15 | DAS | Continued research and analysis of landlord's option to void lease if transfer is made in violation of lease provisions;<br>B110 | 3.00 Hrs |
| 09/17/15 | DDS | Received and prepared response to individual bondholder seeking advice and information, and declined request due to committee role and confidentiality issue;<br>B110 | 0.30 Hrs |
| 09/18/15 | BDB | Work on committee's response to steering committee's motion for new cash collateral order;<br>B230 | 0.60 Hrs |
| 09/18/15 | BDB | Review steering committee's motion for new cash collateral order;<br>B230 | 0.50 Hrs |
| 09/18/15 | BDB | Prepare for and attend weekly committee call;<br>B150 | 0.70 Hrs |
| 09/18/15 | BDB | Review debtors' monthly operating report;<br>B110 | 0.50 Hrs |
| 09/20/15 | BDB | Email with various committee professionals concerning steering committee's motion for new cash collateral order;<br>B230 | 1.30 Hrs |
| 09/21/15 | DDS | Had conference call with Morrison Foerster and with D.A.Smith and B.D.Bensinger to relay and discuss our research and analysis to date on perfection of mineral leases;<br>B110 | 0.50 Hrs |
| 09/21/15 | DDS | Exchanged correspondence with Morrison Foerster about a committee call this week;<br>B150 | 0.20 Hrs |
| 09/21/15 | DDS | Had conference with D.A.Smith, G.B.Mallette, and B.D.Bensinger to review and analyze results so far of research into first and second lien/leasehold perfection;<br>B110 | 0.50 Hrs |
| 09/21/15 | BDB | Review responses to discovery requests;<br>B110 | 0.80 Hrs |
| 09/22/15 | DDS | Phone call from Mike Bybee to respond to his inquiries - post committee call, as same impact Industrial Mining;<br>B110 | 0.20 Hrs |
| 09/22/15 | DDS | Had call with Lorenzo M. to advise him on local practices as regard upcoming hearing on Thursday;<br>B110 | 0.30 Hrs |
| 09/22/15 | DDS | Phone call to Chris Callies to discuss and determine dial-in procedures for hearing on Thursday;<br>B110 | 0.20 Hrs |

Exhibit A

020340   Official Commttee Unsecured          Invoice No. 87274                     Page 8  of 10
00001    Walter Energy, Inc.

| | | | |
|---|---|---|---|
| 09/22/15 | DDS | Prepared for and participated in Committee Professionals call to review and reach go-forward strategy on all recent events and pleadings;<br>B150 | 1.00 Hrs |
| 09/22/15 | DDS | Participated in full Committee conference call to advise on and discuss all pending issues, pleadings and events;<br>B150 | 1.00 Hrs |
| 09/22/15 | DDS | Phone call from Lee Benton, he seeking to determine if Committee will appeal Cash Collateral and RSA Order;<br>B110 | 0.20 Hrs |
| 09/22/15 | DDS | Prepared e-mail to Morrison Foerster to explain results of my call with P. Darby today;<br>B110 | 0.20 Hrs |
| 09/22/15 | BDB | Prepare for and attend committee conference call concerning steering committee's motion;<br>B130 | 1.00 Hrs |
| 09/22/15 | BDB | Work on finalizing retention applications for committee professionals and filing of same;<br>B110 | 1.40 Hrs |
| 09/22/15 | BDB | Review draft objection to steering committee motion;<br>B230 | 0.70 Hrs |
| 09/23/15 | DML | Organize and file Objection to Steering Committee Emergency Cash Collateral Motion;<br>B230 | 0.20 Hrs |
| 09/23/15 | DML | Prepare documents for hearing on 9.24.15;<br>B110 | 0.30 Hrs |
| 09/23/15 | BDB | Review objection of Dominion Partners;<br>B230 | 0.40 Hrs |
| 09/23/15 | BDB | Review objection of retiree committee;<br>B230 | 0.40 Hrs |
| 09/23/15 | BDB | Review final objection to steering committee motion and approve same for filing;<br>B230 | 0.40 Hrs |
| 09/23/15 | BDB | Review debtors' agenda for hearing on cash collateral motion;<br>B110 | 0.20 Hrs |
| 09/23/15 | BDB | Review debtors' professionals' fee applications;<br>B110 | 0.80 Hrs |
| 09/23/15 | BDB | Prepare for and attend hearing on steering committee's motion for cash collateral;<br>B230 | 2.80 Hrs |
| 09/24/15 | DDS | Received opinion letter of counsel to debtors as sent by Jay Bender;<br>B110 | 0.20 Hrs |
| 09/24/15 | DDS | Had conference with Lorenzo M. and B.D.Bensinger;<br>B110 | 0.10 Hrs |
| 09/24/15 | DDS | Review and revise strategy in light of hearings this morning;<br>B110 | 1.00 Hrs |
| 09/24/15 | DDS | Prepared briefly for and then represented Committee at emergency hearing on Lender's Final Motion for Consequential Use of Cash Collateral;<br>B230 | 1.90 Hrs |
| 09/24/15 | DDS | Participated in full committee conference call and advised committee as needed;<br>B150 | 0.70 Hrs |
| 09/24/15 | BDB | Prepare for and participate in conference call with committee concerning results of hearing;<br>B150 | 0.70 Hrs |
| 09/25/15 | DDS | Reviewed e-mail exchange between Lorenzo and debtor's counsel about straw man proposal to be expected;<br>B110 | 0.10 Hrs |
| 09/28/15 | DDS | Reviewed Amended Order on 30 days Consentual use of Cash Collateral;<br>B230 | 0.40 Hrs |
| 09/28/15 | DDS | Exchanged correspondence with Lorenzo M. about impact of new Order, and about next steps;<br>B230 | 0.20 Hrs |

