# <u>Exhibit B</u>

**(Invoice)**

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                        Page   4

05134-0093    James Chaney, Estate of / MSHA

| | | | |
|---|---|---|---|
| 11/02/15 | J. Lamar | 0.20 | Strategy regarding Chaney mediation. |
| 11/02/15 | D. Smith | 0.60 | Correspondence with James Bailey regarding mediation strategy and ███████████ (.3); telephone call with Guy Hensley regarding the strategy ███████████ (.3). |
| 11/03/15 | D. Smith | 1.30 | Prepare for conference call with bankruptcy counsel regarding mediation authority (.3); conference call with bankruptcy counsel regarding mediation authority (.7); correspondence with bankruptcy counsel to confirm the mediation plan and related authority (.3). |
| 11/16/15 | Josh Bennett | 0.70 | Call with P. Collins and D. Smith regarding mediation strategy. |
| 11/16/15 | D. Smith | 1.30 | Prepare for telephone conference with Phil Collins regarding mediation and coverage (.6); conduct telephone conference call with Phil Collins who represents Zurich as the case goes into mediation to clarify the position of the Walter entities and the role of the bankruptcy court ███████████ (.7). |
| 11/17/15 | D. Smith | 0.90 | Consult with Phil Collins via phone in connection with mediation process. |
| 11/23/15 | D. Smith | 0.30 | Correspondence with Guy Hensley regarding the mediation. |
| 11/30/15 | Josh Bennett | 0.20 | Correspondence with parties regarding deposition of Charles Willis. |
| 11/30/15 | D. Smith | 1.90 | Telephone call with Phil Collins regarding mediation (.3); review of emails regarding deposition of Charles Willis (.3); review of Bankruptcy order partially lifting the stay (.4); telephone call with Phil Collins regarding the stay (.3); telephone call with Guy Hensley regarding the stay of discovery (.3). |

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                         Page    6

05134-0178    Docket No. 2011-98

| 11/20/15 | Josh Bennett | 0.20 | Correspond with MSHA attorney U. Egemonye regarding ████████████ |
| 11/23/15 | Josh Bennett | 0.60 | Review and revise motion ████████ ████ and proposed order and check against filed ████████ documents and convey revisions to MSHA attorney. |

05134-0193    Docket No. SE 2012-681R

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/02/15 | L. Johnston | 0.50 | Prepare the appearance of counsel form for David Smith (.1); prepare the appearance of counsel form for Josh Bennett (.1); prepare the appearance of counsel form for John Holmes (.1); file the appearance of counsel forms (.2). |
| 11/09/15 | L. Johnston | 0.10 | Review the appearance of counsel form entered by John Sullivan. |
| 11/16/15 | Josh Bennett | 1.60 | Review and revise civil action statement to be filed with the 11th Circuit and review procedural rules regarding the same to ensure compliance. |
| 11/16/15 | L. Johnston | 0.80 | Finalize and file the civil appeal statement with the 11th Circuit. |
| 11/30/15 | Josh Bennett | 0.20 | Review letter from appeals court regarding mediation and correspondence with the client regarding the same. |
| 11/30/15 | L. Johnston | 0.20 | Review the notice of mediation and scheduling a telephone conference with the mediator. |
| 11/30/15 | D. Smith | 0.70 | Review of mediation notice from the 11th Circuit (.4); communication with Mr. Hensley regarding the effects of the mediation notice (.3). |

Jim Walter Resources, Inc....EMAIL EMAIL....    December 28, 2015
Client #05134                                    Page    8

05134-0198    No. 7 Mine / MSHA

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/02/15 | Josh Bennett | 1.60 | Draft/revise motion ▮▮▮▮▮▮▮▮ |
| 11/02/15 | Josh Bennett | 4.20 | Continue drafting/revising opening ▮▮▮▮▮ |
| 11/02/15 | J. Holmes | 5.30 | Telephone calls and e-mail with Les Brody and M. Parris regarding ▮▮▮▮▮ Atlanta dockets (1.0); reviewed No. 7 Mine ▮▮▮▮▮ for Nashville dockets (.8); conferences with Lisa Johnston and J. Bennett regarding ▮▮▮▮▮ conference (.8); continued preparation for same (1.9); reviewed and finalized draft motion ▮▮▮▮▮ (.8). |
| 11/02/15 | L. Johnston | 0.80 | Finalize, file and serve the motion to ▮▮▮▮▮ |
| 11/03/15 | Josh Bennett | 6.90 | Attend ▮▮▮▮▮ MSHA dockets. |
| 11/03/15 | J. Holmes | 6.70 | E-mail with Les Brody and Susan Kinniry regarding ▮▮▮▮▮ (1.0); participated in ▮▮▮▮▮ conference of Nashville dockets (4.7); conferences with M. Parris and J. Bennett regarding ▮▮▮▮▮ issues (1.0). |
| 11/04/15 | Josh Bennett | 8.20 | Attend ▮▮▮▮▮ MSHA dockets. |
| 11/04/15 | J. Holmes | 8.80 | Continued ▮▮▮▮▮ conference and ▮▮▮▮▮ solicitors. |
| 11/05/15 | J. Holmes | 6.40 | ▮▮▮▮▮ conference and ▮▮▮▮▮ solicitors (5.8); e-mail with Hersh Hayden, Keith Plylar and M. Parris regarding updates on same (.8). |
| 11/06/15 | Josh Bennett | 0.80 | Review ▮▮▮▮▮ and materials and assist L. Johnston in tabulating results. |
| 11/06/15 | Josh Bennett | 0.40 | Correspond with client and solicitors regarding ▮▮▮▮▮ conference. |
| 11/09/15 | J. Holmes | 2.70 | Continued ▮▮▮▮▮ with various solicitors (1.0); e-mail and telephone call with M. Parris regarding ▮▮▮▮▮ authority and strategy (.8); conferences with Lisa Johnston regarding ▮▮▮▮▮ summaries (.6); e-mail with D. Smith regarding Steve Ingram ▮▮▮▮▮ (.3). |

