# Notice Recipients

District/Off: 1126−2     User: scallies     Date Created: 1/8/2016
Case: 15−02741−TOM11     Form ID: pdf000     Total: 240

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | Delaware Trust Company, as Indenture Trustee | |
| aty | Lisa Beckerman | |

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Patrick Darby | pdarby@babc.com |
| aty | Adrian Zareba | zareba.adrian@pbgc.gov |
| aty | Adrienne K Walker | awalker@mintz.com |
| aty | Albert Kass | ecfpleadings@kccllc.com |
| aty | Amber M. Whillock | awhillock@starneslaw.com |
| aty | Arthur Lee Tucker | leetucker@leetucker−law.com |
| aty | Benjamin Shaw Goldman | bgoldman@handarendall.com |
| aty | Bill D Bensinger | bdbensinger@csattorneys.com |
| aty | Brian R Walding | bwalding@waldinglaw.com |
| aty | C Taylor Crockett | taylor@taylorcrockett.com |
| aty | Catherine L. Steege | csteege@jenner.com |
| aty | Cathleen C Moore | ccmoore@babc.com |
| aty | Charles Howard Moses, III | melissa@mosespc.com |
| aty | Clark R Hammond | chammond@wallacejordan.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | D Christopher Carson | ccarson@burr.com |
| aty | Daniel Pasky | dpasky@mcglinchey.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | David B. Anderson | dbanderson@andersonweidner.com |
| aty | David Lewis Selby, II | dselby@baileyglasser.com |
| aty | David S. Maxey | dsm@spain−gillon.com |
| aty | Edward E. May | bankruptcy@maylegalgroup.com |
| aty | Edward Q Ragland | ed.ragland@usdoj.gov |
| aty | Edwin Bryan Nichols | bnichols@waldinglaw.com |
| aty | Eric L. Pruitt | epruitt@bakerdonelson.com |
| aty | Eric T Ray | eray@balch.com |
| aty | Frank A. Anderson | anderson.frank@pbgc.gov |
| aty | Frederick Mott Garfield | fmg@spain−gillon.com |
| aty | George N. Davies | gdavies@qcwdr.com |
| aty | Ginger D Cockrell | GINGERCOCKRELL@COMCAST.NET |
| aty | Glen Marshall Connor | gconnor@qcwdr.com |
| aty | Grady Milton McCarthy | milton.mccarthy@asmc.alabama.gov |
| aty | Gregory Michael Taube | greg.taube@nelsonmullins.com |
| aty | Ira Dizengoff | idizengoff@akingump.com |
| aty | James Savin | jsavin@akingump.com |
| aty | James Blake Bailey | jbailey@babc.com |
| aty | James G Henderson | JamesH@pm−j.com |
| aty | James H White | jwhite@bakerdonelson.com |
| aty | Jason Wayne Bobo | jwb@cabaniss.com |
| aty | Jay R. Bender | jbender@babc.com |
| aty | Jayna Partain Lamar | jlamar@maynardcooper.com |
| aty | Jennifer Brooke Kimble | jkimble@rumberger.com |
| aty | Jesse S Vogtle, Jr | jvogtle@balch.com |
| aty | John W. Mills | john.mills@btlaw.com |
| aty | Joy Beth Smith | joybeth@maxpopejr.com |
| aty | Karl John Fingerhood | karl.fingerhood@usdoj.gov |
| aty | Kelley Askew Gillikin | kelley.gillikin@revenue.alabama.gov |
| aty | Kenneth Joe Wilson, Jr | kjwilson@wardwilsonlaw.com |
| aty | Kristine Manoukian | kmanoukian@akingump.com |
| aty | Kristofor D Sodergren | bknotice@rcslaw.com |
| aty | Lars A. Peterson | lapeterson@foley.com |
| aty | Leah M. Eisenberg | eisenberg.leah@arentfox.com |
| aty | Lee R. Benton | lbenton@bcattys.com |
