# Court Conference

## U.S. Bankruptcy Court-N.D. Alabama (Southern Division)
## Confirmed Telephonic Appearance Schedule
## Judge Tamara O. Mitchell
## Courtroom

*Amended Calendar 01/13/2016 07:55 AM*

Calendar Date: **01/13/2016**
Calendar Time: **10:00 AM CT**

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7375703 | Nicole M. Brown | (973) 597-2500 ext. 2252 | Lowenstein Sandler, LLP | Creditor, United Mine Workers of America / LIVE |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7374116 | Patricia Chen | (617) 951-7553 | Ropes & Gray LLP | Interested Party,Wilmington Trust FSB / LISTEN ONLY |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7372896 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research Inc. / LISTEN ONLY |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7374318 | Joseph Dryer | (302) 287-0955 | Direct Fee Review, LLC | Interested Party, Direct Fee Review, LLC / LIVE |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7377095 | Elizabeth Feld | (212) 819-8549 | White & Case LLP | Representing, Morgan Stanley Senior Funding as First Lien Administrative Agent / LISTEN ONLY |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7371443 | Jennifer B. Kimble | (205) 327-5550 ext. 32755 | Rumberger Kirk & Caldwell | Creditor, United Mine Workers of America / LIVE |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7375686 | Sharon L. Levine | (973) 597-2374 | Lowenstein Sandler, LLP | Creditor, United Mine Workers of America / LIVE |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7376923 | Kristine Manoukian | (212) 872-8076 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Steering Group / LISTEN ONLY |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7376976 | Lorenzo Marinuzzi | (212) 468-8000 | Morrison & Foerster LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7371295 | Mitchell Mataya | (205) 521-8378 | Bradley Arant Boult Cummings LLP | Debtor, Walter Energy, Inc. et. al / LISTEN ONLY |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7360733 | Dawn McCarty | (212) 318-2300 | Bloomberg LP | Interested Party,Dawn McCarty / LISTEN ONLY |
| | | Walter Energy, Inc., et al. | 15-02741 | Hearing | 7370929 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |

Copyright © 2016 CourtCall LLC. All Rights Reserved.

Case 15-02741-TOM7    Doc 1616    Filed 01/13/16    Entered 01/13/16 10:19:51    Desc Main Document    Page 1 of 2

| | Walter Energy, Inc., et al. | 15-02748 | Hearing | 7376257 | Liz Park | (646) 453-1259 | FTI Consulting, Inc. | Interested Party,The Committee / LISTEN ONLY |
|---|---|---|---|---|---|---|---|---|

Copyright © 2016 CourtCall LLC. All Rights Reserved.

Case 15-02741-TOM7    Doc 1616    Filed 01/13/16    Entered 01/13/16 10:19:51    Desc
Main Document    Page 2 of 2