## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ALABAMA

PDF FILE WITH AUDIO FILE ATTACHMENT

15-02741

Walter Energy, Inc., et al.

RE: Doc #1868; Joint Motion of the Debtors, United Mine Workers of America, and Coal Acquisition LLC for Entry of an Order Pursuant to 11 U.S.C. 105(a), 363, 1114 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Formation and Funding of the W

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 15-02741 |
| Case Title : | Walter Energy, Inc., et al. |
| Audio Date\Time: | 2/17/2016 9:58:50 AM |
| Audio File Name : | 15-02741bk2_2172016-95850-AM.mp3 |
| Audio File Size : | 14260 KB |
| Audio Run Time : | [00:39:37] (hh:mm:ss) |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**