IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| In re: | Chapter 11 |
|---|---|
| WALTER ENERGY, INC, *et al.*, | Case No. 15-02741-TOM11 |
| Debtors. | Jointly Administered |

### CREDITOR, STRATA MINE SERVICES, LLC'S
### NOTICE PURSUANT TO 11 U.S.C. §546(b)

Creditor, Strata Mine Services, LLC ("Strata"), by and through its undersigned counsel, and pursuant to the applicable provisions of 11 U.S.C. §546(b), provides the following notice:

1. On July 15, 2015 (the "Petition Date"), Walter Energy, Inc. and certain of its subsidiaries[1] filed a voluntary petition under Chapter 11 of the Bankruptcy Code and are currently being jointly administered.

2. Prior to the Petition Date, Strata agreed to provide Jim Walter Resources, Inc. ("Jim Walter") with installed and serviced ventilation structures for an underground mine at Lock 17 Road Mine #4 in Brookwood, Alabama, which included labor, materials,

---

[1] The debtor Subsidiaries of Walter Energy, Inc. include: (1) Atlantic Development and Capital, LLC (Case No. 15-2474-TOM); (2) Atlantic Leaseco, LLC (Case No. 15-2773-TOM); (3) Blue Creek Coal Sales, Inc. (Case No. 15-2750-TOM); (4) Blue Creek Energy, Inc. (Case No. 15-2752-TOM); (5) J.W. Walter, Inc. (Case No. 15-2755-TOM); (6); Jefferson Warrior Railroad Company, Inc. (Case No. 15-2759-TOM); Jim Walter Homes, LLC (Case No. 15-2762-TOM): (7) Jim Walter Resources, Inc. (Case No. 15-2743-TOM); (8) Maple Coal Co., LLC (Case No. 15-2764-TOM); (9) Sloss-Scheffield Steel & Iron Company (Case No. 15-2766-TOM); (10) SP Machine, Inc. (Case No. 15-2746-TOM); (11) Taft Coal Sales & Associates, Inc. (Case No. 15-2751-TOM); (12) Tuscaloosa Resources, Inc. (Case No. 15-2753-TOM); (13) V Manufacturing Company (Case No. 15-2754-TOM); (14) Walter Black Warrior Basin LLC (Case No. 15-2756-TOM): (15) Walter Coke, Inc. (Case No. 15-2744-TOM); (16) Walter Energy Holdings, LLC (Case No. 15-2758-TOM); (17) Walter Energy, Inc. (Case No. 15-2741-TOM); (18) Walter Exploration & Production LLC (Case No. 15-2757-TOM); (19) Walter Home Improvement, Inc. (Case No. 15-2760-TOM); (20) Walter Land Company (Case No. 15-2761-TOM); (21) Walter Minerals, Inc. (Case No. 15-2763-TOM); and (22) Walter Natural Gas, LLC (Case No. 15-2765-TOM)

equipment and other things incidental thereto, in connection with the Walter Energy project (the "Agreement").

3. Strata has adhered to all agreed terms and conditions required by the Agreement. However, despite Strata's performance under the Agreement, Jim Walter failed to pay Strata. Accordingly, as of the Petition Date, Strata is owed not less than $230,218.80 for its performance under the Agreement.

4. On or about October 2, 2015 and pursuant to Alabama Code Title 35, Chapter 11, et seq., Strata filed and recorded with the Tuscaloosa County Clerk of Court a certain materialman's lien in order to perfect its interest in certain of Jim Walter's properties (the "Lien"). The Lien is attached hereto as **Exhibit A**.

5. Pursuant to 11 U.S.C. 362(b)(3), a bankruptcy petition "does not operate as a stay . . . out of any act to perfect, or to maintain or continue the perfection of, an interest in property to the extent that the trustee's rights and powers are subject to such perfection under Section 546(b)." Accordingly, an action to perfect a materialman's lien is excepted from the automatic stay by Section 362(b)(3). *See In re Maas,* 69 B.R. 245 (Bankr. M.D. Fla. 1986); *In re Continental County Club, Inc.,* 64 B.R. 177 (Bankr. M.D. Fla. 1986).

