UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>WALTER ENERGY, INC., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 15-02741-TOM11<br><br>Jointly Administered |

### AGREED ORDER APPROVING COMPROMISE AND SETTLEMENT WITH CSX TRANSPORTATION, INC. AND WARRIOR MET COAL, LLC PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 9019

Upon the motion (the "Motion")[2] of Jim Walter Resources, Inc. ("JWR"), one of the debtors in the above-captioned chapter 11 cases (collectively, the "Debtors"), for entry of an order, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving a compromise and settlement by and between the Debtors, Warrior Met Coal, LLC f/k/a Coal Acquisition LLC ("Purchaser"), and CSX Transportation, Inc. ("CSXT," and together with the Debtors and Purchaser, the "Settlement Parties"), as evidenced by that certain *Stipulation* attached hereto as Exhibit 1 (the "Stipulation"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Walter Energy, Inc. (9953); Atlantic Development and Capital, LLC (8121); Atlantic Leaseco, LLC (5308); Blue Creek Coal Sales, Inc. (6986); Blue Creek Energy, Inc. (0986); J.W. Walter, Inc. (0648); Jefferson Warrior Railroad Company, Inc. (3200); Jim Walter Homes, LLC (4589); Jim Walter Resources, Inc. (1186); Maple Coal Co., LLC (6791); Sloss-Sheffield Steel & Iron Company (4884); SP Machine, Inc. (9945); Taft Coal Sales & Associates, Inc. (8731); Tuscaloosa Resources, Inc. (4869); V Manufacturing Company (9790); Walter Black Warrior Basin LLC (5973); Walter Coke, Inc. (9791); Walter Energy Holdings, LLC (1596); Walter Exploration & Production LLC (5786); Walter Home Improvement, Inc. (1633); Walter Land Company (7709); Walter Minerals, Inc. (9714); and Walter Natural Gas, LLC (1198). The location of the Debtors' corporate headquarters is 3000 Riverchase Galleria, Suite 1700, Birmingham, Alabama 35244-2359.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that adequate and proper notice of the Motion has been given and that no other or further notice need be given; and the Court having held a hearing on the Motion on March 30, 2016 at 10:00 a.m. (prevailing Central Time); and the Court having found that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and the legal and factual basis set forth in the Motion having established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The Stipulation attached hereto as Exhibit 1 is approved pursuant to Federal Rule of Bankruptcy Procedure 9019.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March 31, 2016                         /s/ Tamara O. Mitchell
                                              TAMARA O. MITCHELL
                                              United States Bankruptcy Judge

| BAKER DONELSON BEARMAN, CALDWELL & BERKOWITZ, PC | BRADLEY ARANT BOULT CUMMINGS |
|---|---|
| By: /s/ James H. White, IV <br> James H. White, IV <br> 420 20th Street North, Suite 1400 <br> Birmingham, Alabama 35203 <br> T: (205) 328-0480 <br> F: (205) 322-8007 <br> jwhite@bakerdonelson.com <br><br> -and- <br><br> McGUIREWOODS LLP <br> John H. Maddock III <br> Gateway Plaza <br> 800 East Canal Street <br> Richmond, VA 23219-3916 <br> Telephone: (804) 775-1178 <br> Facsimile: (804) 698-2186 <br> jmaddock@mcguirewoods.com <br><br> *Counsel to CSX Transportation, Inc.* <br><br> AKIN GUMP STRAUSS HAUER & FELD LLP <br><br> By: /s/ Lisa Beckerman <br> Ira S. Dizengoff, Esq. <br> Lisa Beckerman, Esq. <br> Kristine G. Manoukian, Esq. <br> AKIN GUMP STRAUSS HAUER & FELD LLP <br> One Bryant Park <br> Bank of America Tower <br> New York, NY 10036-6745 <br> Telephone: (212) 872-1000 <br> Facsimile: (212) 872-1002 <br> idizengoff@akingump.com <br> lbeckerman@akingump.com <br> kmanoukian@akingump.com | By: /s/ Jay Bender <br> Jay Bender <br> Cathleen Moore <br> James Bailey <br> One Federal Place <br> 1819 Fifth Avenue North <br> Birmingham, Alabama 35203 <br> Telephone: (205) 521-8000 <br> jbender@babc.com, ccmoore@babc.com, jbailey@babc.com <br><br> - and - <br><br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> Stephen J. Shimshak (*pro hac vice*) <br> Kelley A. Cornish (*pro hac vice*) <br> Claudia R. Tobler (*pro hac vice*) <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Telephone: (212) 373-3000 <br> sshimshak@paulweiss.com, kcornish@paulweiss.com, ctobler@paulweiss.com <br><br> *Counsel to the Debtors and Debtors-in-Possession* |

