UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>NEW WEI, INC., *et al.*,1<br><br>                Debtors. | Chapter 11<br><br>Case No. 15-02741-TOM11<br><br>Jointly Administered |

**ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE AND
SOLICIT ACCEPTANCES OF PLAN PURSUANT TO 11 U.S.C. § 1121(d)**

Upon the motion (the "Third Exclusivity Extension Motion") of Walter Energy, Inc. and its affiliated debtors and debtors-in-possession (each a "Debtor" and, collectively, the "Debtors") for entry of an order, pursuant to Section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") extending the Debtors' exclusive periods to file a joint chapter 11 plan and to solicit acceptances of such plan; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that

---

1     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: New WEI, Inc. (f/k/a Walter Energy, Inc.) (9953); Atlantic Development and Capital, LLC (8121); Atlantic Leaseco, LLC (5308); Blue Creek Coal Sales, Inc. (6986); Blue Creek Energy, Inc. (0986); New WEI 7, Inc. (f/k/a J.W. Walter, Inc.) (0648); Jefferson Warrior Railroad Company, Inc. (3200); New WEI 2, LLC (f/k/a Jim Walter Homes, LLC) (4589); New WEI 13, Inc. (f/k/a Jim Walter Resources, Inc.) (1186); Maple Coal Co., LLC (6791); Sloss-Sheffield Steel & Iron Company (4884); SP Machine, Inc. (9945); Taft Coal Sales & Associates, Inc. (8731); Tuscaloosa Resources, Inc. (4869); V Manufacturing Company (9790); New WEI 19, LLC (f/k/a Walter Black Warrior Basin LLC) (5973); New WEI 18, Inc. (f/k/a Walter Coke, Inc.) (9791); New WEI 22, LLC (f/k/a Walter Energy Holdings, LLC) (1596); New WEI 20, LLC (f/k/a Walter Exploration & Production LLC) (5786); New WEI 1, Inc. (f/k/a Walter Home Improvement, Inc.) (1633); New WEI 6 Company (f/k/a Walter Land Company) (7709); New WEI 16, Inc. (f/k/a Walter Minerals, Inc.) (9714); and New WEI 21, LLC (f/k/a Walter Natural Gas, LLC) (1198). The location of the Debtors' corporate headquarters is 2100 Southbridge Parkway, Suite 650, Birmingham, Alabama 35209.

adequate and proper notice of the Motion has been given and that no other or further notice need be given; and the Court having held a hearing on the Motion on August 17, 2016; and the Court having found that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and the legal and factual basis set forth in the Motion having established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The Debtors' exclusive period for filing a reorganization plan shall be extended through and including January 15, 2017.

3. The Debtors' exclusive period for soliciting acceptance of a reorganization plan shall be extended through and including March 15, 2017.

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The Court retains exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: August 18, 2016 /s/ Tamara O. Mitchell
TAMARA O. MITCHELL
United States Bankruptcy Judge