| 020340 00001 | Official Commttee Unsecured Walter Energy, Inc. | Invoice No. 87274 | Page 9 of 10 |
|---|---|---|---|

| Date | Init | Description | Hours |
|---|---|---|---|
| 09/29/15 | BDB | Prepare for and attend hearing on application to employ special counsel for BP litigation; B110 | 0.60 Hrs |
| 09/29/15 | BDB | Prepare for and attend omnibus hearing; B110 | 2.20 Hrs |
| 09/30/15 | DDS | Reviewed and analyzed impact on creditors for newly filed Application to Employ Segal Company (Eastern States), Inc. on behalf of Itself and Its Affiliates as Actuarial Consultant for the Committee of Retired Employees, and reviewed Declaration in support of same; B110 | 0.40 Hrs |
| 09/30/15 | DDS | Reviewed and reacted to Notice and Opportunity for Hearing on Application for an Order Authorizing the Employment and Retention of the Segal Company; B110 | 0.10 Hrs |
| 09/30/15 | DDS | Reviewed newly received Agenda for upcoming Committee call scheduled for tomorrow; B130 | 0.10 Hrs |
| 09/30/15 | DDS | Reviewed Appellee Designation of Contents for Inclusion in Record of Appeal, regarding Notice of Appeal filed by Dominion Resources Black Warrior Trust, and reviewed Debtors' Designation of Additional Items to be Included in the Record on Appeal as filed by Walter Energy; B110 | 0.20 Hrs |
| 09/30/15 | DDS | Reviewed Stipulation and Order Permitting The Ace Companies to File a Consolidated Proof of Claim Under a Single Case Number, as signed on 9/30/2015; B110 | 0.10 Hrs |
| 09/30/15 | DDS | Reviewed and analyzed Notice of Statement of Payments to Ordinary Course Professionals as filed by Debtor - Walter Energy, Inc.; B110 | 0.10 Hrs |
| 09/30/15 | DDS | Reviewed Order Authorizing the Retention and Employment of Cunningham Bounds, LLC and Maynard, Cooper & Gale, P.C. as Special Counsel for the Debtors to Pursue Claims Arising Out of The Deepwater Horizon Oil Spill; B110 | 0.20 Hrs |
| 09/30/15 | BDB | Review retiree committee's application to employ consultant; B170 | 0.20 Hrs |
| 09/30/15 | BDB | Telephone call with creditor concerning filing proof of claim; B110 | 0.40 Hrs |

**TOTAL PROFESSIONAL SERVICES** **$65,980.00**

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 09/03/15 | TYLER EATON MORGAN NICHOLS & PROTCHETT; Payment of Invoice No. 217543, dated 9/1/15 for deposition transcript of Matthew Mazzachi, job date 8/31/15 | 1,103.15 |
| 09/08/15 | ZOE'S KITCHEN; Lunch during 8/31/15 deposition preparation | 94.35 |
| 09/09/15 | BILL D. BENSINGER; Dinner 8/31/15 with Morrison Foerster, BRG Capstone, Houlihan Lokey and Daniel D. Sparks | 177.32 |
| 09/09/15 | BILL D. BENSINGER; Dinner 9/2/15 with Morrison Foerster, BRG Capstone, Houlihan Lokey and Daniel D. Sparks | 237.59 |
| 09/10/15 | J&J COURT TRANSCRIBERS, INC.; Payment of Invoice No. 2015-01957, dated 9/8/15 for transcript of hearing on 9/2/15 and 9/3/15 | 514.80 |
| 09/16/15 | J&J COURT TRANSCRIBERS, INC.; Payment of Invoice No. 2015-02018, dated 9/14/15 for 9/11/15 hearing transcript | 10.80 |
| 09/17/15 | Access of Court Documents via PACER August 2015 by Dana Lindsey | 3.00 |
| 09/17/15 | Access of Court Documents via PACER August 2015 by Dana Lindsey | 22.40 |
| 09/30/15 | Long distance expenses | 3.50 |
| 09/30/15 | Copying expenses | 2,370.72 |

**TOTAL DISBURSEMENTS** **$4,537.63**

| 020340 | Official Commttee Unsecured | Invoice No. 87274 | Page 10 of 10 |
| 00001 | Walter Energy, Inc. | | |

## TIMEKEEPER SUMMARY

| | | | |
|---|---|---|---|
| Bensinger, Bill D. | 86.30 Hrs | 450.00 | $38,835.00 |
| Smith, Deborah A. | 3.00 Hrs | 450.00 | $1,350.00 |
| Sparks, Daniel D. | 50.70 Hrs | 450.00 | $22,815.00 |
| Lindsey, Dana M. | 5.50 Hrs | 135.00 | $742.50 |
| Mallette, Greer B. | 2.90 Hrs | 375.00 | $1,087.50 |
| Thuston, William L. | 2.50 Hrs | 325.00 | $812.50 |
| Lamp, Wanda S. | 2.50 Hrs | 135.00 | $337.50 |

## INVOICE SUMMARY

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $65,980.00 |
| TOTAL DISBURSEMENTS | $4,537.63 |
| **TOTAL CHARGES FOR THIS INVOICE** | **$70,517.63** |
| PLUS NET BALANCE FORWARD | $42,325.64 |
| **TOTAL BALANCE NOW DUE** | **$112,843.27** |

For credit card payment, complete and return this page to Christian & Small

VISA    AM EXPRESS    MASTERCARD    DISCOVER

Card # _____

Exp. _____ Security Code _____ Amount $ _____

Signature _____

# Christian & Small

## ATTORNEYS AND COUNSELORS

505 20th Street North, Suite 1800
Birmingham, AL 35203-2696
Telephone 205.795.6588   Facsimile 205.328.7234