## MAYNARD, COOPER & GALE, P.C.

| 11/09/15 | L. Johnston | 0.10 | Review notice of docket number assignment for the Steve Ingram ███████████ |
| 11/10/15 | J. Holmes | 2.10 | E-mail with Solicitors and clerks of court regarding ███████████ update and find ███████████ Philadelphia dockets (1.0); conferences with Lisa Johnston regarding summaries of ███████████ (.8); e-mail with Mike Parris regarding ███████████ (.3). |
| 11/10/15 | L. Johnston | 0.20 | Review email from Malia Holzberger regarding ███████████ dockets (.1); review email from Les Brody regarding ███████████ dockets (.1). |
| 11/17/15 | J. Holmes | 1.00 | Telephone call with Avery Peechatka regarding final order needed (.3); e-mail with Atlanta solicitors regarding status of ███████████ documents (.4); receive and review list of JWR ███████████ dockets (.3). |
| 11/18/15 | J. Holmes | 0.70 | E-mail with Lisa Johnston and Malia Holzberger regarding edits to ███████████ documents (.7). |
| 11/25/15 | J. Holmes | 0.80 | E-mail with Solicitors and clerks of court regarding ███████████ documents. |

Jim Walter Resources, Inc....EMAIL EMAIL....            December 28, 2015
Client #05134                                          Page  11

05134-0200    No. 4 Mine / MSHA

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/02/15 | Josh Bennett | 2.30 | Continue drafting/revising ████████ No. 4 mine dockets for ████████ conference. |
| 11/03/15 | Josh Bennett | 1.60 | Continue drafting ██████ for dockets ████████ |
| 11/04/15 | Josh Bennett | 2.30 | Attend ████████ MSHA dockets. |
| 11/05/15 | Josh Bennett | 6.50 | Attend ████████ MSHA dockets. |
| 11/17/15 | J. Holmes | 0.80 | E-mail with Malia Holzberger regarding draft ████ documents for Nashville dockets (.8). |
| 11/24/15 | J. Holmes | 0.30 | E-mail with Malia Holzberger and clerk of court regarding ████ documents for Judge Bulluck dockets (.3). |

# MAYNARD, COOPER & GALE, P.C.

05134-0215    No. 4 Mine - Miscellaneous Labor

11/23/15  J. Holmes          0.50    E-mail and telephone call with Sally Brown
                                     regarding ████████████████████████
                             ████████████████████████

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                         Page  13

05134-0216     No. 7 Mine - Miscellaneous Labor

11/02/15    J. Holmes          0.40    Telephone call with Mike Johnson regarding
                                       ████████████████████ update.
11/03/15    J. Holmes          1.00    E-mail and telephone call with Mike Johnston
                                       and Mike Hall regarding ████████████████
                                       ███████████████████████████████████████

11/23/15    J. Holmes          1.00    E-mail and telephone calls with Mike Johnston
                                       ████████████████████████████████████ary
                                       ██████████████████████████████████  Gant

# Maynard, Cooper & Gale, P.C.

05134-0222    MineARC Systems

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/04/15 | J. Holmes | 0.20 | Receive and review order of dismissal of petition for modification appeal. |
| 11/06/15 | L. Johnston | 0.20 | Review the order of dismissal (.1); prepare email to Guy Hensley and Michael Parris forwarding the order of dismissal (.1). |

Jim Walter Resources, Inc....EMAIL EMAIL....                December 28, 2015
Client #05134                                              Page  15


05134-0256     Docket No. SE 2013-384


| 11/09/15 | J. Holmes | 0.20 | E-mail with Sophia Haynes regarding status of ███████ |
| 11/10/15 | L. Johnston | 0.60 | Review the revised joint motion ███████ ██████ (.4); review the revised decision ████ (.2). |
| 11/23/15 | Josh Bennett | 0.60 | Review court's order ████████████ and check against █████████████ to ensure accuracy (.4); conference with J. Holmes regarding same (.2). |
| 11/23/15 | J. Holmes | 0.90 | Receive and review Decision ████████ (.5); conference with J. Bennett regarding ██████████████ terms (.2); telephone call with M. Parris regarding bankruptcy language in order (.2). |
| 11/30/15 | L. Johnston | 0.10 | Review emails from Sophia Haynes regarding ████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                         Page  16

05134-0277     Docket SE 2014-1

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/03/15 | L. Johnston | 0.60 | Revise the joint motion to ███████████ (.4); revise the proposed order ███████████ (.2). |
| 11/05/15 | J. Holmes | 0.50 | E-mail with clerk of court and Monica Moukalif regarding edits required for ███████ documents. |
| 11/12/15 | J. Holmes | 1.00 | Receive and review revised ███████ documents with Solicitor's additional edits (.5); e-mail with client and Solicitor regarding same (.5). |
| 11/16/15 | J. Holmes | 1.00 | E-mail and conference with M. Parris regarding revised ███████ documents and ███████ same (.5); e-mail with Solicitor regarding ███████ motion and proposed order (.5). |
| 11/23/15 | J. Holmes | 0.40 | Receive and review decision ███████ (.4); e-mail and telephone call with M. Parris regarding decision details, ███████ bankruptcy issues (.3). |
| 11/30/15 | J. Holmes | 0.50 | Review notes from Lisa Johnston regarding case status (.3); telephone call with M. Parris regarding ███████ (.2). |

Jim Walter Resources, Inc....EMAIL EMAIL....　　　　December 28, 2015
Client #05134　　　　　　　　　　　　　　　　　　　Page  17


05134-0292    Docket SE 2014-159


| 11/03/15 | Josh Bennett | 0.50 | Review and revise draft motion for ███████ |
| 11/03/15 | J. Holmes | 1.60 | Revised draft ████████ documents (1.5); e-mail to solicitors regarding same (.1) |
| 11/03/15 | L. Johnston | 0.60 | Revise the joint motion to ████████ (.4); revise the ████████ (.2). |

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                         Page  18


05134-0311     Docket SE 2014-126


| 11/18/15 | J. Holmes | 0.20 | E-mail with Charma Hollingsworth regarding ████████ documents. |
| 11/30/15 | L. Johnston | 0.60 | Review the ████████████ motion to ████████████ |

# MAYNARD, COOPER & GALE, P.C.

05134-0312    Docket SE 2013-111


11/06/15   L. Johnston        0.80    Review the ████████████████████
                                      conference (.3); prepare a scorecard (.5).