| aty | Lindan J. Hill | lhill@gattorney.com |
| aty | Mark F. Hebbeln | mhebbeln@foley.com |
| aty | Mark P. Williams | mpwilliams@nwkt.com |
| aty | Marty L. Brimmage, Jr. | mbrimmage@akingump.com |
| aty | Marvin E. Franklin | mfranklin@najjar.com |
| aty | Matthew M Cahill | mcahill@bakerdonelson.com |
| aty | Max C. Pope, Jr | max@maxpopejr.com |
| aty | Melissa M. Root | mroot@jenner.com |
| aty | Michael A Fritz, Sr | bankruptcy@fritzlawalabama.com |

| | | |
|---|---|---|
| aty | Michael B Odom | modom@rumberger.com |
| aty | Michael E Bybee | mbybee1@bellsouth.net |
| aty | Michael Leo Hall | mhall@burr.com |
| aty | Norman Matt Stockman | nstockman@handarendall.com |
| aty | Patricia Chen | patricia.chen@ropesgray.com |
| aty | Patrick O'Neal Gray | pgray@sullivangraylaw.com |
| aty | Polly Misra | polly.misra@nlrb.gov |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Randolph M Fowler | rfowler@pjgf.com |
| aty | Richard Patrick Carmody | richard.carmody@arlaw.com |
| aty | Robert A Morgan | rmorgan@rosenharwood.com |
| aty | Robert A Morgan | rmorgan@rosenharwood.com |
| aty | Robert Karl Ozols | rozols@maynardcooper.com |
| aty | Robert Moore Weaver | weaver@qcwdr.com |
| aty | S Scott Hickman | scotthickmanlaw@gmail.com |
| aty | Samuel Maples | sam@mtandj.com |
| aty | Samuel Stephens | sstephens@bcattys.com |
| aty | Shelley Bush Marmon | samarmon@cjmlaw.com |
| aty | Stephen B Porterfield | sporterfield@sirote.com |
| aty | Steven J. Shaw | sshaw@sjslawfirm.com |
| aty | Susan Reid Sherrill–Beard | sherrill–beards@sec.gov |
| aty | Thomas Benjamin Humphries | thumphries@sirote.com |
| aty | Walter F McArdle | wfm@spain–gillon.com |
| aty | William W Kannel | wkannel@mintz.com |
| aty | William (Will) Lee Thuston, Jr. | wlt@csattorneys.com |

TOTAL: 88

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Walter Energy, Inc., et al. | 3000 Riverchase Galleria   Suite 1700   Birmingham, AL 35244–2359 |
| cr | WHH Real Estate, LLC | c/o Daniel D. Sparks   505 20th Street North   Suite 1800   Birmingham, AL 35203 |
| cr | Cowin & Company, Inc. | c/o Daniel D. Sparks   505 20th Street North   Suite 1800   Birmingham, AL 35203 |
| cr | Nelson Brothers, LLC | c/o Daniel D. Sparks   505 20th Street North   Suite 1800   Birmingham, AL 35203 |
| ba | J. Thomas Corbett | Bankruptcy Administrator   1800 5th Avenue North   Birmingham, AL 35203 |
| cr | United Mine Workers of America | c/o Sharon L. Levine   Lowenstein Sandler, LLP   65 Livingston Avenue & 6 Becker Farm Rd   Roseland, NJ 07068 |
| intp | Steering Committee | c/o Akin Gump Strauss Hauer & Feld LLP   One Bryant Park   Bank of America Tower   New York, NY 10036–6745 |
| intp | Wilmington Trust, National Association | Corporate Capital Markets   50 South Sixth Street Ste 1290   Minneapolis, MN 55402 |
| intp | Scott Greissman | White & Case LLP   1155 Avenue of the Americas   New York, NY 10036 |
| cr | Alabama State Port Authority | c/o Benjamin S. Goldman, Esquire   2001 Park Place North   Suite 1200   Birmingham, AL 35203 |