6. However, where an action is required to enforce such lien in contravention of 11 U.S.C. §362(a)(4), 11 U.S.C. §546(b) "allows, and indeed compels, creditors to give notice to a debtor instead of filing suit." *In re 360 Networks (USA) Inc.,* 282 B.R. 756, 763 (Bankr. S.D.N.Y. 2001) (citing *In re Baldwin Builders,* 232 B.R. 406, 412 (B.A.P. 9th Cir. 1999); *In re Coated Sales,* 147 B.R. 842, 845-846 (S.D.N.Y. 1992); *In re Rincon Island Ltd. Partnership,* 253 B.R. 880, 884 (Bankr. C.D. Cal 2000)).

{01372/0001/00169303.2}    2

Case 15-02741-TOM11    Doc 1935    Filed 02/19/16    Entered 02/19/16 09:25:53    Desc
Main Document    Page 2 of 8

7. Pursuant to Alabama Code Title 35, Chapter 11, no lien provided thereunder shall continue for longer than the applicable period set forth therein without the commencement of an action to enforce the lien. Alabama Code Title 35, Chapter 11. Accordingly, as Alabama Code requires an enforcement action to be commenced within the applicable time periods of the filing of the Mechanics Liens, Strata now files this notice pursuant to 11 U.S.C. §546(b) in order to maintain and continue its perfection of interests and toll the time for filing the enforcement action pursuant to 11 U.S.C. §108.

Dated: February 19, 2016

                          Respectfully submitted,

                          /s/ Michael Lindsey
                          Michael Lindsey

                          **ATTORNEY FOR STRATA MINE SERVICES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail and/or CM/EDF upon all parties on the attached service list on February 19, 2016 and, furthermore, a true and correct copy is being served via U.S. Mail upon Debtors' counsel Bradley Arant Boult Cummings, LLP, One Federal Place, 1819 5th Avenue North, Birmingham, Alabama 35203.

                          /s/Michael Lindsey

STATE OF ALABAMA )
COUNTY OF TUSCALOOSA )

### VERIFIED STATEMENT OF LIEN

NOW COMES **Strata Mine Services, LLC a subsidiary of Strata Worldwide, LLC** ("Strata Mine"), 8995 Roswell Road, Sandy Springs, GA 30350 and files this statement in writing, verified by the oath of Stephen Moss, the Commercial Counsel for Strata Mine, who has personal knowledge of the facts set forth herein: That Strata Mine claims a lien upon the following property situated in Tuscaloosa County, Alabama, to-wit:

**Walter Energy**
**14730 Lock 17 Road Mine #4, Brookwood, AL 35444**

This lien is claimed, separately and severally, as to the land, buildings and the improvements thereon to the extent of the entire lot or parcel, which is contained within the city or town. If said land is not within a city or town, this lien is claimed, separately and severally, as to the buildings and improvements located on the above described real property, and one acre in addition to the land upon which the building or improvement is situated.

That the said lien is claimed to secure an indebtedness of Two Hundred Thirty Thousand, Two Hundred Eighteen Dollars and 80/100 Dollars ($230,218.80), with interest and attorney's fees from, to-wit: the twenty-seventh (27th) day of February, 2014, for materials furnished, to wit: mine ventilation structures installed & serviced in underground mine. The materials were provided to improve said property. The name of the owner and/or proprietor of the aforesaid property is: **Jim Walter Resources, Inc.**

**Strata Mine Services, LLC**
**a subsidiary of Strata Worldwide, LLC**

By: _____
Stephen Moss
Commercial Counsel

STATE OF GEORGIA )
COUNTY OF FULTON )

Before me personally appeared Stephen Moss, Commercial Counsel for Strata Mine, who being duly sworn, does depose and say: That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Stephen Moss

Subscribed and sworn to before me on this the 24th day of SEPTEMBER, 2015 by said Affiant.