3

-and-

James Savin, Esq.
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

-and-

Michael Leo Hall, Esq.
D. Christopher Carson, Esq.
Hanna Lahr, Esq.
BURR & FORMAN LLP
420 North 20th Street,
Suite 3400
Birmingham, AL 35203
Phone: (205) 251-3000
Facsimile: (205) 458-5100
mhall@burr.com, ccarson@burr.com,
hlahr@burr.com

*Counsel to Warrior Met Coal, LLC (f/k/a Coal Acquisition LLC) and Warrior Met Coal Mining, LLC ( f/k/a Coal Acquisition Sub 2 LLC)*

# EXHIBIT 1

# STIPULATION

# STIPULATION

THIS **STIPULATION** (this "Stipulation") is made as of March 21, 2016, by and between **WALTER ENERGY, INC.** ("Walter Energy"), **JIM WALTER RESOURCES, INC.** ("JWR"), certain subsidiaries and/or affiliates of Walter Energy and JWR, including **ATLANTIC DEVELOPMENT AND CAPITAL, LLC**, **ATLANTIC LEASECO, LLC**, **BLUE CREEK COAL SALES, INC.**, **BLUE CREEK ENERGY, INC.**, **J.W. WALTER, INC.**, **JEFFERSON WARRIOR RAILROAD COMPANY, INC.**, **JIM WALTER HOMES, LLC**, **MAPLE COAL CO., LLC**, **SLOSS-SHEFFIELD STEEL & IRON COMPANY**, **SP MACHINE, INC.**, **TAFT COAL SALES & ASSOCIATES, INC.**, **TUSCALOOSA RESOURCES, INC.**, **V MANUFACTURING COMPANY**, **WALTER BLACK WARRIOR BASIN LLC**, **WALTER COKE, INC.**, **WALTER ENERGY HOLDINGS, LLC**, **WALTER EXPLORATION & PRODUCTION LLC**, **WALTER HOME IMPROVEMENT, INC.**, **WALTER LAND COMPANY**, **WALTER MINERALS, INC.**, and **WALTER NATURAL GAS, LLC** (such subsidiaries and/or affiliates, collectively and together with Walter Energy and JWR, the "Debtors"), **WARRIOR MET COAL, LLC** f/k/a COAL ACQUISITION LLC ("Purchaser"), and **CSX TRANSPORTATION, INC.** ("CSXT").

## RECITALS

A.  CSXT provides rail transportation services to Walter Energy and JWR under a certain contract referred to as CSXT 84951, as amended (the "Existing Contract"). Prior to the commencement of the Bankruptcy Cases (as defined below) and in accordance with the terms of the Existing Contract, Walter Energy provided a deposit to CSXT in the amount of $6,000,000.00 (the "Security Deposit") as security for any unpaid amounts owed by Walter Energy and JWR under the Existing Contract.

B.  Certain of the Debtors, including Maple Coal Co., LLC, have asserted claims against CSXT and its subsidiaries and affiliates, and their agents and contractors resulting from and/or relating to a derailment that occurred on or about February 16, 2015 in connection with the rail transportation services provided by CSXT and which resulted in the temporary closing of Route 61 in West Virginia (collectively, the "Derailment Claims").

C.  The Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court") on July 15, 2015, thereby commencing bankruptcy cases jointly administered under Case Number 15-02741-TOM11 (the "Bankruptcy Cases").

D.  The Debtors may have potential claims against CSXT under Chapter 5 of the Bankruptcy Code (the "Potential Chapter 5 Claims").

E.  Under the Asset Purchase Agreement dated November 5, 2015, as amended, between the Purchaser and the Debtors (the "APA"), the Purchaser is acquiring all Avoidance Actions (as defined in the APA) relating to the Acquired Assets (as defined in the APA) and the Assumed Liabilities (as defined in the APA). Under the terms of the APA, all such Avoidance Actions will be waived by the Purchaser at Closing (as defined in the APA).

F.  On October 9, 2015, CSXT filed certain proofs of claim in the Bankruptcy Cases against Walter Energy and JWR (Claim Numbers 1466, 1470, 1483, and 1488) (collectively, the "CSXT Claims") asserting secured and general unsecured claims in the aggregate total amount of $1,481,932.88.

G.  CSXT asserts a liquidated damages claim against Walter Energy and JWR in the approximate amount of $20,000,000.00 (the "CSXT Liquidated Damages Claim") for failure to meet the minimum volume requirement under the Existing Contract.

**H.** On January 8, 2016, the Bankruptcy Court entered an order approving the sale (the "Sale") of substantially all of the Debtors' Alabama coal operations to Purchaser under the APA.

**I.** Purchaser and CSXT will enter into a contract at or prior to closing of the Sale whereby CSXT will provide rail transportation services to the Purchaser and its subsidiaries from and after the Closing Date (as defined in the APA) (the "New Contract").