Federal Tax ID #63-1254348

Bill D. Bensinger
Official Committee of Unsecured Creditors
c/o Christian & Small
505 20th Street North, Suite 1800
Birmingham, AL  35203

Invoice Date 10/26/2015
Invoice Number 87275
Our File No. 020340-00002

BDB

**Lien Investigation (Walter Energy)**

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description | Hours |
|---|---|---|---|
| 09/09/15 | BDB | Telephone call with Morrison Foerster attorneys concerning lien investigation; <br> B110 | 0.40 Hrs |
| 09/10/15 | DAS | Legal research and analysis of whether a mineral lease constitutes an interest in property under Alabama law; <br> B110 | 4.50 Hrs |
| 09/10/15 | DDS | Met with G.B.Mallette and B.D.Bensinger to discuss and assign preparation of letters requesting all documents of perfection from Steering Committee and Debtor too; <br> B110 | 0.40 Hrs |
| 09/10/15 | DDS | Met with D.A.Smith and B.D.Bensinger to assign and explain lien perfection issues research that must be conducted quickly; <br> B110 | 0.40 Hrs |
| 09/10/15 | BDB | Meeting concerning lien investigation and research for same; <br> B110 | 0.40 Hrs |
| 09/11/15 | DAS | Continued research and analysis of nuances of Alabama law regarding whether a mineral lease is an interest in real property; <br> B110 | 2.00 Hrs |
| 09/11/15 | BDB | Review leases and lien documents as part of lien investigation; <br> B110 | 3.80 Hrs |
| 09/13/15 | DAS | Legal research regarding whether a mortgage of a mineral lease is an interest in property under Alabama law; <br> B110 | 4.00 Hrs |
| 09/14/15 | DAS | Legal research and analysis regarding effect of violation of lease restriction on rights of third party; <br> B110 | 7.40 Hrs |
| 09/14/15 | BDB | Work on lien investigation including review of leases and mortgages; <br> B110 | 3.10 Hrs |
| 09/15/15 | DAS | Continued research and analysis of effect  of violation of lease alienation restriction would have on rights of third parties; <br> B110 | 7.50 Hrs |
| 09/15/15 | BDB | Telephone call with Morrison Foerster attorneys concerning discovery issues for lien investigation; <br> B110 | 0.30 Hrs |
| 09/16/15 | DAS | Research and analysis of landlord's option to void lease if transfer is made in violation of prohibition; <br> B110 | 4.50 Hrs |

| 09/16/15 | BDB | Work on lien investigation by reviewing leases, consents by lessors, and mortgage documents;<br>B110 | 3.60 Hrs |
| 09/17/15 | BDB | Work on lien investigation by reviewing leases and debtors' ability to mortgage same;<br>B110 | 2.40 Hrs |
| 09/17/15 | BDB | Review law on mortgagability of leases that include a restriction on assignment;<br>B110 | 2.00 Hrs |
| 09/18/15 | BDB | Review leases as part of lien investigation;<br>B110 | 2.00 Hrs |
| 09/20/15 | BDB | Meeting concerning status of legal research on validity of leasehold mortgages;<br>B110 | 0.50 Hrs |
| 09/21/15 | DAS | Conference call with committee counsel regarding research status and discovery issues;<br>B110 | 0.50 Hrs |
| 09/21/15 | DAS | Continued research and analysis regarding mechanisms for challenging secured status of leasehold mortgages;<br>B110 | 7.40 Hrs |
| 09/21/15 | DAS | Analyze and report research results to D.Sparks and B.Bensinger;<br>B110 | 0.50 Hrs |
| 09/21/15 | GBM | Research regarding applicable law to perfection of leasehold mortgage in mineral lease, restraints on same, and necessity for owner consent when lease is silent and when lease requires it, whether void or voidable;<br>B110 | 2.40 Hrs |
| 09/21/15 | BDB | Work on lien investigation by reviewing leases;<br>B110 | 2.00 Hrs |
| 09/22/15 | DAS | Telephone conference with Samantha Martin regarding research on perfection questions and discovery issues;<br>B110 | 0.30 Hrs |
| 09/22/15 | DAS | Telephone conference with Samantha Martin regarding research on perfection of mortgage interest in mineral lease;<br>B110 | 0.20 Hrs |
| 09/22/15 | DAS | Legal research regarding West Virginia law on anti-alienations provisions in a lease;<br>B110 | 2.50 Hrs |
| 09/22/15 | DAS | Research regarding whether a mortgage is a title interest under West Virginia law;<br>B110 | 2.00 Hrs |
| 09/22/15 | DDS | Met with D.A.Smith to review impact on our efforts to date and in future due to lenders new admission that it does not have lien in all coal leases;<br>B110 | 0.30 Hrs |
| 09/22/15 | DDS | Had phone call with Patrick Darby to request copy of opinion letters of counsel on the leasehold perfection issues;<br>B110 | 0.20 Hrs |
| 09/22/15 | BDB | Review real property schedules as part of lien investigation;<br>B110 | 0.50 Hrs |
| 09/23/15 | DAS | Legal research and analysis of Alabama law regarding conditions precedent in leases;<br>B110 | 3.50 Hrs |
| 09/24/15 | DAS | Research West Virginia law regarding perfection of mortgages on leases/<br>B110 | 4.50 Hrs |
| 09/24/15 | DDS | Advised full committee of results to far into lease/lien investigation;<br>B110 | 0.20 Hrs |
| 09/24/15 | BDB | Work on lien investigation by reviewing leases, reviewing opinion letter concerning steering committee's liens, and reviewing debtors' security documents;<br>B110 | 3.60 Hrs |
| 09/28/15 | DAS | Legal research regarding West Virginia law on assignment of leases and anti-alienation provisions;<br>B110 | 5.50 Hrs |
| 09/29/15 | BDB | Review leases and mortgages as part of lien investigation;<br>B110 | 2.70 Hrs |