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                          Page   20


05134-0322    Docket No. SE 2014-227


| 11/03/15 | J. Holmes | 0.20 | E-mail with clerk of court regarding case status report. |
| 11/03/15 | L. Johnston | 0.10 | Review emails between Rolesia Dancy, John Holmes and Elizabeth Katona regarding ██████ ██████████ |

05134-0323    Docket No. SE 2014-338

| 11/09/15 | L. Johnston | 0.10 | Review emails between John Holmes and Michael ██████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL...,                    December 28, 2015
Client #05134                                                   Page    22

05134-0328      SE 2014-487

11/06/15    L. Johnston          0.90      Review the ████████████████████
                                           conference (.2); prepare a scorecard (.7).

# MAYNARD, COOPER & GALE, P.C.

05134-0329    SE 2014-488


11/06/15   L. Johnston            0.40    Review the ███████████████████
                                          conference (.2); prepare a scorecard (.2).

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                         Page   24

05134-0330    Docket No SE 2014-393

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 11/06/15 | L. Johnston | 0.40 | Review the ████████████████████ conference (.2); prepare a scorecard (.2). |
| 11/18/15 | J. Holmes | 0.40 | E-mail with Charma Hollingsworth regarding ████████ documents. |
| 11/30/15 | J. Holmes | 1.60 | Conference with Lisa Johnston regarding draft ████████ motion (.2); reviewed and marked-up revised draft of same (.8); telephone call with M. Parris regarding ████████ (.3); e-mail with Les Brody and Charna Hollingsworth regarding ████████ and ████████ motion (.3). |
| 11/30/15 | L. Johnston | 0.80 | Review the proposed ████████ to ████████ (.2); conference with J. Holmes regarding same (.2). |

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                         Page  25


05134-0339     Docket No. SE 2013-72


11/06/15   L. Johnston          0.80    Review the ███████████████████
                                        conference (.3); prepare a scorecard (.5).

Jim Walter Resources, Inc....EMAIL EMAIL....                December 28, 2015
Client #05134                                               Page   26


05134-0349    Docket No. SE 2015-149


11/16/15   J. Holmes           0.40    Telephone call with Terry Lathem regarding
                                       case status and pending ███████ documents.

# MAYNARD, COOPER & GALE, P.C.

05134-0353    Docket No. SE 2015-125


11/05/15    L. Johnston          0.80    Review the ██████████████████████
                                         conference (.3); prepare a scorecard (.5).

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                         Page  28

05134-0354     Docket No. SE 2015-126


11/30/15   L. Johnston        0.80   Review the proposed ███████ motion to
                                     ████████████████████████████████████

MAYNARD, COOPER & GALE, P.C.

05134-0355    Docket No. SE 2015-171

11/05/15   L. Johnston          0.80    Review the █████████████████████████
                                        conference (.3); prepare a scorecard (.5).

05134-0357    Docket No. SE 2015-198


| 11/10/15 | J. Holmes | 0.70 | E-mail with Laura Pearson regarding MSHA ████████████████████ (.3); e-mail with M. Parris regarding case status and discovery strategy (.4). |
| 11/10/15 | L. Johnston | 0.40 | Review emails between Laura Pearson and John Holmes regarding ████████████ orders (.2); review emails between John Holmes and Mike Parris regarding the scheduling of depositions (.2). |
| 11/12/15 | J. Holmes | 0.60 | Reviewed and revised draft deposition notices (.4); e-mail with client regarding strategy for same (.2). |
| 11/12/15 | L. Johnston | 1.10 | Prepare the notice of taking deposition of Greg Willis to include a detailed duces tecum request (.7); prepare the notice of taking deposition of Larry McDonald to include a duces tecum request (.4). |
| 11/20/15 | Josh Bennett | 0.70 | Review/revise, finalize and convey deposition notices to MSHA attorney. |
| 11/20/15 | J. Holmes | 0.60 | E-mail with M. Parris and J. Bennett regarding deposition plan and finalizing notices of MSHA Inspectors (.4); reviewed e-mail correspondence with Solicitor Laura Pearson regarding same (.2). |
| 11/20/15 | L. Johnston | 0.80 | Revise the deposition notices directed to Larry McDonald and Greg Willis. |
| 11/24/15 | J. Holmes | 1.00 | E-mail with Laura Pearson regarding depositions and case status (.5); e-mail and telephone call with M. Parris regarding case strategy (.5). |

# MAYNARD, COOPER & GALE, P.C.

05134-0358    Docket No. SE 2015-197


11/05/15   L. Johnston        0.90    Review the ████████████████████
                                      conference (.3); prepare a scorecard (.6).

Jim Walter Resources, Inc....EMAIL EMAIL....       December 28, 2015
Client #05134                                      Page  33


05134-0359     Docket No. SE 2015-205


11/05/15    L. Johnston          0.90    Review the ██████████████████
                                         conference (.3); prepare a scorecard (.6).

# MAYNARD, COOPER & GALE, P.C.

05134-0360     Docket No. SE 2015-85


11/04/15   L. Johnston          0.90      Review the ███████████████████████
                                          conference (.3); prepare a scorecard (.6).