| cr | Thompson Tractor Co., Inc. | c/o Benjamin S. Goldman, Esquire   2001 Park Place North   Suite 1200   Birmingham, AL 35203 UNITED STATES |
| cr | Parker Towing Company, Inc. | c/o Benjamin S. Goldman, Esquire   2001 Park Place North   Suite 1200   Birmingham, AL 35203 UNITED STATES |
| cr | RGGS Land & Minerals, LTD., L.P. | c/o Robert A. morgan   ROSN HARWOOD, kPA   2200 Jack Warner Parkway, Suite 200   P. O. Box 2727   Tuscaloosa, AL 35403–2727 |
| cr | Birmingham Rail & Locomotive, Co., Inc. | Lindan J. Hill   600 University Park Place   Suite 100   Birmingham, AL 35209 |
| cr | Arch Insurance Company | c/o C. Ellis Brazeal III   Jones Walker LLP   1819 5th Avenue North   Suite 1100   Birmingham, AL 35203 |
| cr | Aspen American Insurance Company | c/o C. Ellis Brazeal III   Jones Walker LLP   1819 5th Avenue North   Suite 1100   Birmingham, AL 35203 |
| op | Kurtzman Carson Consultants LLC | Attn: James Le   2335 Alaska Ave.   El Segundo, CA 90245 |
| cr | Shook and Fletcher Supply Company, Inc. | c/o Stephen B. Porterfield   Sirote & Permutt, P.C.   2311 Highland Avenue S.   Birmingham, AL 35205 |
| cr | G. R. Harsh Sr., Real Estate Holdings, LLC | c/o Milton Harsh   110 Malaga Avenue   Homewood, AL 35209 |
| intp | Janine LaDouceur | 264 Commerce Street   Hawthorne, NY 10532 |
| cr | Hager Oil Company, Inc. | c/o Marvin E. Franklin   Najjar Denaburg, P.C.   2125 Morris Avenue   Birmingham, AL 35116 |
| cr | S.E. Belcher, Jr. Private Foundation No. 3 | c/o Jesse S. Vogtle, Jr.   PO Box 306   Birmingham, AL 35201 |
| cr | CONSOLIDATED PIPE & SUPPLY CO., INC. | c/o Marvin E. Franklin   Najjar Denaburg, P.C.   2125 Morris Avenue   Birmingham, AL 35203 |
| cr | Pension Benefit Guaranty Corporation | 1200 K St., NW   Washington, DC 20005 |
| cr | Automotive Rentals, Inc. | c/o McGlinchey Stafford   10407 Centurion Pkwy. N.   Suite 200   Jacksonville, FL 32256 |
| cr | Jefferson County Department of Health | and/or Mark E. Wilson, MD   1400 Sixth Avenue South   Birmingham, AL 35233 |
| cr | Wesley West Minerals, Ltd. | c/o Robert A. Morgan   ROSEN HARWOOD, PA   2200 Jack Warner Parkway, Suite 200   PO Box 2727   Tusclaoosa, AL 35403–2727 |

| Type | Name | Address |
|---|---|---|
| intp | U.S. Securities and Exchange Commission | Atlanta Regional Office  950 East Paces Ferry Road, N.E.  Suite 900  Atlanta, GA 30326–1382 |
| cr | George M. Phillippi | 4 Office Park Circle, Suite 313  Birmingham,, AL 35223 |
| cr | Appalachian Power Company d/b/a American Electric Power | c/o Eric T. Ray, Esq.  Post Office Box 306  Birmingham, AL 35201 |
| intp | Ramsay McCormack Land Co. Inc. | c/o Lee R. Benton  Benton & Centeno, LLP  2019 3rd Avenue North  Birmingham, AL 35203 |
| intp | Dominion Resources Black Warrior Trust by and through its Trustee, Southwest Bank | c/o Lee R. Benton  Benton & Centeno, LLP  2019 3rd Avenue North  Birmingham, AL 35203 |
| cr | Comerica Bank | Balch & Bingham LLP  PO Box 306  Birmingham, AL 35201 |
| cr | NATIONAL LABOR RELATIONS BOARD | Region 10 Birmingham Resident Office  1130 22nd St S, Suite 3400  BIRMINGHAM, AL 35205 JEFFERSON |