_____
Notary Public
My Commission Expires: 5.18.18

Prepared by: Michael Lindsey, Esq., 244 Inverness Center Drive, Suite 200, Birmingham, AL 35242

Book/Pg: 2015/4884.0001
Term/Cashier: PRO-RECORDING2/RENEEA
Tran: 806234
Recorded: 10/2/2015 9:38:48 AM
Probate Judge Fee $2.00
Recording Fee - By Page Count $3.00
Total: $5.00

Case 15-02741-TOM11   Doc 1935   Filed 02/19/16   Entered 02/19/16 09:25:53   Desc Main Document   Page 4 of 8

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| A. Lee Tucker | | leetucker@leetucker-law.com | Counsel to Frankie R Cicero |
| Adams and Reese LLP | Richard P. Carmody, David K. Bowsher & Russell J. Rutherford | richard.carmody@arlaw.com; david.bowsher@arlaw.com; russell.rutherford@arlaw.com | Counsel to the 1114 Committee |
| Akin Gump Strauss Hauer & Feld LLP | Ira Dizengoff, Kristine Manoukian, Lisa G. Beckerman, Maurice L. Brimmage | idizengoff@akingump.com; lbeckerman@akingump.com; mbrimmage@akingump.com; kmanoukian@akingump.com | Counsel to Steering Committee of First Lien Creditors |
| Akin Gump Strauss Hauer & Feld LLP | James Savin | jsavin@akingump.com | Counsel to Steering Committee of First Lien Creditors |
| Alabama Surface Mining Commission | Legal Division | milton.mccarthy@asmc.alabama.gov | Counsel to Alabama Surface Mining Commission |
| Arent Fox LLP | Andrew I. Silfen, Leah M. Eisenberg & Beth M. Brownstein | Andrew.silfen@arentfox.com; Leah.eisenberg@arentfox.com; beth.brownstein@arentfox.com | Counsel to BOKF, N.A. |
| BAILEY & GLASSER LLP | David L. Selby II & Matthew J. Ford | dselby@baileyglasser.com; mford@baileyglasser.com | State of West Virginia Department of Environmental Protection |
| BAILEY & GLASSER LLP | Kevin W. Barrett | kbarrett@baileyglasser.com | State of West Virginia Department of Environmental Protection |
| BAKER DONELSON BEARMAN, CALDWELL & BERKOWITZ, PC | James H. White, IV | jwhite@bakerdonelson.com | Counsel for Strata Mine Services, LLC |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C | W. Patton Hahn | phahn@bakerdonelson.com | Counsel to Pardee Minerals LLC |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | Eric L. Pruitt | epruitt@bakerdonelson.com | Counsel for Caterpillar Financial Services Corporation |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | Matthew M. Cahill | mcahill@bakerdonelson.com | Counsel for Caterpillar Financial Services Corporation; Counsel to Pardee Minerals LLC |
| BALCH & BINGHAM LLP | Jeremy L. Retherford & Paul H. Greenwood | pgreenwood@balch.com; jretherford@balch.com | Counsel to Blue Cross Blue Shield of Alabama |
| Balch & Bingham LLP | Jesse S. Vogtle, Jr. | jvogtle@balch.com; | Counsel to S.E. Belcher, Jr. Private Foundation No. 3 & De-Gas |
| Benton & Centeno | Lee R. Benton | lbenton@bcattys.com | Counsel to Llody, Gray, Whitehead & Monroe PC |
| Bradley Arant Boult Cummings LLP | Patrick Darby, Jay Bender, Cathleen Moore, James Bailey | pdarby@babc.com; jbender@babc.com; ccmoore@babc.com; jbailey@babc.com | Debtors Counsel |
| Buchalter Nemer | Shawn M. Christianson | schristianson@buchalter.com | Counsel to Oracle America, Inc., successor-in-interest to Oracle USA, Inc. ("Oracle"), and Oracle Credit Corporation |
| Burr Forman LLP | Michael Hall, D Christopher Carson, Hanna Lahr | mhall@burr.com; ccarson@burr.com; hlahr@burr.com | Counsel to Steering Committee of First Lien Creditors |
| C. Taylor Crockett PC | C Taylor Crockett | taylor@taylorcrockett.com | Counsel to RoShonda Cotton |
| Carroll Engineering Company | Attn Greg Wolfe | agw@carrollengineeringco.com | Official Committee of Unsecured Creditors |
| CHRISTIAN & SHAW, P.C. | Steven J. Shaw | sshaw@christianshawlaw.com | Counsel to Oracle America, Inc. |
| Christian & Small LLP | Daniel D. Sparks, & Bill D. Bensinger | dds@csattorneys.com; bdb@csattorneys.com; bdbensinger@csattorneys.com; ddsparks@csattorneys.com | Counsel to WHH Real Estate, LLC, Cowin & Company, Inc., Nelson Brothers, LLC; Proposed Counsel to the Official Committee of Unsecured Creditors |