**NOW, THEREFORE,** for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Debtors, Purchaser, and CSXT hereby stipulate as follows:

1. **Claims**. Upon the entry by the Bankruptcy Court of an order pursuant to Federal Rule of Bankruptcy Procedure 9019 approving this Stipulation, the execution by Purchaser and CSXT of the New Contract, and the occurrence of the Closing Date, the following will occur:

    a. The Security Deposit shall be applied to the aggregate amount of the CSXT Claims.

    b. Following the application of the Security Deposit described in subsection (a) above, the remaining balance of the Security Deposit in the amount of $4,518,067.12 shall be applied to the CSXT Liquidated Damages Claim.

    c. CSXT's proofs of claim filed against Walter Coke, Inc. (Claim Numbers 1472 and 1480) and Maple Coal Co., LLC (Claim Number 1462) (collectively, the "Remaining Claims") shall remain outstanding and unaffected.

2. **Claim Releases**. Effective upon the entry by the Bankruptcy Court of an order pursuant to Federal Rule of Bankruptcy Procedure 9019 approving this Stipulation, the execution by Purchaser and CSXT of the New Contract, and the occurrence of the Closing Date:

    a. Each of the Debtors and Purchaser agree to waive and release any right each of them has or may have to seek compensation or damages related to the Derailment Claims against CSXT and its subsidiaries and affiliates, and their employees, agents and contractors (individually and collectively referred to as "the Released Party").

    b. Each of the Debtors and Purchaser waives and releases all Potential Chapter 5 Claims and Avoidance Actions against CSXT and its subsidiaries and affiliates.

    c. In accordance with, and following the application of the Security Deposit described in subsections (1) (a) and (b) above, CSXT waives and releases the remaining balance of the CSXT Liquidated Damages Claim in the approximate amount of $15,481,932.88.

3. **Rejection of Existing Contract**. As of the Closing Date, the Existing Contract and all other contracts that the Debtors have with CSXT are hereby deemed to be rejected and CSXT waives and releases all claims against the Debtors with respect to such contract rejection or any damages related thereto, other than the Remaining Claims.

4. **Effectiveness**. The parties agree that this Stipulation shall have no force or effect unless and until the Bankruptcy Court enters an order pursuant to Federal Rule of Bankruptcy Procedure 9019 approving and adopting the terms hereof.

*[Signature page follows]*

3

IN WITNESS WHEREOF, the parties hereto have executed this Stipulation as of March ___, 2016.

**THE WALTER ENERGY DEBTORS:**

**WALTER ENERGY, INC.**

By: _____
Name: Michael Griffin
Title: Vice President and Treasurer

**ATLANTIC DEVELOPMENT AND CAPITAL, LLC**

By: _____
Name: Michael Griffin
Title: Treasurer

**ATLANTIC LEASECO, LLC**

By: _____
Name: Michael Griffin
Title: Treasurer

**BLUE CREEK COAL SALES, INC.**

By: _____
Name: Michael Griffin
Title: Treasurer

**BLUE CREEK ENERGY, INC.**

By: _____
Name: Michael Griffin
Title: Treasurer

**J.W. WALTER, INC.**

By: _____
Name: Michael Griffin
Title: Treasurer

4

**JEFFERSON WARRIOR RAILROAD COMPANY, INC.**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer


**JIM WALTER HOMES, LLC**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer


**MAPLE COAL CO., LLC**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer


**SLOSS-SHEFFIELD STEEL & IRON COMPANY**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer


**SP MACHINE, INC.**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer


**TAFT COAL SALES & ASSOCIATES, INC.**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer

5

**TUSCALOOSA RESOURCES, INC.**

By: _____
Name: Michael Griffin
Title: Treasurer


**V MANUFACTURING COMPANY**

By: _____
Name: Michael Griffin
Title: Treasurer


**WALTER BLACK WARRIOR BASIN LLC**

By: _____
Name: Michael Griffin
Title: Treasurer


**WALTER COKE, INC.**

By: _____
Name: Michael Griffin
Title: Treasurer


**WALTER ENERGY HOLDINGS, LLC**

By: _____
Name: Michael Griffin
Title: Treasurer


**WALTER EXPLORATION & PRODUCTION LLC**

By: _____
Name: Michael Griffin
Title: Treasurer

6

**WALTER HOME IMPROVEMENT, INC.**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer


**WALTER LAND COMPANY**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer


**WALTER MINERALS, INC.**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer


**WALTER NATURAL GAS, LLC**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer


**JIM WALTER RESOURCES, INC.**

By: _/s/ Michael Griffin_
Name: Michael Griffin
Title: Treasurer

7

**PURCHASER:**

**WARRIOR MET COAL, LLC**

By: _/s/ Stephen D. Williams_
Name: Stephen D. Williams
Title: Chief Executive Officer

8

**CSXT:**

**CSX TRANSPORTATION, INC.**

By: *[signature]*
Name: CHRISTOPHER P. JENKINS
Title: VP COAL SERVICE GROUP

9