| 020340<br>00002 | Official Commttee Unsecured<br>Lien Investigation | Invoice No.  87275 | Page  3    of   3 |
| --- | --- | --- | --- |

| 09/29/15 | BDB | Participate in committee professionals call;<br>    B110 | 0.60 Hrs |
| 09/30/15 | BDB | Review leases as part of lien investigation;<br>    B110 | 3.00 Hrs |
| 09/30/15 | BDB | Telephone call with counsel concerning arranging time to meet concerning leases and schedule of same;<br>    B110 | 0.30 Hrs |

**TOTAL PROFESSIONAL SERVICES**          **$41,175.00**

## TIMEKEEPER SUMMARY

| | | | |
| --- | --- | --- | --- |
| Bensinger, Bill D. | 31.20 Hrs | 450.00 | $14,040.00 |
| Smith, Deborah A. | 56.80 Hrs | 450.00 | $25,560.00 |
| Sparks, Daniel D. | 1.50 Hrs | 450.00 | $675.00 |
| Mallette, Greer B. | 2.40 Hrs | 375.00 | $900.00 |

## INVOICE SUMMARY

| | |
| --- | --- |
| TOTAL PROFESSIONAL SERVICES | $41,175.00 |
| TOTAL DISBURSEMENTS | $0.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | **$41,175.00** |
| PLUS NET BALANCE FORWARD | $0.00 |
| **TOTAL BALANCE NOW DUE** | **$41,175.00** |

For credit card payment, complete and return this page to Christian & Small

   VISA     AM EXPRESS     MASTERCARD     DISCOVER

Card # _____

Exp. _____ Security Code _____ Amount $ _____

Signature _____

# Christian & Small

## ATTORNEYS AND COUNSELORS

505 20th Street North, Suite 1800
Birmingham, AL 35203-2696
Telephone 205.795.6588   Facsimile 205.328.7234

Federal Tax ID #63-1254348

Bill D. Bensinger
Official Committee of Unsecured Creditors
c/o Christian & Small
505 20th Street North, Suite 1800
Birmingham, AL  35203

Invoice Date  11/20/2015
Invoice Number  87634
Our File No.  020340-00001

BDB

**Walter Energy, Inc.**

**PROFESSIONAL SERVICES RENDERED**

| | | | |
|---|---|---|---|
| 10/01/15 | DDS | Participated in weekly Committee update call and provided information and advice as needed;<br>B150 | 0.40 Hrs |
| 10/01/15 | BDB | Prepare for and participate in committee conference call;<br>B150 | 0.40 Hrs |
| 10/02/15 | DDS | Reviewed debtor's Application to Employ Keightley & Ashner as special Pension Benefits Counsel for debtors;<br>B160 | 0.20 Hrs |
| 10/02/15 | DDS | Reviewed debtor's Motion to Reject Dominion Trust's lease agreement;<br>B190 | 0.30 Hrs |
| 10/02/15 | DDS | Reviewed new Order scheduling omnibus hearing dates, and reacted accordingly;<br>B190 | 0.20 Hrs |
| 10/02/15 | BDB | Review Morgan Stanley responses to discovery objections;<br>B190 | 1.00 Hrs |
| 10/07/15 | DDS | Had call with Lee Benton to determine his intentions in regard to the Debtor's Motion to Reject Dominion Trust Lease;<br>B190 | 0.30 Hrs |
| 10/07/15 | DDS | Reviewed Debtor's Motion to Extend Time for Removal Period for Civil Actions;<br>B190 | 0.20 Hrs |
| 10/07/15 | DDS | Reviewed and analyzed Debtor's Motion to Extend Time to Assume or Reject Leases under Section 365;<br>B190 | 0.30 Hrs |
| 10/08/15 | DDS | Reviewed Lee Benton's Motion to Withdraw as Counsel for Dominion, etc.;<br>B190 | 0.10 Hrs |
| 10/08/15 | DDS | Exchanged correspondence with L. Marinuzzi - privileged - in regard to Motions to Reject or Assume, and other issues;<br>B190 | 0.30 Hrs |
| 10/08/15 | DDS | Reviewed and worked on prebill edits for Christian & Small fees and expenses;<br>B160 | 0.30 Hrs |
| 10/09/15 | DDS | Reviewed and analyzed Sale Term Sheet which provides virtually little recovery for creditors other than first lien lenders, including all initial intra-committee professional correspondence about same;<br>B110 | 0.40 Hrs |
| 10/12/15 | DDS | Reviewed Notice of appeal as filed by Benton over the Cash Collateral Order;<br>B190 | 0.20 Hrs |

| 020340 | Official Commttee Unsecured | Invoice No. 87634 | Page 2 of 6 |
|---|---|---|---|
| 00001 | Walter Energy, Inc. | | |