Jim Walter Resources, Inc....EMAIL EMAIL....
Client #05134

December 28, 2015
Page  35

05134-0366     Docket SE 2015-273

11/18/15   L. Johnston        0.90   Review the ███████████ motion to
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Jim Walter Resources, Inc....EMAIL EMAIL....                    December 28, 2015
Client #05134                                                   Page  36

05134-0367    Docket SE 2015-271

| 11/06/15 | L. Johnston | 0.40 | Review the ███████████████████ conference (.2); prepare a scorecard (.2). |
| 11/09/15 | Josh Bennett | 0.30 | Call and correspondence with court regarding ████████████ docket. |

05134-0368    Docket SE 2015-270


| 11/06/15 | L. Johnston | 0.40 | Review the ███████████████ conference (.2); prepare a scorecard (.2). |
| 11/09/15 | Josh Bennett | 0.30 | Call and correspondence with court regarding docket. |
| 11/18/15 | L. Johnston | 0.90 | Review the ████████ motion to ██████████████████ (.3); revise the proposed ████████████ (.2); review the proposed decision ████████████ (.3); revise the ████████ (.1). |

05134-0369    Docket SE 2015-272


| 11/06/15 | L. Johnston | 0.40 | Review the ███████████████████████ conference (.2); prepare a scorecard (.2). |
| 11/13/15 | J. Holmes | 0.40 | E-mail with Solicitor, client, and clerk of court regarding case status and ██████ |
| 11/13/15 | L. Johnston | 0.10 | Review email from Roshan Dhillon regarding deadline ███████████████████ |
| 11/30/15 | L. Johnston | 0.50 | Review the ███████████████████████ ███████████████████████████████ |

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                          Page  39


05134-0370     Docket SE 2015-296


11/06/15   L. Johnston          0.40     Review the ███████████████████████
                                         conference (.2); prepare a scorecard (.2).

05134-0371    Docket SE 2015-307

| 11/05/15 | L. Johnston | 1.20 | Review the ███████████████████ conference (.3); prepare a scorecard (.9). |
| 11/30/15 | L. Johnston | 0.10 | Review order of assignment and prehearing order assigning the docket to Judge Barbour. |

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                         Page  41


05134-0372    Docket SE 2015-308


| 11/05/15 | L. Johnston | 1.50 | Review the ██████████████████ conference (.3); prepare a scorecard (1.2). |
| 11/23/15 | J. Holmes | 0.10 | Receive and review order of assignment. |

# MAYNARD, COOPER & GALE, P.C.

05134-0373   Docket SE 2015-320


11/30/15   L. Johnston         0.10     Review order of assignment and prehearing
                                        order assigning the docket to Judge Barbour.

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                         Page   43

05134-0374     Docket SE 2015-321

| | | | |
|---|---|---|---|
| 11/06/15 | L. Johnston | 0.80 | Review the ███████████████ conference (.3); prepare a scorecard (.5). |
| 11/30/15 | L. Johnston | 0.10 | Review order of assignment and prehearing order assigning the docket to Judge Barbour. |

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                         Page  44


05134-0375    Docket SE 2015-322


| 11/06/15 | L. Johnston | 0.80 | Review the ████████████████████ conference (.3); prepare a scorecard (.5). |
| 11/30/15 | L. Johnston | 0.10 | Review order of assignment and prehearing order assigning the docket to Judge Barbour. |

Jim Walter Resources, Inc....EMAIL EMAIL....                    December 28, 2015
Client #05134                                                   Page  45

05134-0376     Docket SE 2015-358

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/05/15 | L. Johnston | 1.40 | Review the ███████████████████████ conference (.3); prepare a scorecard (1.1). |
| 11/17/15 | L. Johnston | 0.90 | ████████████████████████████████ |
| 11/30/15 | L. Johnston | 0.10 | Review order of assignment and prehearing order assigning the docket to Judge Barbour. |

05134-0377    Docket SE 2015-359


| 11/05/15 | L. Johnston | 1.20 | Review the ████████████████ conference (.3); prepare a scorecard (.9). |
| 11/30/15 | L. Johnston | 0.10 | Review order of assignment and prehearing order assigning the docket to Judge Barbour. |

# MAYNARD, COOPER & GALE, P.C.

05134-0378    Docket SE 2015-241

| 11/06/15 | L. Johnston | 0.80 | Review the ███████████████████ conference (.3); prepare a scorecard (.5). |
| 11/12/15 | J. Holmes | 0.20 | E-mail with clerk of court regarding case status report ████████ |
| 11/12/15 | L. Johnston | 0.10 | Review email from Thomas Petschauer regarding deadline |
| 11/30/15 | L. Johnston | 0.20 | Review email regarding new deadline to submit ███████████████ (.1); docket deadline (.1). |

05134-0379     Docket SE 2015-240

| 11/06/15 | L. Johnston | 0.50 | Review the ██████████████████████ conference (.2); prepare a scorecard (.3). |
| 11/12/15 | J. Holmes | 0.20 | E-mail with clerk of court regarding case status report ███████ |
| 11/12/15 | L. Johnston | 0.10 | Review email from Thomas Petschauer regarding deadline to submit ███████ |
| 11/30/15 | L. Johnston | 0.20 | Review email regarding new deadline to submit ██████████████████ (.1); docket deadline (.1). |

Jim Walter Resources, Inc....EMAIL EMAIL....            December 28, 2015
Client #05134                                          Page  49


05134-0380     Docket SE 2015-237


| 11/06/15 | L. Johnston | 0.80 | Review the ███████████████████ conference (.3); prepare a scorecard (.5). |
| 11/30/15 | L. Johnston | 0.10 | Review order of assignment and prehearing order assigning the docket to Judge Barbour. |

Jim Walter Resources, Inc....EMAIL EMAIL....          December 28, 2015
Client #05134                                          Page  50


05134-0381    SE 2015-0432


| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/02/15 | J. Holmes | 0.40 | Reviewed draft Answer and Notice of Bankruptcy. |
| 11/02/15 | L. Johnston | 0.50 | Prepare, file and serve the answer and affirmative defenses (.3); prepare, file and serve the notice of bankruptcy (.1); prepare email to Brandon Russell (.1). |

# MAYNARD, COOPER & GALE, P.C.

05134-0382    SE 2015-0433


11/06/15   L. Johnston        0.50   Prepare, file and serve the answer and
                                     affirmative defenses (.3); prepare, file and
                                     serve the notice of bankruptcy (.1); prepare
                                     email to Brandon Russell (.1).