| cr | Frontier Enterprises | Balch & Bingham LLP  PO Box 306  Birmingham,, AL 35201 |
| crcm | Mayer Electric Supply Co., Inc. | Attn: Mark J. Horn  3405 4th Avenue S  Birmingham, AL 35222 |
| crcm | Delaware Trust Company, as Indenture Trustee | Attn: Sandra E. Horwitz  2711 Centerville Road  Wilmington, DE 19808 |
| crcm | UMWA 1974 Pension Plan and Trust | Attn: David W. Allen  2121 K Street, N.W.  Washington, DC 20037 |
| crcm | UMB Bank National Association | Attn: Mark Flannagan  1010 Grand Blvd.  Kansas City, MO 64106 |
| crcm | United Steelworkers | Attn: David R. Jury  60 Boulevard of the Allies, Room 807  Pittsburgh, PA 15222 |
| crcm | Hager Oil Company, Inc. | Attn: Philip C. Grace  P O Box 1429  Jasper, AL 35502–1429 |
| crcm | United Mine Workers of America | Attn: Grant Crandall  18354 Quantico Gateway Drive, Suite 200  Triangle, VA 22172 |
| crcm | Carroll Engineering Co. | Attn: Greg Wolfe  227 Industrial Park Dr  Harlan, KY 40831 |
| crcm | Consolidated Pipe & Supply Co., Inc. | Attn: Chris Harper  1205 Hilltop Parkway  Birmingham, AL 35124 |
| cr | Michael Earl Carney | 51140 Highway 13  Eldridge, AL 35554 |
| cr | Caterpillar Financial Services Corporation | Baker, Donelson, Bearman,  Caldwell & Berkowitz, PC  420 20th Street North  Suite 1400  Birmingham, AL 35203 |
| cr | Sandvik Mining and Construction USA, LLC | 201 17th Street NW  Suite 1700  Atlanta, GA 30363 |
| aty | Rachel L Webber | ROSEN HARWOOD, PA  2200 Jack Warner Parkway, Suite 200  Post Office Box 2727  Tuscaloosa, AL 35403–2727 |
| crcm | Pension Benefit Guaranty Corporation | Attn: Michael Strollo  1200 K St. NW  Washington, DC 20005 |
| crcm | Nelson Brothers LLC | Attn: Jason K. Baker  820 Shades Creek Pkwy Ste 2000  Birmingham, AL 35209 |
| intp | Michael Bazley | PO Box 20  Tracy, CA 95378 |
| intp | GE Capital Information Technology Solutions, Inc f/d/b/a IKON Financial Services | Bankruptcy Administration  1738 Bass Road  P O Box 13708  Macon, GA 31208–3708 |
| intp | WHH Real Estate, LLC | c/o Lee R. Benton  Benton & Centeno, LLP  2019 3rd Avenue North  Birmingham, AL 35203 |
| cr | Alabama Gas Corporaton | c/o Brian R. Walding  Walding LLC  2227 First Avenue South, Suite 100  Birmingham, AL 35233 |
| cr | Jewel D Chaney | 2759 County Road 63 South  Berry, AL 35546 |
| intp | Robert Makohin | 73280 Shadow Mountain Dr Unit D  Palm Desert, CA 92260 |
| intp | Albert Plus, LLC | 407 Vantage Point  Tuscaloosa, AL 35406 |
| cr | EXLP Operating, LLC | Stephen B. Porterfield  Sirote & Permutt, P.C.  2311 Highland Avenue S.  Birmingham, AL 35205 |
| intp | University of Notre Dame | c/o Lee R. Benton  Benton & Centeno, LLP  2019 3rd Avenue North  Birmingham, AL 35203 |
| cr | KyKennKee, Inc | P.O. Box 290  Vance, AL 35490 |
| crcm | Official Committee of Retired Employees of Walter Energy, Inc. | Adams and Reese LLP  1901 6th Avenue North, Suite 3000  Birmingham, AL 35203 UNITED STATES OF AMERICA |
| cr | Alabama Surface Mining Commission | P. O. Box 2390  Jasper, AL 35402–2390 |