| Cockrell & Cockrell | Bobby H. Cockrell Jr. | cockrell1@aol.com | Counsel to Jewel Chaney |
| Consolidated Pipe & Supply Co. | Attn Chris Harper | charper@consolidatedpipe.com | Official Committee of Unsecured Creditors |
| Cowin & Company | Attn John Moore | jemoore@cowin-co.com | Official Committee of Unsecured Creditors |
| Crady, Jewett & McCulley, LLP | Shelley Bush Marmon | samarmon@cjmlaw.com | Counsel to Wesley West Minerals, Ltd. |
| Delaware Trust Company, as Indenture Trustee $388,000,000 of 9.875% Senior Notes due 2020 | Attn: Sandra E. Horwitz | shorwitz@delawaretrust.com | Official Committee of Unsecured Creditors |
| Environmental Protection Agency | Atlanta Federal Center | beswick.kevin@epa.gov | US Environmental Protection Agency |
| Foley & Lardner LLP | Harold L. Kaplan, Mark F. Hebbeln, Lars A. Peterson | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com | Top 50 Creditor; and Counsel to UMB Bank, N.A., as successor indenture trustee for the 8.500% Senior Notes due 2021 |
| GE Capital Technology Solutions Inc | c/o Ricoh USA Program fdba IKON Financial Services | christine.etheridge@leasingconnection.com | Interested Party |
| Gordon, Dana & Gilmore, LLC | Lindan J. Hill | lhill@gattorney.com | Counsel to Birmingham Rail & Locomotive, Co., Inc. |
| Hand Arendall LLC | Benjamin S. Goldman, Esquire | bgoldman@handarendall.com | Counsel to Thompson Tractor Co., Inc,. Parker Towing Company, Inc. & Alabama State Port Authority |
| Hand Arendall LLC | Norman M. Stockman | nstockman@handarendall.com; AVaughn@handarendall.com | Counsel to Alabama State Port Authority & Parker Towing Company, Inc. |
| Industrial Mining Supply, Inc. | Attn Phillip Bradford | pbradford@indms.com | Official Committee of Unsecured Creditors |
| Jenner & Block LLP | Catherine L. Steege, Charles Sklarsky, Melissa Root & Landon Raiford | CSteege@jenner.com; csklarsky@jenner.com; mroot@jenner.com; lraiford@jenner.com | Counsel to the 1114 Committee |
| Jones Walker LLP | C. Ellis Brazeal III | ebrazeal@joneswalker.com | Counsel to Arch Insurance Company & Aspen America Insurance Company |
| Lowenstein Sandler PC | Nicole M. Brown | nbrown@lowenstein.com | Counsel to United Mine Workers of America |
| Lowenstein Sandler PC | Paul Kizel | pkizel@lowenstein.com | Counsel to United Mine Workers of America |
| Lowenstein Sandler PC | Philip J. Gross | pgross@lowenstein.com | Counsel to United Mine Workers of America |
| Lowenstein Sandler PC | Sharon Levine | slevine@lowenstein.com | Counsel to United Mine Workers of America |
| Maples Tucker & Jacobs ::C | W.C. Tucker Jr. and Samuel Maples | carla@mtandj.com | Counsel to Brandon Williams |
| Max C. Pope, Jr. and Joy Beth Smith | | max@maxpopejr.com; joybeth@maxpopejr.com | Counsel to A.W.S., Inc. |
| Mayer Electric Supply | Attn Mark J Horn | mhorn@mayerelectric.com | Official Committee of Unsecured Creditors |
| Maynard, Cooper & Gale, P.C. | Jayna Partain Lamar, Leland Murphree, David M. Smith, Stephanie H. Mays, Tiffany P. Rainbolt, and Robert K. Ozolx | jlamar@maynardcooper.com; lmurphree@maynardcooper.com; dsmith@maynardcooper.com; smays@maynardcooper.com; trainbolt@maynardcooper.com; | Special Counsel to the Debtors |
| McGlinchey Stafford | Daniel J. Pasky, Esq. | dpasky@mcglinchey.com | Counsel to Automotive Rentals, Inc. |
| McGUIREWOODS LLP | Frank J. Guadagnino | fguadagnino@mcguirewoods.com | Counsel for Strata Mine Services, LLC |
| McGUIREWOODS LLP | John H. Maddock III | jmaddock@mcguirewoods.com | Counsel to CSX Transportation, Inc. |
| Michael A. Fritz, Sr. | | bankruptcy@fritzlawalabama.com | Counsel to Kykenkee, Inc. |
| Michael E. Bybee | Attorney At Law | mbybee1@bellsouth.net; crow.bybee@gmail.com | Counsel to Industrial Mining Supply, Inc. |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | John H. Bae, Esq. | jbae@mintz.com | Counsel to Delaware Trust Company |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William W. Kannel, Esq. & Adrienne K. Walker, Esq | wkannel@mintz.com; awalker@mintz.com | Top 50 Creditor; and Counsel to Delaware Trust Company |