| | | | |
|---|---|---|---|
| 10/12/15 | DDS | Had correspondence with Lee Benton to verify that he still withdraw as counsel to Appellants;<br>B190 | 0.20 Hrs |
| 10/13/15 | DDS | Reviewed for accuracy the court's notice of Service of Notice of Appeal;<br>B190 | 0.20 Hrs |
| 10/13/15 | DDS | Reviewed Order Granting Joint Motion to Withdraw as Counsel for Dominion;<br>B190 | 0.10 Hrs |
| 10/13/15 | DDS | Reviewed draft of Term Sheet to be sent by UCC to Akin Gump;<br>B110 | 0.30 Hrs |
| 10/13/15 | DDS | Reviewed Notice of Appeal draft to be sure it is sufficient, and replied to co-counsel;<br>B190 | 0.20 Hrs |
| 10/13/15 | DML | Organize and file Notice of Appeal of the Official Committee of Unsecured Creditors to the Amended Final Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties and (C) Granting Related Relief;<br>B190 | 0.20 Hrs |
| 10/13/15 | BDB | Review notice of appeal and provide comments to same;<br>B190 | 0.30 Hrs |
| 10/14/15 | BDB | Review newly filed motion for relief from stay;<br>B140 | 0.30 Hrs |
| 10/15/15 | DDS | Participated in full Committee conference call;<br>B150 | 0.60 Hrs |
| 10/15/15 | BDB | Prepare for and participate in committee call;<br>B150 | 0.60 Hrs |
| 10/15/15 | BDB | Review additional documents received from Alex Lawrence concerning debtors' responses to interrogatories;<br>B190 | 1.40 Hrs |
| 10/16/15 | BDB | Work on issues concerning appeal;<br>B190 | 0.40 Hrs |
| 10/19/15 | DDS | Phone call from counsel for Bessemer Housing Authority in regard to certain notices that she has received from debtors;<br>B150 | 0.20 Hrs |
| 10/20/15 | DDS | Reviewed Debtor's Statement of Agenda for hearings on October 21, 2015;<br>B190 | 0.10 Hrs |
| 10/20/15 | DDS | Reviewed Debtor's Motion to Extend Exclusivity Period to File Plan;<br>B190 | 0.20 Hrs |
| 10/20/15 | DDS | Reviewed Objection filed to debtor's Motion to Extend Time to Assume or Reject Leases;<br>B190 | 0.10 Hrs |
| 10/20/15 | DDS | Participated in Walter Professionals Committee call;<br>B150 | 0.50 Hrs |
| 10/20/15 | DDS | Phone call with Bill Bensinger to coordinate tasks in light of conclusions in Committee Professionals call held earlier today;<br>B150 | 0.30 Hrs |
| 10/20/15 | DDS | Reviewed and analyzed draft of debtor's proposed Claims Procedures Motion and Order, and had call with James Newton to go over my comments to same;<br>B310 | 0.80 Hrs |
| 10/20/15 | BDB | Participate in committee professionals call;<br>B150 | 0.50 Hrs |
| 10/21/15 | DDS | Reviewed final as-signed Orders of the Court Authorizing Employment of Christian & Small, Morrison Foerster, and BRG;<br>B160 | 0.20 Hrs |
| 10/21/15 | DDS | Wrote to Peter Chadwick of BRG to send him his signed Order of Employment for BRG;<br>B160 | 0.20 Hrs |
| 10/21/15 | DDS | Reviewed Correspondence from Morrison Foerster to the full Committee about possible one-week extension of Challenge deadline;<br>B150 | 0.20 Hrs |

| 020340<br>00001 | Official Commttee Unsecured<br>Walter Energy, Inc. | Invoice No. 87634 | Page 3 of 6 |
|---|---|---|---|

| Date | Init | Description | Hours |
|---|---|---|---|
| 10/21/15 | DDS | Reviewed CourtCall registry of those who appeared by phone at today's hearing;<br>B190 | 0.20 Hrs |
| 10/21/15 | DDS | Reviewed redline draft of new Order addressing the debtor's concerns;<br>B190 | 0.20 Hrs |
| 10/21/15 | DDS | Reviewed Debtor's Objection to BRG Retention;<br>B160 | 0.20 Hrs |
| 10/21/15 | DDS | Reviewed court's docket and all applications briefly to prepare for hearings on same this morning;<br>B160 | 0.50 Hrs |
| 10/21/15 | DDS | Phone call to James Newton at Morrison Foerster to discuss terms of BRG Order;<br>B150 | 0.20 Hrs |
| 10/21/15 | DDS | Had orders uploaded on Orders Box per Chris Callies' instructions;<br>B110 | 0.20 Hrs |
| 10/21/15 | DDS | Represented UCC in Court for hearings on 5 employment Applications;<br>B160 | 0.70 Hrs |
| 10/21/15 | DDS | Reviewed and analyzed multi-party e-mail exchange between BRG and Morrison Foerster about term sheet for U.C.C. to present to First Lien Lenders for plan support purposes; Plan and disclosure statement (including business plan)<br>B320 | 0.30 Hrs |
| 10/21/15 | DDS | Reviewed and analyzed Motion for Relief From Stay and Amended Motion for Relief From Stay as filed by Industrial Mining Supply;<br>B140 | 0.20 Hrs |
| 10/21/15 | BDB | Review debtors' monthly operating report;<br>B110 | 0.40 Hrs |
| 10/21/15 | BDB | Review claims objection motion;<br>B310 | 0.40 Hrs |
| 10/21/15 | BDB | Review motion to extend exclusivity;<br>B190 | 0.30 Hrs |
| 10/22/15 | DDS | Reviewed multi-party correspondence by e-mail about term sheet issue; Plan and disclosure statement (including business plan)<br>B320 | 0.40 Hrs |
| 10/22/15 | DDS | Reviewed and analyzed initial draft of Term Sheet Response to be sent to lender's counsel; Plan and disclosure statement (including business plan)<br>B320 | 0.30 Hrs |
| 10/22/15 | BDB | Review draft term sheet and various comments to same; Plan and disclosure statement (including business plan)<br>B320 | 1.30 Hrs |
| 10/22/15 | BDB | Prepare for and participate in committee call;<br>B150 | 1.00 Hrs |
| 10/23/15 | DDS | Reviewed additional comments from the Steelworkers and UMWA to be included in proposed term sheet; Plan and disclosure statement (including business plan)<br>B320 | 0.30 Hrs |
| 10/23/15 | BDB | Review various applications for compensation filed by professionals;<br>B170 | 1.00 Hrs |
| 10/23/15 | BDB | Review revised draft term sheet; Plan and disclosure statement (including business plan)<br>B320 | 1.10 Hrs |
| 10/26/15 | DDS | Phone call to Chris Callies to discuss mechanics and filing and getting Order entered on Motion to Extend Appellate Deadlines;<br>B110 | 0.40 Hrs |
| 10/26/15 | DDS | Had 2 calls with James Newton at Morrison Foerster to discuss local practices as far as comments by debtors to draft of Motion to Extend Appeal Deadlines;<br>B150 | 0.30 Hrs |
| 10/26/15 | DDS | Reviewed and provided comments to draft of Joint Motion to Extend Appellate Deadlines in regard to the UCC's and Dominion Trust's Cash Collateral Order Appeal;<br>B110 | 0.50 Hrs |