Jim Walter Resources, Inc....EMAIL EMAIL....                December 28, 2015
Client #05134                                               Page   52


05134-0383    SE 2015-0423


11/12/15   L. Johnston          0.10    Review email from Malia Holzberger regarding
                                        ██████████████████████████████

MAYNARD, COOPER & GALE, P.C.
ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Black Warrior Basin, LLC..EMAIL..EMAIL..
c/o Mitchell Mataya
mitchell.mataya@walterenergy.com
cc: earl.doppelt@walterenergy.com

December 28, 2015
Invoice #458590

For Legal Services Rendered Through 11/30/15

15915-0002
General

| | | | |
|---|---|---|---|
| 11/02/15 | R. Ozols | 0.30 | Email corr w/ M. Rudnick (PW) re ███████ agreement (0.1); conf w/ M. Rudnick ███████ agreement (0.1); internal corr re ████ agreement (0.1). |
| 11/04/15 | J. Lamar | 0.60 | Reviewed inclusion of pending litigation in bankruptcy proceedings, strategy regarding ████████ |
| 11/05/15 | J. Lamar | 0.80 | Reviewed status of Southwest Royalties litigation, inclusion in schedules and ███ ████ |
| 11/06/15 | T. Holt | 0.80 | Assist Jayna Lamar with reporting litigation to Debtor's counsel and analyzing ████████ |
| 11/06/15 | J. Lamar | 0.90 | Conference and correspondence with J. Bailey regarding ████████ pending litigation (.5); correspondence with counsel handling litigation regarding status (.4). |
| 11/12/15 | J. Lamar | 0.40 | Strategy regarding ████████ include litigation. |
| 11/13/15 | T. Holt | 1.60 | Research necessity to ████████ Complaint (.4) telephone call with Debtor's ████ ████ al. (.4); e-mail to debtor's counsel re: reporting ████████ (.4); e-mails to and from Mike Parris re: ████████ |

|          |           |       | (.2); telephone call with Rob Ozols re: ████████ issues (.2).. |
|----------|-----------|-------|-----------------------------------------------|
| 11/13/15 | R. Ozols  | 0.20  | Corr w/ T. Holt regarding proposed handling of ████ Agreement. |
| 11/17/15 | R. Ozols  | 0.60  | Corr w/ Mitchell Mataya re strategy and next steps with regard to ██████ Agreement (0.3); corr w/ M. Rudnick re same (0.1); email Mitchell Mataya re █████ agreement (0.1); email T. Holt re ██████ agreement (0.1). |
| 11/17/15 | R. Ozols  | 2.80  | Develop strategy for ██████ |
| 11/20/15 | T. Holt   | 1.30  | Review, analyze and edit Statement of Facts ████████████████████████████████████████ ████████████████████████████ (1.0); e-mails from and to Bankruptcy counsel re: relationship of parties involved in ████████ Agreement (.3). |
| 11/24/15 | J. Lamar  | 0.80  | Conference with J. Vogtle regarding issues related to De Gas agreement (.4); strategy regarding response ████████ questions(.4). |
| 11/24/15 | R. Ozols  | 0.10  | Email corr w/ J. Lamar re status of ████████████████████████ Agreement |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Black Warrior Basin, LLC..EMAIL..EMAIL..          December 28, 2015
c/o Mitchell Mataya                                      Invoice #458591
mitchell.mataya@walterenergy.com

For Legal Services Rendered Through 11/30/15

15915-0003
Divestiture

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 11/17/15 | T. Holt | 0.60 | Telephone call from Mitchell Mataya re: regulatory requirements for charging operators of coalbed methane wells (.2); research and analyze change of operator requirements (.4). |
| 11/18/15 | T. Holt | 0.40 | E-mail to Mitchell Mataya re: procedure for changing operators. |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Coke, Inc.... EMAIL EMAIL...
c/o Mitchell Mataya
mitchell.mataya@walterenergy.com

December 28, 2015
Invoice #458562

For Legal Services Rendered Through 11/30/15

05136-0011
General

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/06/15 | J. McLaughlin | 2.70 | Emails with M. Mataya regarding comments from ██████████ agreement (.5); prepare redline for M. Mataya (.3); analyze comments (1.2); telephone conference with M. Mataya regarding same (.7). |
| 11/11/15 | J. McLaughlin | 0.50 | Emails with M. Mataya regarding USS responses and information provided to same (.2); briefly review same (.3). |
| 11/12/15 | J. McLaughlin | 0.80 | Emails with M. Mataya regarding ███████ contract (.3); review comments and suggested revisions submitted by working group (.5). |
| 11/13/15 | J. McLaughlin | 1.10 | Telephone conference with and emails with M. Mataya regarding correspondence with USS regarding new proposal (.4); work on same and forward draft as appropriate (.7). |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Mitchell Mataya
mitchell.mataya@walterenergy.com
cc: earl.doppelt@walterenergy.com

December 28, 2015
Invoice #458563

For Legal Services Rendered Through 11/30/15

06187-0007
General

| 11/06/15 | J. McLaughlin | 0.60 | Telephone conference with and emails with M. Mataya regarding status matters related to bankruptcy and sale of properties. |

MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc....,.EMAIL...EMAIL                     December 28, 2015
c/o Kelli Gant                                           Invoice #458564
kelli.gant@walterenergy.com
earl.doppelt@walterenergy.com


For Legal Services Rendered Through 11/30/15


06187-0020
(218) Black Warrior Transmission Corporation Pension Plan
Trust


| 11/17/15 | F. Quick | 0.10 | |
| 11/30/15 | F. Quick | 0.50 | |

# MAYNARD, COOPER & GALE, P.C.
### ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Kelli Gant
kelli.gant@walterenergy.com
cc: earl.doppelt@walterenergy.com

December 28, 2015
Invoice #458565

For Legal Services Rendered Through 11/30/15

06187-0022
(217) Walter Energy, Inc. Retirement Savings Plan
Trust

| | | | |
|---|---|---|---|
| 11/30/15 | F. Quick | 0.50 | Review definition of eligible employee to |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
c/o Earl Doppelt                                        Invoice #458566
earl.doppelt@walterenergy.com

For Legal Services Rendered Through 11/30/15

06187-0025
(521) Group Insurance Plan United Mine Workers (2011)