| cr | Charles M. Cassidy Group, LLC | c/o Kristofor D. Sodergren  Rosen Harwood, P.A.  2200 Jack Warner Parkway, Suite 200  P.O. Box 2727  Tuscaloosa, AL 35403–2727 |
| cr | Alabama Department of Conservation and Natural Resources | c/o Kristofor D. Sodergren  Rosen Harwood, P.A.  P.O. Box 2727  Tuscaloosa, AL 35403–2727 |
| ex | Direct Fee Review LLC | W. Joseph Dryer  1000 N West Street Suite 1200  Wilmington, DE 19801 |
| ba | Birmingham Water Works | 3600 1st Avenue N  Birmingham, AL 35222 |
| aty | Maynard, Cooper and Gale | Maynard, Cooper, & Gale, P.C.  1901 Sixth Avenue North  2400 AmSouth Harbert Plaza  Birmingham, AL 35203–2618 |
| cr | Southeast Fabricators, Inc. | c/o Kristofor D. Sodergren  Rosen Harwood, P.A.  P.O. Box 2727  Tuscaloosa, AL 35403 |
| cr | Citizens' Water Service, Inc. | PO Box 670  Vance, AL 35490 |
| intp | Frankie R. Cicero | PO Box 126  Sumiton, Al 35148 |
| cr | Preston B. Burnett | S. Scott Hickman, Atty at Law, LLC  c/o S. Scott Hickman  2600  Tuscaloosa, Al 35401 |
| cr | Oracle America, Inc. | c/o Shawn M. Christianson  Buchalter Nemer  55 Second Street, 17th Floor  San Francisco Ca, 94105 SAN FRANCISCO |
| intp | Barbara Ann Chism | 14123 Freeman Rd  Tuscaloosa, AL 35405–9579 |
| cr | TN Dept of Revenue | c/oTN Atty General, Bankruptcy Div  PO Box 20207  Nashville, TN 37202–0207 |
| op | AixPartners LLP | James A. Mesterharm, Managing Director  2000 Town Center Ste 2400  Southfield, MI 48075 |
| op | The Segal Company (Eastern States), Inc. | 1920 N Street NW  Suite 400  Washington, DC |
| cr | ACE American Insurance Company (Creditor) | c/o David B. Anderson  505 N. 20th Street, Suite 1450  Birmingham |

| | | | | | |
|---|---|---|---|---|---|
| cr | United States of America | Joyce White Vance | United States Attorney | 1801 Fourth Avenue North | Birmingham, AL 35203 |
| fa | Keightley & Ashner LLP | 700 12th Street NW | Washington, DC 20005 | | |
| aud | Ernst & Young LLP | Jeffrey Blankenship | 1901 6th Ave N Ste 1200 | Birmingham, AL 35203 | |
| intp | Ronnie Hodges | 5023 Jiim Gogganus Rd | Dora, AL 35062 | | |
| intp | Terry Eulenstein | 12116 Narrow Lane | Brookwood, AL 35444 | | |
| intp | Vicki R. Craig | 1801 Green Street | Selma, AL 36703 | | |
| intp | Barbara Warren | 116 Daventry Dr | Calera, AL 35040 | | |
| intp | Jeffrey Brian Watts | P O Box 505 | Resaca, GA 30735 | | |
| intp | Franklin Perdue | 3105 29th Ave N` | Birmingham, AL 35207 | | |
| intp | Regions/FNBT | c/o Robert A. Morgan | ROSEN HARWOOD, PA | PO Box 2727 | Tuscaloosa, AL 35403−2727 |
| intp | University of Notre Dame du Lac | c/o Robert A. Morgan | ROSEN HARWOOD, PA | PO Box 2727 | Tuscaloosa, AL 35403−2727 |
| intp | Regions Bank | c/o Robert A. Morgan | ROSEN HARWOOD, PA | PO Box 2727 | Tuscaloosa, AL 35403−2727 |
| fa | Berkeley Research Group LLC | 1800 M St NW Ste 200 | Washington, DC 20036 | | |
| cr | De−Gas | c/o Jesse S. Vogtle, Jr. | Balch & Bingham LLP | PO Box 306 | Birmingham, AL 35201 |
| cr | Pardee Minerals LLC | Baker, Donelson, Bearman | Caldwell & Berkowitz, PC | 420 North 20th Street Suite 1400 | Birmingham, AL 35203 |