In re Walter Energy, Inc.
Case No. 15-02741 (TOM)

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Mooney, Green, Saindon, Murphy & Welch, P.C. | Paul A. Green & John R. Mooney | pgreen@mooneygreen.com; jmooney@mooneygreen.com | Counsel to United Mine Workers of America 1974 Pension Plan and Trust and its Trustees; United Mine Workers of America 1993 Pension Plan and Trust and its Trustees; United Mine Workers of America 1992 Benefit Plan and its Trustees; United Mine Workers of America Combined Benefit Fund and its Trustees; United Mine Workers of America Cash Deferred Savings Trust of 1988 and its Trustees; and United Mine Workers of America 2012 Retiree Bonus Account Trust and its Trustees |
| Morgan, Lewis & Bockius LLP | Crystal R. Axelrod, Melissa Y. Boey, Julia Frost-Davies, John C. Goodchild, III, Amelia C. Joiner, Rachel Jaffe Mauceri, | caxelrod@morganlewis.com; melissa.boey@morganlewis.com; julia.frost-davies@morganlewis.com; jgoodchild@morganlewis.com; amelia.joiner@morganlewis.com; rmauceri@morganlewis.com | Counsel to United Mine Workers of America 1974 Pension Plan and Trust and its Trustees; United Mine Workers of America 1993 Pension Plan and Trust and its Trustees; United Mine Workers of America 1992 Benefit Plan and its Trustees; United Mine Workers of America Combined Benefit Fund and its Trustees; United Mine Workers of America Cash Deferred Savings Trust of 1988 and its Trustees; and United Mine Workers of America 2012 Retiree Bonus Account Trust and its Trustees |
| Morrison & Foerster LLP | Lorenzo Marinuzzi & Brett H Miller & Jennifer L Marines & Samantha Martin & James A. Newton & Erica J. Richards & J. Alexander Lawrence & Charles L. Kerr | alawrence@mofo.com; brettmiller@mofo.com; lmarinuzzi@mofo.com; jmarines@mofo.com; smartin@mofo.com; jnewton@mofo.com; erichards@mofo.com; CKerr@mofo.com | Counsel to the Committee of Unsecured Creditors |
| Moses & Moses, P.C. | Charles H. Moses, III | Charlie@mosespc.com | Counsel to Ramsay McCormack Land Co. Inc. |
| Najjar Denaburg, PC | Marvin E Franklin | mfranklin@najjar.com | Counsel to Hager Oil Company, Inc., & Consolidated Pipe and Supply, Co., Inc. |
| National Labor Relations Board, Region 10 | Katherine Chahrouri & Joseph W. Webb | katherine.chahrouri@nlrb.gov; joseph.webb@nlrb.gov | National Labor Relations Board |
| Nelson Mullins Riley & Scarborough LLP | Gregory M. Taube | greg.taube@nelsonmullins.com | Counsel to Sandvik Mining and Construction USA, LLC |
| Norman, Wood, Kendrick and Turner | Mark P. Williams | mpwilliams@nwkt.com | Counsel to BOKF, N.A. |
| Office of the Bankruptcy Administrator | Northern District of Alabama | Thomas_Corbett@alnba.uscourts.gov; jon_dudeck@alnba.uscourts.gov | Bankruptcy Administrator for the Northern District of Alabama |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephen Shimshak, Kelly Cornish, Claudia Tobler, Ann Young, Michael Rudnick | sshimshak@paulweiss.com; kcornish@paulweiss.com; ctobler@paulweiss.com; ayoung@paulweiss.com; mrudnick@paulweiss.com | Debtors Counsel |
| Pension Benefit Guaranty Corporation | Attn Michael Strollo | anderson.frank@pbgc.gov; efile@pbgc.gov; strollo.michael@pbgc.gov | Official Committee of Unsecured Creditors |
| Pension Benefit Guaranty Corporation | Office of the Chief Counsel | zareba.adrian@pbgc.gov; efile@pbgc.gov | Pension Benefit Guaranty Corporation |
| Phelps, Jenkins, Gibson & Fowler, L.L.P. | Randolph M. Fowler | rfowler@pjgf.com | Counsel to for Albert Plus, LLC and James Albert Holman Revocable Trust No. 1, |