020340
00001

Official Commttee Unsecured
Walter Energy, Inc.

Invoice No. 87634

Page 4 of 6

| 10/26/15 | DDS | Reviewed multi-party e-mail chain and analyzed comments and requested edits of various parties to the draft motion and order on appellate deadlines;<br>B190 | 0.30 Hrs |
| 10/26/15 | BDB | Forward order concerning motion to extend deadline to file appeal;<br>B110 | 0.20 Hrs |
| 10/26/15 | BDB | Review motion to extend deadline to file appeal and approve same for filing;<br>B110 | 0.50 Hrs |
| 10/27/15 | DDS | Reviewed Final Order Authorizing Retention of the Segal Company as Actuarial Consultant to Retierees Committee;<br>B170 | 0.10 Hrs |
| 10/27/15 | DDS | Reviewed and analyzed new Term Sheet in final form as sent by the UCC to the First Lien Steering Committee; Plan and disclosure statement (including business plan)<br>B320 | 0.30 Hrs |
| 10/27/15 | DDS | Phone call from a mineral lessor seeking information on treatment under the contemplated Plan or otherwise;<br>B150 | 0.30 Hrs |
| 10/27/15 | DDS | Phone call from Lee Benton to discuss his theory for a possible action in regard to Walter pre-petition extraction of minerals;<br>B190 | 0.20 Hrs |
| 10/27/15 | DDS | Reviewed Debtor's Agenda for Hearings on 10/28/15;<br>B110 | 0.10 Hrs |
| 10/27/15 | BDB | Prepare for and participate in weekly committee professionals call;<br>B150 | 0.60 Hrs |
| 10/27/15 | BDB | Review revised term sheet; Plan and disclosure statement (including business plan)<br>B320 | 0.30 Hrs |
| 10/27/15 | BDB | Review debtors' amended schedules;<br>B110 | 0.50 Hrs |
| 10/28/15 | BDB | Prepare for and participate in omnibus hearing on various motions;<br>B190 | 0.60 Hrs |
| 10/28/15 | DDS | Reviewed final as-filed stipulation between UCC and the Debtors and leaders extending the challenge period;<br>B190 | 0.10 Hrs |
| 10/28/15 | DDS | Represented client at hearings on Motion to Extend Removal Period and Motion to Extend Time to Assume/Reject Leases;<br>B190 | 0.50 Hrs |
| 10/28/15 | DDS | Reviewed Court Call appearance sheet to determine who appeared at hearings today;<br>B110 | 0.10 Hrs |
| 10/28/15 | DDS | Reviewed final executed orders entered today granting the motions heard today;<br>B110 | 0.20 Hrs |
| 10/28/15 | DML | Organize and File Official Committee of Unsecured Creditors' Statement and Reservation of Rights with Respect to the Debtors' Bidding Procedures Motion;<br>B190 | 0.10 Hrs |
| 10/28/15 | DML | Communications with Samantha Martin regarding status of Committee's reservation of rights statement;<br>B110 | 0.10 Hrs |
| 10/28/15 | DML | Organize and file Joint Stipulation to Extend Challenge Period;<br>B190 | 0.10 Hrs |
| 10/28/15 | DML | Organize and file Joint Stipulation to Extend Challenging Period;<br>B190 | 0.10 Hrs |
| 10/28/15 | BDB | Draft first and second fee applications;<br>B160 | 2.80 Hrs |
| 10/28/15 | BDB | Draft stipulation to extend challenge deadline and approve same for filing;<br>B110 | 0.50 Hrs |

| 10/29/15 | DDS | Participated in full Committee conference call;<br>B150 | 0.50 Hrs |
| 10/29/15 | BDB | Prepare and finalize first and second fee applications;<br>B160 | 2.40 Hrs |
| 10/29/15 | BDB | Prepare for and participate in call with committee;<br>B150 | 0.50 Hrs |
| 10/29/15 | BDB | Review adequate protection stipulation with Cat Finance;<br>B190 | 0.30 Hrs |