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/12/15 | M. Cannova | 0.30 | Conference with F. Quick regarding weight management benefits and issues under Walter Energy plan (.1); review materials regarding same (.2). |
| 11/12/15 | F. Quick | 0.20 | Review weight management guidance for non-grandfathered plans (.1); conference with M. Cannova regarding same (.1). |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Guy Hensley
guy.hensley@walterenergy.com
cc: earl.doppelt@walterenergy.com

December 28, 2015
Invoice #458567

For Legal Services Rendered Through 11/30/15

06187-0033
Maple Eagle No. 1 Mine

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/02/15 | J. Holmes | 0.50 | E-mail with Hersh Hayden regarding Maple ████ status. |
| 11/06/15 | J. Holmes | 3.40 | Continued ████████████████ with solicitors (2.5); e-mail with M. Parris regarding ████████ status (.5) e-mail with Hersh Hayden and M. Parris regarding Maple dockets (.4). |
| 11/09/15 | J. Holmes | 0.40 | E-mail with Susan Kinniry regarding draft Maple ████████ documents. |
| 11/10/15 | L. Johnston | 0.30 | Review emails between Susan Kinniry and Roshan Dhillon regarding ████████ dockets (.1); review emails between Susan Kinniry and John Holmes regarding the final ████████ (.2). |
| 11/16/15 | J. Holmes | 2.80 | E-mail with Susan Kinniry and clerk of court ████████████ and case status report for multiple dockets (.8); receive and review draft ████████ documents for Maple dockets (1.2); e-mail with Solicitor Susan Kinniry regarding same and bankruptcy language (.4); conference with Lisa Johnston regarding ████████ summaries (.4). |
| 11/17/15 | J. Holmes | 0.90 | E-mail with Susan Kinniry regarding same (.3); e-mails with Susan Kinniry regarding revisions required for ████████████ Maple dockets (.6). |
| 11/17/15 | L. Johnston | 0.80 | Review the list of ████████ JWR dockets ████████████████████████████████ |

| 11/18/15 | J. Holmes | 0.80 | E-mail and telephone call with Susan Kinniry regarding edits to Maple dockets ██████ documents. |
| 11/19/15 | J. Holmes | 0.50 | E-mail with Susan Kinniry regarding edits to Maple coal ████████ documents. |
| 11/20/15 | J. Holmes | 0.50 | E-mail with Susan Kinniry and clerks of court regarding status of ██████ documents for WEVA dockets. |
| 11/24/15 | J. Holmes | 0.80 | E-mail and telephone call with Solicitor Susan Kinniry regarding final revisions to Maple ███████████ documents. |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
c/o Earl Doppelt                                        Invoice #458568
earl.doppelt@walterenergy.com


For Legal Services Rendered Through 11/30/15


06187-0039
Securities Regulatory and Corporate Governance Matters


| Date | Name | Hours | Description |
|---|---|---|---|
| 11/09/15 | T. Gregg | 0.80 | Review New York Attorney General ███████ ███████ (0.3); research suspension of reporting obligations under Sections 12(g) and 15(d) of the Exchange Act (0.5). |
| 11/09/15 | A. Nix | 0.90 | Attention to review of Peabody Energy ███████████████████ WLT's periodic reporting (0.6). Review potential SEC deregistration in light of 363 asset sale (0.3). |
| 11/10/15 | M. Cornelius | 0.40 | Attend call with Mr. Doppelt and MCG team regarding filing status and other issues. |
| 11/10/15 | A. Nix | 0.40 | Call with Earl Doppelt re: implications of ██████████████████ on reporting and considerations for SEC deregistration. |
| 11/12/15 | A. Nix | 0.30 | Attention to potential SEC deregistration in light of pending bankruptcy and 363 sale. |
| 11/13/15 | A. Nix | 1.00 | Phone conference with Rob Ozols to discuss components and timing of 363 sale and related implications on SEC reporting (0.4). Research re: same (0.6). |
| 11/13/15 | R. Ozols | 6.30 | Correspondence w/ A Nix regarding multiple issues (.4); analysis regarding bankruptcy implications regarding various transactions (3.2, 2.7) |
| 11/16/15 | S. Hinton | 1.30 | Research suspension of SEC reporting obligations. |
| 11/17/15 | A. Nix | 0.60 | Review research re: SEC reporting obligations between closing of 363 sale and final liquidation. |

# MAYNARD, COOPER & GALE, P.C.

| 11/24/15 | T. Gregg | 0.30 | Conference call with Earl Doppelt and A. Nix to discuss suspension of Exchange Act reporting obligations and related matters. |
| 11/24/15 | A. Nix | 0.90 | Additional research re: suspension of Exchange Act reporting obligations (0.6). Phone conference with Earl Doppelt re: same (0.3). |
| 11/30/15 | A. Nix | 0.40 | Attention to potential 8-K filing in ████████████████████████ |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Earl Doppelt
earl.doppelt@walterenergy.com

December 28, 2015
Invoice #458569

For Legal Services Rendered Through 11/30/15

06187-0040
Exchange Act Perodic Reports

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 11/04/15 | T. Gregg | 2.30 | Review and comment on 10-Q. |
| 11/04/15 | S. Hinton | 3.00 | Review and comment on 10-Q. |
| 11/04/15 | A. Nix | 0.60 | Attention to review of revised 10-Q proof (0.5). Correspond with Brian Chopin re: same (0.1). |
| 11/05/15 | A. Nix | 2.50 | Work on additional revisions to 10-Q in advance of filing (2.4). Correspond with Brian Chopin re: same (0.1). |

# MAYNARD, COOPER & GALE, P.C.
### ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                December 28, 2015
c/o Guy Hensley                                     Invoice #458570
guy.hensley@walterenergy.com
cc: earl.doppelt@walterenergy.com


For Legal Services Rendered Through 11/30/15


06187-0044
Stacy Powell EEOC Charge


11/27/15    S. Mays              0.20    Review and analyze protective order.