| cr | Airgas USA, LLC | c/o Kathleen M. Miller | Smith, Katzenstein & Jenkins, LLP | PO Box 410 | Wilmington, DE 19801 |
| cr | Alabama Power Company | c/o Eric T. Ray, Esq. | Balch & Bingham | P. O. Box 306 | Birmingham, AL 35201−0306 |
| cr | George Hunter Enis | c/o Kyle B. Fonville | Burnett Plaza, Suite 2000 | 801 Cherry Street, Unit 46 | Fort Worth, TX 76102 |
| cr | Kforce, Inc. | Cabaniss Johnston | 2001 Park Place North Suite 700 | Birmingham, AL 35203 | |
| intp | John Jenkins | 1229−15th Place SW | Birmingham, AL 35211 | | |
| cr | CSX Transportation, Inc. | c/o James H. White, IV | 420 20th Street North Suite 1400 | Birmingham, AL 35203 | |
| cr | Strata Mine Services, LLC | c/o James H. White, IV | Baker Donelson | 420 20th Street North Suite 1400 | Birmingham, AL 35203 |
| intp | LLoyd, Gray, Whitehead & Monroe, P.C. | c/o Lee R. Benton | Benton & Centeno, LLP | 2019 3rd Avenue North | Birmingham, AL 35203 |
| aty | Morrison & Foerster LLP | 250 West 55th Street | New York, NY 10019−9601 | | |
| aty | Allan J. Arffa | Paul, Weiss, Rifkind, Wharton & Garrison | 1285 Avenue of the Americas | New York, NY 10019−6064 | |
| aty | Amelia C. Joiner | Morgan, Lewis & Bockius LLP | One Federal St | Boston, MA 02110−1726 | |
| aty | Andrew I. Silfen | Arent Fox PLLC | 1675 Broadway | New York, NY 10019 | |
| aty | Beth Brownstein | Arent Fox PLLC | 1675 Broadway | New York, NY 10019 | |
| aty | Bobby H Cockrell, Jr | Cockrell & Cockrell | 1409 University Blvd | Tuscaloosa, AL 35401−1633 | |
| aty | Brett Miller | MORRISON &FOERSTER LLP | 250 West 55th Street | New York, NY 10019−9601 | |
| aty | Bruce D. Buechler | Lowenstein Sandler LLP | 65 Livingston Avenue | Roseland, NJ 07068 | |
| aty | Charles B. Sklarsky | Jenner & Block LLP | 353 North Clark Street | Chicago, IL 60654−3456 | |
| aty | Charles L. Kerr | MORRISON &FOERSTER LLP | 250 West 55th Street | New York, NY 10019−9601 | |
| aty | Chris D. Lindstrom | Cooper & Scully, P.C. | 815 Walker St. #1040 | Houston, TX 77002 | |
| aty | Crystal R. Axelrod | Morgan, Lewis & Bockius LLP | 1000 Louisiana Street, Suite 4000 | Houston, TX 77002−5005 | |
| aty | Dan Youngblut | Paul, Weiss, Rifkind, Wharton & Garrison | 1285 Avenue of the Americas | New York, NY 10019−6064 | |
| aty | Daniel J. Leffell | Paul, Weiss, Rifkind, Wharton & Garrison | 1285 Avenue of the Americas | New York, NY 10019−6064 | |
| aty | David R. Jury | United Steelworkers | Five Gateway Center Room 807 | Pittsburgh, PA 15222 | |
| aty | Eric J. Taube | Taube Summers Harrison Taylor Meinzer Br | 100 Congress Avenue Suite 1800 | Austin, TX 78701 | |
| aty | Erica J. Richards | MORRISON &FOERSTER LLP | 250 West 55th Street | New York, NY 10019−9601 | |
| aty | Harold L. Kaplan | 321 North Clark St Ste 2800 | Chicago, IL 60654−5313 | | |
| aty | J. Alexander Lawrence | MORRISON &FOERSTER LLP | 250 West 55th Street | New York, NY 10019−9601 | |
| aty | James A. Newton | MORRISON &FOERSTER LLP | 250 West 55th Street | New York, NY 10019−9601 | |
| aty | Jennifer L. Marines | MORRISON &FOERSTER LLP | 250 West 55th Street | New York, NY 10019−9601 | |