| Pritchard, McCall and Jones, L.L.C. | James G. Henderson | jamesh@pm-j.com | Counsel to Hager Equipment Co. of AL, Inc. |
| Quinn, Connor, Weaver, Davies & Rouco LLP | Glen M. Connor, George N. Davies & Richard P. Rouco | gconnor@qcwdr.com; gdavies@qcwdr.com; rrouco@qcwdr.com | Counsel to UMWA 1974 Pension Plan and Trust and its Trustees; UMWA 1993 Pension Plan and Trust and its Trustees; UMWA 1992 Benefit Plan and its Trustees; UMWA Combined Benefit Fund and its Trustees; UMWA Cash Deferred Savings Trust of 1988 and its Trustees; and UMWA 2012 Retiree Bonus Account Trust and its Trustees; United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union, AFL-CIO, CLC |
| Quinn, Connor, Weaver, Davies & Rouco LLP | Robert M. Weaver | rweaver@qcwdr.com | Counsel to United Mine Workers of America 1974 Pension Plan and Trust and its Trustees; United Mine Workers of America 1974 Pension Plan and Trust and its Trustees; United Mine Workers of America 1993 Pension Plan and Trust and its Trustees; United Mine Workers of America 1992 Benefit Plan and its Trustees; United Mine Workers of America Combined Benefit Fund and its Trustees; United Mine Workers of America Cash Deferred Savings Trust of 1988 and its Trustees; and United Mine Workers of America 2012 Retiree Bonus Account Trust and its Trustees |
| Robert Makohin | | bob@bobmakohin.com | Interested Party |
| Ropes & Gray LLP | Mark R. Somerstein | mark.somerstein@ropesgray.com | Counsel to Indenture Trustee for Outstanding Bond Issuances |
| Ropes & Gray LLP | Patricia Chen | patricia.chen@ropesgray.com | Counsel to Indenture Trustee for Outstanding Bond Issuances |
| ROSEN HARWOOD, P.A. | Kristofor D. Sodergren | ksodergren@rosenharwood.com | Counsel to Charles M. Cassidy Group, LLC, State of Alabama Department of Conservation and Natural Resources |
| Rosen Harwood, P.A. | Robert A. Morgan | rmorgan@rosenharwood.com; | Counsel to Patricia L. Hanson; and Counsel to Kellerman Land Associates, aka Margaret Shook Cooper et al dba Kellerman Land Associates |
| Rosen Harwood, P.A. | Robert A. Morgan, Esq. | rmorgan@rosenharwood.com | Counsel to RGGS Land & Minerals, LTD., L.P. and Wesley West Minerals, Ltd. |
| Rumberger, Kirk & Caldwell, P.C. | Michael B Odom | modom@rumberger.com | Counsel to the Citizens' Water Service, Inc. |
| Rumberger, Kirk & Caldwell, P.C. | R. Scott Williams & Jennifer B. Kimble | swilliams@rumberger.com; jkimble@rumberger.com | Counsel to United Mine Workers of America & G.R. Harsh, Sr. Real Estate Holdings, LLC; Counsel to Airgas USA, LLC |
| S. Scott Hickman, Attorney at Law, LLC | S. Scott Hickman | scotthickmanlaw@gmail.com | Counsel to RiverFall Credit Union f.d.b.Tuscaloosa Teachers Credit Union |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov | Securities and Exchange Commission Headquarters |
| Sirote & Permutt | Stephen B. Porterfield | sporterfield@sirote.com | Counsel to EXLP Operating LLC |
| Sirote & Permutt, PC | Stephen B. Porterfield & Thomas B. Humphries | sporterfield@sirote.com; thumphries@sirote.com | Counsel to Shook and Fletcher Supply Company, Inc., and Dominion Resources Black Warrior Trust by and through its Trustee, Southwest Bank |
| Spain & Gillon, LLC | Frederick M. Garfield and David S. Maxey | fmg@spain-gillon.com; dsm@spain-gillon.com | Counsel to Jefferson County Department of Health and/or Mark E. Wilson, MD, Health Officer |