**TOTAL PROFESSIONAL SERVICES**        **$15,741.00**

## DISBURSEMENTS

| 10/06/15 | J&J COURT TRANSCRIBERS, INC.; Payment of Invoice No. 2015-02217, dated 10/2/15 for transcript of Walter Energy 9/24/15 hearing | 45.90 |
| 10/06/15 | WALL STREET DELI, INC.; Lunch during 9/1/15 depositions of Scheller & Zelin | 289.88 |
| 10/14/15 | BIRMINGHAM PARKING AUTHORITY; Parking Deck #5 Validation on 09/01/15 | 12.00 |
| 10/14/15 | BIRMINGHAM PARKING AUTHORITY; Parking Deck #5 Validation on 09/01/15 | -12.00 |
| 10/14/15 | BIRMINGHAM PARKING AUTHORITY; Parking Deck #5 Validation on 09/01/15 | 12.00 |
| 10/23/15 | Computer research using Lexis Nexis in September 2015 by Bill D. Bensinger | 176.00 |
| 10/23/15 | Computer research using Lexis Nexis in September 2015 by Greer B. Mallette | 505.34 |
| 10/23/15 | Computer research using Lexis Nexis in September 2015 by Deborah A. Smith | 625.44 |
| 10/23/15 | Access of Court Documents via PACER in September 2015 by Dana Lindsey | 11.90 |
| 10/29/15 | CARD SERVICES; US Bankruptcy Court Notice of Appeal filing fee 10/13/15 | 298.00 |
| 10/31/15 | Long distance expenses | 1.10 |
| 10/31/15 | Copying expenses | 268.08 |

**TOTAL DISBURSEMENTS**        **$2,233.64**

## TIMEKEEPER SUMMARY

| Bensinger, Bill D. | 19.60 Hrs | 450.00 | $8,820.00 |
| Sparks, Daniel D. | 15.20 Hrs | 450.00 | $6,840.00 |
| Lindsey, Dana M. | 0.60 Hrs | 135.00 | $81.00 |

## INVOICE SUMMARY

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $15,741.00 |
| TOTAL DISBURSEMENTS | $2,233.64 |
| **TOTAL CHARGES FOR THIS INVOICE** | **$17,974.64** |
| PLUS NET BALANCE FORWARD | $21,356.30 |
| **TOTAL BALANCE NOW DUE** | **$39,330.94** |

For credit card payment, complete and return this page to Christian & Small

     VISA      AM EXPRESS       MASTERCARD       DISCOVER

Card # _____

Exp. _____ Security Code _____ Amount $ _____

Signature _____

# Christian & Small

## ATTORNEYS AND COUNSELORS

505 20th Street North, Suite 1800
Birmingham, AL 35203-2696
Telephone 205.795.6588   Facsimile 205.328.7234

Federal Tax ID #63-1254348

Bill D. Bensinger
Official Committee of Unsecured Creditors
c/o Christian & Small
505 20th Street North, Suite 1800
Birmingham, AL  35203

Invoice Date  11/20/2015
Invoice Number  87635
Our File No.  020340-00002

BDB

**Lien Investigation (Walter Energy)**

**PROFESSIONAL SERVICES RENDERED**

| | | | |
|---|---|---|---|
| 09/10/15 | GBM | Conference with Daniel D. Sparks and Bill Bensinger regarding letter for document production and research issues involving perfection of mineral interest under leases and assignability / alienation of leases;<br>B110 | 0.30 Hrs |
| 09/10/15 | GBM | Prepare two separate draft letters for production of documents from secured creditors and debtors with respect to leases; brief research on operating agreements including debtor, and requests for documents regarding same;<br>B110 | 2.20 Hrs |
| 10/01/15 | BDB | Lien investigation review of leases and mortgages;<br>B110 | 4.30 Hrs |
| 10/02/15 | BDB | Review new documents added to data room concerning leases and liens;<br>B110 | 5.60 Hrs |
| 10/07/15 | BDB | Meeting with counsel for debtor concerning lien investigation and leases;<br>B110 | 1.60 Hrs |
| 10/07/15 | BDB | Prepare for and participate in omnibus hearing;<br>B110 | 1.10 Hrs |
| 10/07/15 | BDB | Work on lien investigation;<br>B110 | 1.90 Hrs |
| 10/07/15 | BDB | Review documents in preparation for meeting;<br>B110 | 1.00 Hrs |
| 10/08/15 | BDB | Work on chart establishing leases and owned properties subject to mortgage and those that are not;<br>B110 | 2.10 Hrs |
| 10/08/15 | BDB | Conduct lien investigation by reviewing leases and mortgages;<br>B110 | 3.30 Hrs |
| 10/12/15 | BDB | Conduct lien investigation by reviewing leases and county tax records and maps to determine continuity of mortgaged properties;<br>B110 | 3.30 Hrs |
| 10/13/15 | BDB | Work on lien investigation concerning leased and owned properties by reviewing and comparing mortgages and leases;<br>B110 | 3.60 Hrs |
| 10/13/15 | BDB | Review additional documents added to data room concerning lien investigation;<br>B110 | 0.90 Hrs |