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
c/o Guy Hensley                                         Invoice #458571
guy.hensley@walterenergy.com
cc: earl.doppelt@walterenergy.com

For Legal Services Rendered Through 11/30/15

06187-0048
Docket WEVA 2014-1154

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/04/15 | L. Johnston | 0.70 | Review the ██████████; conference (.3); prepare a scorecard (.4). |
| 11/09/15 | L. Johnston | 1.10 | Review emails regarding the ███████ orders (.1); review list ██████████ (.1); update the scorecard sheet (.2); Review the list of ██████ rom Susan Kinniry (.2); revise the scorecard to reflect ████████ (.4); prepare email to Mike Parris and Hersh Hayden regarding the final scorecard (.1). |
| 11/16/15 | J. Holmes | 1.00 | Reviewed draft ███████ documents (.5); conferences with Lisa Johnston regarding edits to same (.5). |
| 11/16/15 | L. Johnston | 1.70 | Review the proposed ████████ motion to ████████████████████ |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW

1901 SIXTH AVENUE NORTH

2400 REGIONS/HARBERT PLAZA

BIRMINGHAM, ALABAMA  35203-2602

(205) 254-1000

TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
c/o Guy Hensley                                        Invoice #458572
guy.hensley@walterenergy.com
cc: earl.doppelt@walterenergy.com


For Legal Services Rendered Through 11/30/15


06187-0053
Docket WEVA 2014-246


| Date | | Timekeeper | Hours | Description |
|------|--|-----------|-------|-------------|
| 11/04/15 | | L. Johnston | 0.20 | Review the ███████████ conference (.1); prepare a scorecard (.1). |
| 11/09/15 | | L. Johnston | 0.50 | Review the list of ████████████ Susan Kinniry (.2); revise the scorecard to ████████████ (.2); prepare email to Mike Parris and Hersh Hayden regarding the final scorecard (.1). |
| 11/30/15 | | L. Johnston | 0.30 | Review the ██████████████ filed with the court to ensure accuracy. |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
c/o Earl Doppelt                                        Invoice #458573
earl.doppelt@walterenergy.com

For Legal Services Rendered Through 11/30/15

06187-0054
Lender Relations

11/24/15   D. Smith          1.20    Review of several orders of the bankruptcy
                                     court to evaluate for effects on cases we are
                                     handling.

# MAYNARD, COOPER & GALE, P.C.

### ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
c/o Guy Hensley                                         Invoice #458574

For Legal Services Rendered Through 11/30/15

06187-0058
Docket No. WEVA 2015-357

| | | | |
|---|---|---|---|
| 11/04/15 | L. Johnston | 1.10 | Review the ███████████████████ conference (.3); prepare a scorecard (.8). |
| 11/09/15 | L. Johnston | 1.20 | Review emails between Susan Kinniry and Avery Peechatka regarding ██████████████ |
| 11/10/15 | L. Johnston | 0.10 | Review email from Avery Peechtaka regarding |
| 11/16/15 | L. Johnston | 1.70 | |
| 11/30/15 | L. Johnston | 0.80 | |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW

1901 SIXTH AVENUE NORTH

2400 REGIONS/HARBERT PLAZA

BIRMINGHAM, ALABAMA 35203-2602

(205) 254-1000

TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Guy Hensley

December 28, 2015
Invoice #458575

For Legal Services Rendered Through 11/30/15

06187-0059
Docket No. WEVA 2015-358

| 11/04/15 | L. Johnston | 0.20 | Review the ███████ conference (.1); prepare a scorecard (.1). |
| 11/09/15 | L. Johnston | 0.50 | Review the list of ████████ from Susan Kinniry (.2); revise the scorecard to ███████████████ |
| 11/30/15 | L. Johnston | 0.20 | ██████████ |

# Maynard, Cooper & Gale, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Guy Hensley

December 28, 2015
Invoice #458576

For Legal Services Rendered Through 11/30/15

06187-0060
Docket No. WEVA 2015-143

| | | | |
|---|---|---|---|
| 11/04/15 | L. Johnston | 0.90 | Review the ███████████ conference (.3); prepare a scorecard (.6) |
| 11/09/15 | L. Johnston | 0.80 | ████████████████ |
| 11/16/15 | L. Johnston | 1.40 | ████████████████ |
| 11/30/15 | L. Johnston | 0.50 | ████████████████ |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
c/o Guy Hensley                                         Invoice #458577

For Legal Services Rendered Through 11/30/15

06187-0062
Docket No. WEVA 2015-247

| Date | Attorney | Hours |
|------|----------|-------|
| 11/04/15 | L. Johnston | 0.90 |
| 11/09/15 | L. Johnston | 0.80 |
| 11/17/15 | L. Johnston | 0.90 |
| 11/30/15 | L. Johnston | 0.30 |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
c/o Guy Hensley                                         Invoice #458578

For Legal Services Rendered Through 11/30/15

06187-0063
Docket No. WEVA 2015-725

| | | | |
|---|---|---|---|
| 11/04/15 | L. Johnston | 0.20 | Review the ███████████████ conference (.1); prepare a scorecard (.1). |
| 11/23/15 | Josh Bennett | 0.20 | Review court's order of dismissal. |
| 11/23/15 | J. Holmes | 0.40 | Receive and review decision dismissing docket and acknowledging the Secretary's decision to ██████████████ (.2); e-mail to Hersh Hayden regarding same (.2). |

# MAYNARD, COOPER & GALE, P.C.
### ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
c/o Guy Hensley

December 28, 2015
Invoice #458579

For Legal Services Rendered Through 11/30/15

06187-0064
Docket No. WEVA 2015-723

11/04/15   L. Johnston        0.20    Review the ██████████
                                      conference (.1); prepare a scorecard (.1).