| aty | John C. Goodchild, III | Morgan, Lewis & Bockius LLP | 1701 Market Street | Philadelphia, PA 19103−2921 | |
| aty | John H. Maddock, III | McGuireWoods LLP | Gateway Plaza | 800 East Canal Street | Richmond, VA 23219 |
| aty | John R. Mooney | Mooney, Green, Saindon, Murphy & Welch, | 1920 L Street NW Suite 400 | Washington, DC 20036 | |
| aty | Julie M. Koenig | Cooper & Scully, P.C. | 815 Walker St. #1040 | Houston, TX 77002 | |
| aty | Kyle B. Fonville | DECKER JONES, P.C. | Burnett Plaza, Suite 2000 | 801 Cherry Street, Unit 46 | Fort Worth, TX 76102 |
| aty | Landon S. Raiford | Jenner & Block LLP | 353 North Clark Street | Chicago, IL 60654−3456 | |
| aty | Lorenzo Marinuzzi | MORRISON &FOERSTER LLP | 250 West 55th Street | New York, NY 10019−9601 | |
| aty | Mark R. Sommerstein | Ropes & Gray LLP | 1211 Avenue of the Americas | New York, NY 10035−8704 | |

| | | | | | |
|---|---|---|---|---|---|
| aty | Melissa Y. Boey | Morgan, Lewis & Bockius LLP | 101 Park Avenue | New York, NY 10178–0060 | |
| aty | Michael E. Collins | Manier & Hood | One Nashville Place | 1500 Fourth Ave N Ste 2200 | Nashville, TN 37219 |
| aty | Nicole M. Brown | Lowenstein Sandler LLP | 65 Livingston Avenue | Roseland, NJ 07068 | |
| aty | P. Sabin Willett | Morgan, Lewis & Bockius LLP | One Federal Street | Boston, MA 02110–1726 | |
| aty | Paul Kizel | Lowenstein Sandler LLP | 65 Livingston Avenue | Roseland, NJ 07068 | |
| aty | Paul A. Green | Mooney, Green, Saindon, Murphy & Welch, | 1920 L Street NW Suite 400 | Washington, DC 20036 | |
| aty | Peter E. Ferraro | 1011 W 10th St | Austin, TX 78703 | | |
| aty | Phillip J. Gross | Lowenstein Sandler LLP | 65 Livingston Avenue | Roseland, NJ 07068 | |
| aty | Rachel Jaffe Mauceri | Morgan, Lewis & Bockius LLP | 1701 Market Street | Philadelphia, PA 19103–2921 | |
| aty | Richard M Seltzer | Cohen, Weiss & Simon LLP | 330 West 42nd Street | New York, NY 10036 | |
| aty | Robert N. Kravitz | Paul, Weiss, Rifkind, Wharton & Garrison | 1285 Avenue of the Americas | New York, NY 10019–6064 | |
| aty | Ruth McFarland | Winter McFarland LLC | 205 McFarland Circle North | Tuscaloosa, AL 35406 | |
| aty | S. Jason Teele | Lowenstein Sandler LLP | 65 Livingston Avenue | Roseland, NJ 07068 | |
| aty | Sam H. Poteet, Jr. | Manier & Hood | One Nashville Place | 1500 Fourth Ave N Ste 2200 | Nashville, TN 37219 |
| aty | Samantha Martin | MORRISON &FOERSTER LLP | 250 West 55th Street | New York, NY 10019–9601 | |
| aty | Scott C. Williams | Manier & Hood | One Nashville Place | 1500 Fourth Ave N Ste 2200 | Nashville, TN 37219 |
| aty | Sharon L. Levine | Lowenstein Sandler LLP | 65 Livingston Avenue | Roseland, NJ 07068 | |
| aty | T. Michah Dortch | Cooper & Scully, P.C. | 900 Jackson, Suite 100 | Dallas, TX 75202 | |
| aty | Thomas N Ciantra | Cohen, Weiss & Simon LLP | 330 West 42nd Street | New York, NY 10036 | |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 | |
| smg | Steering Committee | c/o Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | Bank of America Tower | New York, NY 10036–6745 |

TOTAL: 150