In re Walter Energy, Inc.
Case No. 15-02741 (TOM)

| NAME | NOTICE NAME | EMAIL | DESCRIPTION |
|---|---|---|---|
| Spain & Gillon, LLC | Walter F. McArdle | wfm@spain-gillon.com | Counsel to George M. Phillippi |
| Synchrony Bank | Ramesh Singh | claims@recoverycorp.com | Authorized Agend for Synchrony Bank Assignee for Sam's Club Business Cred |
| Thompson & Knight LLP | Joseph E. Bain | tye.hancock@tklaw.com | Counsel to Dominion Resources Black Warrior Trust by and through its Trustee Southwest Bank |
| Thompson & Knight LLP | Tye C. Hancock | tye.hancock@tklaw.com | Counsel to Dominion Resources Black Warrior Trust by and through its Trustee Southwest Bank |
| TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | gina.hantel@ag.tn.gov | Tennessee Attorney General's Office |
| U.S. Department of Justice | KARL FINGERHOOD Sr Counsel | karl.fingerhood@usdoj.gov | United States Environmental Protection Agency |
| U.S. Securities and Exchange Commission | Office of Reorganization | atlreorg@sec.gov; sherrill-beards@sec.gov | Securities and Exchange Commission Regional Office |
| UMB Bank National Association, in its capacity as Indenture Trustee of the 8.5% Notes Due 2021 | Attn: Mark Flannagan | Mark.flannagan@umb.com | Official Committee of Unsecured Creditors |
| United Mine Workers of America | Attn: Grant Crandall, General Counsel | gcrandall@umwa.org | Official Committee of Unsecured Creditors |
| United Steelworkers | Attn: David R. Jury, Associate General Counsel | djury@usw.org | Official Committee of Unsecured Creditors |
| WALDING, LLC | Brian R. Walding & E Bryan Nichols | bwalding@waldinglaw.com; bnichols@waldinglaw.com | Counsel to Alabama Gas Corporation |
| WALLACE, JORDAN, RATLIFF & BRANDT, LLC | CLARK R. HAMMOND | chammond@wallacejordan.com | Counsel to Crown Castle USA Inc. |
| White & Case LLP | Scott Greissman & Elizabeth Feld | sgreissman@whitecase.com; | Counsel to Administrative Agent for Prepetition Secured Credit Facility |
| Wilmington Trust, National Association | Attn: Steven Cimalore | SCimalore@WilmingtonTrust.com | Indenture Trustee for Outstanding Bond Issuances |
| Winter McFarland, LLC | Ruth McFarland | ruth@winmclaw.com | Counsel to Phillip R. Box, James H. Garrison, Ronnie and Debra Hyche, Edward Kimbrell, Carlos M. Maynor, Duncan Scott Miles, Sylvia Colvin Mullenix, Curtis W. Turner and Terry W. Walton and David I. Goins |

In re Walter Energy, Inc.
Case No. 15-02741 (TOM)

**Served via First Class Mail**

| CREDITORNAME | NOTICENAME | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Michael Bazley | AX6869 | PO Box 20 | Tracy | CA | 95378-0600 |