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 10/13/15 | BDB | Research and draft memo concerning same;<br>B110 | 1.40 Hrs |
| 10/14/15 | BDB | Draft memorandum concerning same;<br>B110 | 2.00 Hrs |
| 10/14/15 | BDB | Research issues concerning first lien perfection in leases;<br>B110 | 2.30 Hrs |
| 10/15/15 | BDB | Research issues concerning lender's interest in leaseholds and validity of mortgages on same;<br>B110 | 2.20 Hrs |
| 10/16/15 | BDB | Compare and review leased property lands under mortgage against total leased lands to determine what portion of leased properties are subject to mortgage;<br>B110 | 3.30 Hrs |
| 10/19/15 | BDB | Research and draft memorandum concerning lien investigation;<br>B110 | 1.80 Hrs |
| 10/20/15 | DAS | Telephone conference with Samantha Martin regarding legal research on challenging mortgages on mineral leases;<br>B110 | 0.30 Hrs |
| 10/20/15 | DAS | Legal research regarding policy arguments supporting contention that mortgages are invalid because consent of landowner was not obtained;<br>B110 | 2.80 Hrs |
| 10/21/15 | DAS | Continued research regarding potential policy arguments;<br>B110 | 3.00 Hrs |
| 10/21/15 | BDB | Finalize retention orders and submit same to court;<br>B110 | 0.30 Hrs |
| 10/21/15 | BDB | Review documents produced by Morgan Stanley as part of lien investigation;<br>B110 | 2.20 Hrs |
| 10/21/15 | BDB | Prepare for and attend omnibus hearing on employment applications;<br>B110 | 0.80 Hrs |
| 10/22/15 | BDB | Draft memorandum concerning lien investigation and review additional research concerning same;<br>B110 | 1.70 Hrs |
| 10/23/15 | BDB | Work on issues concerning complaint challenging validity of mortgages;<br>B110 | 2.20 Hrs |
| 10/23/15 | BDB | Telephone call with Samantha Martin concerning lien investigation;<br>B110 | 0.40 Hrs |
| 10/23/15 | BDB | Review additional research provided by Samantha Martin concerning validity of leasehold mortgages;<br>B110 | 0.70 Hrs |
| 10/23/15 | BDB | Work on schedule of leases subject to mortgage;<br>B110 | 0.40 Hrs |
| 10/23/15 | BDB | Incorporate same into lien investigation memo;<br>B110 | 1.30 Hrs |
| 10/26/15 | BDB | Work on issues concerning quantifying leased assets under mortgage;<br>B110 | 1.50 Hrs |
| 10/26/15 | BDB | Telephone call with Samantha Martin concerning lien investigation;<br>B110 | 0.40 Hrs |
| 10/27/15 | BDB | Telephone call with Samantha Martin and Joe Vizzini concerning draft of complaint to challenge liens;<br>B110 | 0.30 Hrs |
| 10/27/15 | BDB | Review draft of Complaint;<br>B110 | 0.50 Hrs |
| 10/27/15 | BDB | Work on lien investigation by reviewing debtors leases and researching issues related to lender's perfection of mortgage interests in same;<br>B110 | 4.10 Hrs |

| | | | |
|---|---|---|---|
| 10/28/15 | BDB | Work on additional lien investigation issues concerning determining acreage under lease and subject to mortgage;<br>B110 | 2.10 Hrs |
| 10/28/15 | BDB | Review revised complaint and work on preparing same for filing;<br>B110 | 1.00 Hrs |
| 10/29/15 | BDB | Work on lien investigation concerning issues of valuation of leased coal interest that are not subject to mortgage;<br>B110 | 1.60 Hrs |
| 10/30/15 | GBM | Conference with Ben Bensinger re: review of lease descriptions to determine actual acreage subject to mortgage(s);<br>B110 | 0.20 Hrs |
| 10/30/15 | BDB | Telephone call with Samantha Martin concerning decision to compute total acres under lease and work on strategy for determining same;<br>B110 | 0.40 Hrs |
| 10/30/15 | BDB | Begin review of leases and property descriptions to calculate acreage of each lease;<br>B110 | 5.50 Hrs |
| 10/30/15 | BDB | Meeting with Dan Sparks and Greer Mallette concerning dividing responsibility to review leases for acreage;<br>B110 | 0.40 Hrs |

### TOTAL PROFESSIONAL SERVICES                              $35,032.50

**DISBURSEMENTS**

| | | |
|---|---|---|
| 10/23/15 | Computer research using Lexis Nexis in September 2015 by Deborah A. Smith | 25.23 |
| 10/23/15 | Computer research using Lexis Nexis in September 2015 by Greer B. Mallette | 99.99 |
| 10/31/15 | Long distance expenses | 1.60 |

### TOTAL DISBURSEMENTS                              $126.82

**TIMEKEEPER SUMMARY**

| | | | |
|---|---|---|---|
| Bensinger, Bill D. | 69.50 Hrs | 450.00 | $31,275.00 |
| Smith, Deborah A. | 6.10 Hrs | 450.00 | $2,745.00 |
| Mallette, Greer B. | 2.70 Hrs | 375.00 | $1,012.50 |

**INVOICE SUMMARY**

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $35,032.50 |
| TOTAL DISBURSEMENTS | $126.82 |
| **TOTAL CHARGES FOR THIS INVOICE** | **$35,159.32** |
| PLUS NET BALANCE FORWARD | $8,235.00 |
| **TOTAL BALANCE NOW DUE** | **$43,394.32** |

For credit card payment, complete and return this page to Christian & Small

VISA       AM EXPRESS        MASTERCARD        DISCOVER

Card # _____

Exp. _____ Security Code _____ Amount $ _____

Signature _____

# <u>Exhibit B</u>

Verification of Bill D. Bensinger

[020340-00001/988765/1]

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

In re:

WALTER ENERGY, INC., et al.,

Debtors

)
)  Chapter 11
)
)  Case No. 15-02741-TOM11
)
)  (Jointly Administered)
)

## VERIFICATION

I, Bill D. Bensinger, after being duly sworn according to law, deposes and says:

1.  I am a Partner with the applicant firm, Christian & Small, LLP.

2.  I am familiar with the work performed on behalf of the Official Committee of Unsecured Creditors of Walter Energy, Inc., *et al.*, by Christian & Small, LLP.

3.  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

Dated: December 15, 2015
Birmingham, Alabama

_____
Bill D. Bensinger
Partner, Christian & Small, LLP

Notary:

Sworn to and subscribed before me on this the 15th day of December, 2015.

_____
Notary Public

[020340-00001/988765/1]