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
c/o Guy Hensley                                         Invoice #458580

For Legal Services Rendered Through 11/30/15

06187-0065
Docket No. WEVA 2015-724

| 11/04/15 | L. Johnston | 0.90 |  |
| 11/09/15 | L. Johnston | 0.80 | |
| 11/16/15 | L. Johnston | 1.70 | |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW

1901 SIXTH AVENUE NORTH

2400 REGIONS/HARBERT PLAZA

BIRMINGHAM, ALABAMA 35203-2602

(205) 254-1000

TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
dan.grucza@walterenergy.com                            Invoice #458581
cc earl.doppelt@walterenergy.com

For Legal Services Rendered Through 11/30/15

06187-0067
Internal Investigation

| 11/17/15 | J. Holmes | 2.50 | Began drafting ███████████████ |
| 11/18/15 | J. Holmes | 4.30 | Completed draft ███████████████ (4.0); e-mail with Dan Grucza regarding same (.3). |
| 11/20/15 | J. Holmes | 0.50 | E-mail with Dan Grucza regarding edits to ████████████ memo. |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
earl.doppelt@walterenergy.com                          Invoice #458582

For Legal Services Rendered Through 11/30/15

06187-0070
Asset Disposition

11/05/15   J. Lamar          1.10    Reviewed motion, proposed APA to respond to
                                     questions regarding timing, impact of any
                                     sale.

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                     December 28, 2015
earl.doppelt@walterenergy.com                           Invoice #458583

For Legal Services Rendered Through 11/30/15

06187-0072
Fee/Employment Applications

| | | | |
|---|---|---|---|
| 11/02/15 | R. Ozols | 0.30 | Review draft report from Fee Examiner. |
| 11/04/15 | R. Ozols | 0.30 | Prepare materials for Fee Examiner re Second Monthly Fee Application (0.2); email Fee Examiner re Second Monthly Fee Application (0.1). |
| 11/17/15 | J. Holmes | 1.00 | Review and redact litigation invoices. |
| 11/17/15 | J. Lamar | 0.20 | Reviewed protocol regarding fee payment, reimbursement of agreed reductions. |
| 11/17/15 | R. Ozols | 0.20 | Internal corr re application of fees and Fee Examiner Report. |
| 11/19/15 | R. Ozols | 8.70 | Review and edit invoices for privileged and confidential time entries (4.0, 4.7) |
| 11/20/15 | R. Ozols | 1.80 | Further review and edit invoices for privileged and confidential time entries |
| 11/23/15 | R. Ozols | 4.00 | Prepare Third Monthly Fee Application |
| 11/30/15 | J. Lamar | 0.50 | Reviewed Third Monthly fee application to approve for filing. |
| 11/30/15 | R. Ozols | 8.40 | Review and redact invoices for Third Monthly Fee Application (4.8); prepare final Third Monthly Fee Application (3.6). |

## MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL
earl.doppelt@walterenergy.com

December 28, 2015
Invoice #458584

For Legal Services Rendered Through 11/30/15

06187-0078
Labor and Union Matters

| | | | |
|---|---|---|---|
| 11/13/15 | J. Holmes | 1.50 | E-mail and telephone call with Kelli Gant ████████████████████████████ ███████ |
| 11/24/15 | J. Holmes | 0.20 | E-mail with Kelli Gant regarding anticipated ███████ |
| 11/25/15 | J. Holmes | 0.70 | E-mail with Kelli Gant regarding draft █████ Notices (.2); reviewed draft materials (.5). |
| 11/30/15 | J. Holmes | 1.90 | Prepared for and participated in telephone call with Kelli Gant and bankruptcy counsel regarding ██████████ (1.5); reviewed revised drafts of same (.4). |

MAYNARD, COOPER & GALE, P.C.
ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                    December 28, 2015
c/o Guy Hensley                                        Invoice #458585

For Legal Services Rendered Through 11/30/15

06187-0084
Docket WEVA 2015-788

11/24/15    J. Holmes           0.30      E-mail with Solicitor Lee Aubrey regarding
                                          case status and anticipated position
                                          statement (.2); e-mail with Hersh Hayden
                                          regarding ██████████████████ (.1).

MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc.....EMAIL...EMAIL                  December 28, 2015
c/o Guy Hensley                                      Invoice #458586


For Legal Services Rendered Through 11/30/15


06187-0085
Docket WEVA 2015-787


11/24/15   J. Holmes        0.30    E-mail with Solicitor Lee Aubrey regarding
                                    case status and anticipated position
                                    statement (.2); e-mail with Hersh Hayden
                                    regarding ███████████████ (.1).

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Energy, Inc - EMAIL
c/o Guy Hensley

December 28, 2015
Invoice #458587

For Legal Services Rendered Through 11/30/15

06187-0088
Docket WEVA 2016-19

| Date | | Hours | Description |
|------|------|------|------|
| 11/04/15 | J. Holmes | 0.50 | Receive and review ███████ ███████ (.4); docketed answer (.1). |

# MAYNARD, COOPER & GALE, P.C.
## ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

```
Walter Minerals, Inc.....EMAIL...EMAIL          December 28, 2015
c/o Guy Hensley                                 Invoice #458588
guy.hensley@walterenergy.com
cc: earl.doppelt@walterenergy.com
```

For Legal Services Rendered Through 11/30/15

```
13570-0003
MSHA/ Phillip Wade Gustafson, Estate of
```

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/23/15 | Josh Bennett | 0.20 | Review notice of bankruptcy for filing with the Ala. Supreme Court. |
| 11/23/15 | M. Raley | 0.40 | File Notice with Supreme Court. |

# MAYNARD, COOPER & GALE, P.C.

ATTORNEYS AT LAW
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, ALABAMA 35203-2602
(205) 254-1000
TAXPAYER I.D. # 63-0864426

Walter Minerals, Inc.....EMAIL INVOICES
c/o Mitchell Mataya
mitchell.mataya@walterenergy.com
cc: earl.doppelt@walterenergy.com

December 28, 2015
Invoice #458589

For Legal Services Rendered Through 11/30/15

13570-0007
Lula Jo Key

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/02/15 | Josh Bennett | 0.20 | Call with plaintiff's counsel regarding extension of pretrial deadlines. |
| 11/02/15 | Josh Bennett | 0.20 | Analysis regarding ███████ extension of pretrial deadlines. |
| 11/02/15 | Josh Bennett | 0.20 | Correspondence with co-defendants' counsel regarding ███████ negotiations. |
| 11/09/15 | J. Holmes | 0.30 | E-mail and conference with J. Bennett regarding ███████ issues. |
| 11/18/15 | Josh Bennett | 5.10 | Attend depositions of C. Waldrop and T. Davis in Jasper, AL. |